CO-386-online
10/03

# United States District Court
# For the District of Columbia

SANDOZ INC.                                )
                                           )
                                           )
                                           )
                                           )
                  vs    Plaintiff          )    Civil Action No._____
                                           )
MICHAEL O. LEAVITT,                        )
in his official capacity as Secretary of Health and Human Services,  )
and                                        )
LESTER M. CRAWFORD, JR., D.V.M.,           )
in his official capacity as Commissioner of Food and Drugs  )
                        Defendant          )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Sandoz Inc. ("Sandoz")__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Sandoz__ which have any outstanding securities in the hands of the public:

Novartis AG.

These representations are made in order that judges of this court may determine the need for recusal.

_____
Attorney of Record
Signature

D.C. Bar No. 443628                        John M. Engel
BAR IDENTIFICATION NO.                     Print Name

                                           Engel & Novitt, LLP, 801 Pennsylvania, Avenue, N.W., Suite 620
                                           Address

                                           Washington, DC        20004-2630
                                           City        State     Zip Code

                                           202-207-3303
                                           Phone Number