AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SANDOZ INC.
506 Carnegie Center, Suite 400
Princeton, New Jersey 08540

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT,
in his official capacity as Secretary of Health and Human Services
and
LESTER M. CRAWFORD, JR., D.V.M.,
in his official capacity as Commissioner of Food and Drugs

CASE NUMBER  1:05CV01810

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Review

DATE STAMP: 09/13/2005

TO: (Name and address of Defendant)

LESTER M. CRAWFORD, JR., D.V.M.
Commissioner of Food and Drugs
Food and Drug Admininstration
5600 Fishers Lane
Rockville, MD 20857

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John M. Engel (D.C. Bar No. 443628)
Engel & Novitt, LLP
801 Pennsylvania Avenue, N.W., Suite 620
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        SEP 13 2005
CLERK                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/13/05 |
| NAME OF SERVER (PRINT) Albert Abuliak | TITLE Associate |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 5600 Fishers Lane Rockville MD 20857

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _Kerry Bingham_

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/13/05
            Date             Signature of Server

Address of Server: 801 Pennsylvania Ave, NW Suite 620 Washington DC 20004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.