

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SANDOZ INC.
506 Carnegie Center, Suite 400
Princeton, New Jersey 08540

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT,
in his official capacity as Secretary of Health and Human Services
and
LESTER M. CRAWFORD, JR., D.V.M.,
in his official capacity as Commissioner of Food and Drugs

CA

CASE NUMBER 1:05CV01810

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Administrative Agency Review

DATE STAMP: 09/13/2005

TO: (Name and address of Defendant)

KENNETH L. WAINSTEIN, ESQ.
United States Attorney for the District of Columbia
Executive Office
555 4th Street, N.W.
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John M. Engel (D.C. Bar No. 443628)
Engel & Novitt, LLP
801 Pennsylvania Avenue, N.W., Suite 620
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

SEP 13 2005

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 9/13/05 |
| NAME OF SERVER (PRINT) Albert Abdullah | TITLE Associate |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 501 5th Street

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Reg'l V. Row___ / REGINALD D. ROWAN LEGAL ASST.

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/13/05
            Date                    Signature of Server

801 Pennsylvania Ave NW Suite 620
Address of Server
Washington DC 20004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.