## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC.,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> v.  ) <br>  ) <br> MICHAEL O. LEAVITT, Secretary of  ) <br> Health and Human Services, and  ) <br> ANDREW C. VON ESCHENBACH, M.D.,  ) <br> Acting Commissioner, Food and Drug  ) <br> Administration,  ) <br>  ) <br> Defendants.  ) <br> _____) | Case No. 1:05CV01810 (CKK) |

### [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Rule 16.3(d) Report, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment shall be filed January 16, 2006; it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment and Opposition shall be filed February 13, 2006; it is further

**ORDERED** that Plaintiff's Opposition and Reply shall be filed February 20, 2006; it is further

**ORDERED** that Defendants' Reply shall be filed February 27, 2006; and it is further

**ORDERED** that the parties shall appear for Oral Argument on their Cross-Motions for Summary Judgment on _____, 2006.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Dated: _____, 2005