UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, Secretary of ) | Case No. 1:05CV01810 (CKK) |
| Health and Human Services, and ) | |
| ANDREW C. VON ESCHENBACH, M.D., ) | |
| Acting Commissioner, Food and Drug ) | |
| Administration, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Sandoz Inc.'s Motion To Compel Production Of The Whole Administrative Record, the Federal Defendants' Opposition thereto, and the record to date of these proceedings, it is hereby

**ORDERED** that Plaintiff's Motion To Compel Production Of The Whole Administrative Record is hereby **GRANTED**; it is further

**ORDERED** that the Federal Defendants' shall produce to counsel for the Plaintiff pursuant to the parties' proposed Protective Order in this case the whole Administrative Record relevant to the claims pled in the Plaintiff's Complaint; it is further

**ORDERED** that the whole Administrative Record to be produced by the Federal Defendants must contain at a minimum, *inter alia*, complete unredacted copies of all records in any electronic, documentary, or other form, which are in the possession, custody, or control of the Department of Health and Human Services, the Food and Drug Administration ("FDA) – including without limitation the Center for Drug Evaluation and Research ("CDER"),

all CDER Reviewing Divisions and Offices, and the Office of the FDA Commissioner – that have been considered in connection with, that have potentially influenced, or that relate or refer in any way to:

(1) the Sandoz NDA No. 21-426 for Omnitrope;

(2) the Citizen Petition regarding the Sandoz NDA filed on May 14, 2004, by Morgan, Lewis & Bockius on behalf of Pfizer, Inc., FDA Docket No. 2004P-0231/CP1; and/or

(3) the review and approval of the biologic drugs alleged in the Complaint to be similarly-situated to Omnitrope, which previously have been approved under Section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act; it is further

**ORDERED** that the Federal Defendants shall produce the whole Administrative Record in accordance with this Order on a rolling basis and shall complete production no later than January 6, 2006; it is further

**ORDERED** that the Federal Defendants shall file with the Court an appropriate assurance that all records (regardless of their form) in all Federal Defendant offices relating or referring to any matter in the Plaintiff's Complaint have been and will continue to be preserved in their original form pending final resolution of Plaintiff's claims.

**SO ORDERED**.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Dated: _____, 2005