UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>Defendants. )<br>_____) | Case No. 1:05CV01810 (CKK) |

**SUPPLEMENT TO MEET AND CONFER AGREEMENT**

The parties in the case of <u>Sandoz Inc. v Michael O. Leavitt and Andrew C. von Eschenbach, M.D.</u> (Civ. Act. No. 05-CV-1810 (CKK)) have jointly met and conferred and submitted a joint report. This report was submitted to this Court on December 6, 2005, and represented, *inter alia*, that the plaintiff disputes the defendants' delineation of the Administrative Record but that the defendants would produce by December 19, 2005, what the defendants consider the Administrative Record. As part of the materials the defendants have agreed to produce as what the defendants consider the Administrative Record, the defendants believe that all materials submitted by Sandoz in support of its Omnitrope NDA should be included. These materials, however, are voluminous and consist of more than ninety volumes. It has recently become clear that gathering this material from various FDA offices and copying it within the time period set forth in the Meet and Confer Agreement is extremely impractical, but the defendants do not wish to delay the resolution of plaintiff's claims unnecessarily.

Accordingly, the defendants hereby inform the Court of their intention to provide all the materials that the defendants believe constitute the Administrative Record by December 19, 2005, with the exception of the materials Sandoz has submitted to FDA in support of its Omnitrope NDA, but Sandoz disagrees with this modification to the previously agreed-upon production schedule. Sandoz takes particular exception to the defendants' proposed deviation

from the original schedule given that the defendants are unable to provide a current statement regarding when FDA can produce these materials.

The defendants' position is that the Omnitrope NDA materials are already in the possession of the plaintiff.  The FDA has provided counsel for plaintiff with a confidential, two-page log identifying 36 categories representing the 90-plus volumes of NDA submissions, but plaintiff believes the absence of NDA volume numbers and page numbers makes this log unusable for purposes of identifying the specific materials the Defendants are compiling.  In the absence of the originally-agreed upon production or the provision of a much more detailed and itemized log in place of that production, Sandoz does not believe it can currently identify these NDA materials with specificity.  When produced or logged, both parties, will consider these materials to be part of the Administrative Record, and they may be cited by either party, although Sandoz is not presently in a position to cite to them.  The defendants will provide these materials physically to plaintiff once the copying is complete, which Sandoz believes should proceed according to the original December 19th schedule.  In addition, these materials will not be filed with the Court in order to avoid an unnecessary burden upon the Clerk of the Court.  The defendants, will, however, provide a notice of filing once the materials are produced.

Separately, the defendants have defined clearly for the plaintiff the materials the defendants consider to be the Administrative Record by letter dated December 13.  Because the defendants consider that delineation exhaustive and the parties have an irreconcilable dispute as to the scope of the record, the plaintiff proceeded as indicated in the parties' Joint Report by filing on December 16th its motion to compel without waiting for the production of the materials

the defendants have identified as comprising what the defendants consider the existing Administrative Record.

Date:   December 19, 2005			Respectfully submitted,


			_____/s/_____
			DOUGLAS W. STEARN (DCBN 440735)
			Trial Attorney
			Office of Consumer Litigation
			U.S. Department of Justice
			P.O. Box 386
			Washington, D.C. 20044
			Telephone: (202) 307-0061
			Fax: (202) 514-8742
			E-Mail: douglas.stearn@usdoj.gov
			Attorneys for the Federal Defendants



			_____/s/_____
			JOHN M. ENGEL (DCBN 443628)
			Engel & Novitt, LLP
			Market Square
			Suite 620
			801 Pennsylvania Avenue, N.W.
			Washington, DC  20004
			Telephone: (202) 207-3303
			Fax: (202) 207-3318
			E-Mail: jengel@engelnovitt.com
			Attorneys for Plaintiff Sandoz Inc.