**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDOZ INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>    Defendants. )<br>) | Case No. 1:05CV01810 |

## NOTICE OF PRODUCTION REGARDING ADMINISTRATIVE RECORD

The defendants, by and through their undersigned attorneys, hereby notify the Court of production of the administrative record to date in the above-captioned matter, with the exception of documents submitted by Sandoz to FDA in support of the Omnitrope New Drug Application (NDA). Pursuant to the Meet and Confer Agreement, dated December 6, 2005, and Supplement to Meet and Confer Agreement, dated December 19, 2005, defendants produced said documents, as well as an index of those documents, to plaintiff by overnight delivery on December 16, 2005. Defendants will provide Sandoz with a copy of the materials Sandoz submitted to FDA in support of the Omnitrope NDA as soon as practicable.

   The documents have not been provided to the Court, to avoid an unnecessary burden on the Clerk of the Court.  Each party to this action will submit any portion of this production that the party wishes the Court to consider.

| Of Counsel: | Respectfully submitted, |
|---|---|
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation |    /s/<br>DOUGLAS W. STEARN (DCBN 440735) |
| SHOSHANA HUTCHINSON<br>Assistant Chief Counsel<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>(301) 827-8579 | Trial Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Telephone: (202) 307-0061<br>Facsimile:  (202) 514-8742<br>E-mail: douglas.stearn@usdoj.gov |
| December 19, 2005 | |

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Notice of Production to be served by electronic mail and via the District Court's Electronic Filing System (ECF) upon:

    John M. Engel
    Engell & Novitt, LLP
    Market Square
    Suite 620
    801 Pennsylvania Avenue, NW
    Washington, DC 20004
    (202) 207-3303 (telephone)
    (202) 207-3318 (facsimile)
    E-mail: jengel@engelnovitt.com
    *Counsel for Sandoz, Inc.*

this 19th day of December, 2005.

                                          /s/
                                 Douglas W. Stearn