**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SANDOZ INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01810 |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | |
| Health and Human Services, and | ) | |
| ANDREW C. VON ESCHENBACH, M.D., | ) | |
| Acting Commissioner, Food and Drug | ) | |
| Administration, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONSE**

The defendants, by and through their undersigned attorneys, request an additional two

days for their response to the plaintiff's motion to compel.  The defendants were served with a

motion to compel on December 16, 2005, at 9:35 p.m.  Under Local Rule 5.4(d)(1), service was

effected on December 16, 2005, and, pursuant to Local Rule 7(b), a response is due on

December 27, 2005.  The defendants' response is thus due the first working day after Christmas,

which is also the second day of Hannukah.

The defendants seek an additional two days for a response.  Dispositive motions in this

action will be filed in January and February of 2006, and oral argument is anticipated to take

place on dispositive motions in late March or early April of 2006.  A delay of two days will have

no effect on this schedule.  Plaintiff's counsel has stated he has no objection to the granting of

such an extension.

Of Counsel:                              Respectfully submitted,

PAULA M. STANNARD                        PETER D. KEISLER
Acting General Counsel                   Assistant Attorney General

SHELDON T. BRADSHAW                      EUGENE M. THIROLF
Associate General Counsel                Director
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation               /s/
                                         DOUGLAS W. STEARN (DCBN 440735)
SHOSHANA HUTCHINSON                      Trial Attorney
Assistant Chief Counsel                  Office of Consumer Litigation
U.S. Dept. of Health & Human Services    U.S. Department of Justice
Office of the General Counsel            P.O. Box 386
5600 Fishers Lane                        Washington, D.C. 20044
Rockville, MD  20857                     Telephone: (202) 307-0061
(301) 827-8579                           Facsimile:  (202) 514-8742
                                         E-mail: douglas.stearn@usdoj.gov

December 19, 2005

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused the foregoing Defendants' Motion for Extension of Time for Response to be served by electronic mail and via the District Court's Electronic Filing System (ECF) upon:

John M. Engel
Engell & Novitt, LLP
Market Square
Suite 620
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 207-3303 (telephone)
(202) 207-3318 (facsimile)
E-mail: jengel@engelnovitt.com
*Counsel for Sandoz, Inc.*

this 19th day of December, 2005.


_____/s/_____
Douglas W. Stearn