**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDOZ INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01810 |
| ) | |
| MICHAEL O. LEAVITT, Secretary of ) | |
| Health and Human Services, and ) | |
| ANDREW C. VON ESCHENBACH, M.D., ) | |
| Acting Commissioner, Food and Drug ) | |
| Administration, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Based on the Unopposed Motion for Extension of Time for Response and pursuant to Local Rule 7(b), it is hereby

ORDERED, that the date upon which the defendants are required to respond to the Motion to Compel the Whole Administrative Record is to be changed from December 27, 2005, to December 29, 2005.

_____