ADMINISTRATIVE RECORD FOR <u>SANDOZ INC. v. LEAVITT et al.</u>
No. 1:05-cv-01810 (CKK) (D.D.C.)

| Bates Range | Date | Description |
| --- | --- | --- |
| 000001-000004 | 8/31/2004 | Letter from FDA to Sandoz stating that a decision on the approvability of the NDA for Omnitrope cannot be made yet due to unresolved scientific and legal issues |
| DOCKET NO. 2004P-0231 | | |
| 000005-000042 | 5/13/2004 | Citizen Petition from Pfizer Inc. requesting FDA rejection of Omnitrope (Docket No. 2004P-0231) |
| 000043-000939 | | Attachments to Pfizer's Citizen Petition: Referenced Articles and Compendia |
| 000940-001100 | | Attachments to Pfizer's Citizen Petition: Other Referenced Documents |
| 001101-001475 | 6/25/2004 | Opposition of Sandoz to Pfizer's Citizen Petition (submitted by Engel & Novitt, LLP) with Exhibits |
| 001476-001482 | 8/4/2004 | Pfizer's Amendment to Citizen Petition requesting FDA rejection of Omnitrop and Response to Comments by Sandoz, Inc. (Docket No. 2004P-0231) |
| 001483-001544 | | Attachments to Pfizer's Amendment to Citizen Petition |
| 001545 | 11/10/2004 | Letter from FDA to Pfizer stating that a decision on the Citizen Petition cannot be made yet due to complex issues requiring review and analysis by Agency officials |
| 001546-001605 | 11/12/2004 | Comments to Public Docket No. 2004P-0231 by Barr Laboratories, Inc. with Exhibits (C2) |
| DOCKET NO. 2004N-0355 | | |
| 001606-001614 | 8/16/2004 | Federal Register Document: Notice of Public Workshop re: Scientific Considerations Related to Developing Follow-On Protein Products |
| 001615-001616 | 9/7/2004 | Federal Register Document: Correction to Notice of Public Workshop re: Scientific Considerations Related to Developing Follow-On Protein Products |



GOVERNMENT EXHIBIT 1

| Bates Range | Date | Description |
| --- | --- | --- |
| 001617-001618 | 2/16/2005 | Federal Register Document: Notice of Reopening of Comment Period re: Scientific Considerations Related to Developing Follow-On Protein Products |
| 001619-001626 | 9/13/2004 | Comments to Public Docket No. 2004N-0355 from Dr. James Green of Biogen Idec (C1) |
| 001627-001632 | 9/22/2004 | Comments to Public Docket No. 2004N-0355 from Biotechnology Industry Organization (EMC1) |
| 001633-001638 | 9/22/2004 | Comments to Public Docket No. 2004N-0355 from Janet E. LeClair (EMC2) |
| 001639-001646 | 9/23/2004 | Comments to Public Docket No. 2004N-0355 from Ms. J. LeClair (EC1-EC8) |
| 001647-001656 | 10/19/2004 | Comments to Public Docket No. 2004N-0355 from Dr. Sarfaraz K. Niazi, Pharmaceutical Scientist Inc. (EC9) |
| 001657-001683 | 11/11/2004 | Comments to Public Docket No. 2004N-0355 from Genentech, Inc. (C2) |
| 001684-001685 | 11/12/2004 | Comments to Public Docket No. 2004N-0355 from Rakoczy Molino Mazzochi Siwik LLP on behalf of Barr Laboratories, Inc. (EC10) |
| 001686-001697 | 11/12/2004 | Comments to Public Docket No. 2004N-0355 from Amgen, Inc. (C3) |
| 001698-001732 | 11/12/2004 | Comments to Public Docket No. 2004N-0355 from Pharmaceutical Research and Manufacturers of America (C4) |
| 001733-001747 | 7/15/2005 | Corrections to Comments to Public Docket No. 2004N-0355 from Pharmaceutical Research and Manufacturers of America (CR1) |
| 001748-001795 | 11/12/2004 | Comments to Public Docket No. 2004N-0355 from SICOR, Inc. (C5) |
| 001796-001810 | 11/12/2004 | Comments to Public Docket No. 2004N-0355 from Pfizer Inc. (C6) |
| 001811-001823 | 11/12/2004 | Comments to Public Docket No. 2004N-0355 from Plasma Protein Therapeutics Association (C7) |

| Bates Range | Date | Description |
| --- | --- | --- |
| 001824-001839 | 11/12/2004 | Comments to Public Docket No. 2004N-0355 from Pfizer Inc. (EMC4) |
| 001840-001851 | 11/16/2004 | Comments to Public Docket No. 2004N-0355 from Novartis Pharmaceuticals Corporation (EC11) |
| 001852-001859 | 11/23/2004 | Comments to Public Docket No. 2004N-0355 from Schering Corporation (Schering Plough) (C8) |
| 001860-001888 | 12/8/2004 | Comments to Public Docket No. 2004N-0355 from Generic Pharmaceuticals Association (C9) |
| 001889-001927 | 12/14/2004 | Comments to Public Docket No. 2004N-0355 from Barr Pharmaceuticals, Inc. (C10) |
| 001928-001967 | 12/14/2004 | Comments to Public Docket No. 2004N-0355 from Biotechnology Industry Organization (EMC5) |
| 001968-001969 | 1/5/2005 | Comments to Public Docket No. 2004N-0355 from Plasma Protein Therapeutics Association (C11) |
| 001970-001983 | 2/7/2005 | Comments to Public Docket No. 2004N-0355 from Hoffmann-La Roche, Inc. (C12) |
| 001984-001988 | 3/15/2005 | Comments to Public Docket No. 2004N-0355 from Novo Nordisk Inc. (C13) |
| 001989-001993 | 3/16/2005 | Comments to Public Docket No. 2004N-0355 from Genentech, Inc. (C14) |
| 001994-001998 | 3/16/2005 | Comments to Public Docket No. 2004N-0355 from Generic Pharmaceutical Association (C15) |
| 001999-002004 | 3/16/2005 | Comments to Public Docket No. 2004N-0355 from Biotechnology Industry Organization (EMC8) |
| 002005-002064 | 3/25/2005 | Comments to Public Docket No. 2004N-0355 from United States Pharmacopeia (EC12) |
| 002065-002070 | 3/25/2005 | Comments to Public Docket No. 2004N-0355 from Pharmaceutical Research and Manufacturers of America (EC13) |
| 002071-002076 | 3/25/2005 | Comments to Public Docket No. 2004N-0355 from Hoffmann-La Roche, Inc. (EC14) |

| Bates Range | Date | Description |
| --- | --- | --- |
| 002077-002082 | 3/25/2005 | Comments to Public Docket No. 2004N-0355 from Generic Pharmaceutical Association (EC15) |
| 002083-002088 | 3/25/2005 | Comments to Public Docket No. 2004N-0355 from Genentech, Inc. (EC16) |
| 002089-002091 | 9/27/2005 | Comments to Public Docket No. 2004N-0355 from Hyman Phelps & McNamara, P.C. (C16) |
| 002092-002093 | 10/28/2005 | Comments to Public Docket No. 2004N-0355 from Advanced Medical Technology Association (AdvaMed) (C17) |
| 002094-002099 | 10/31/2005 | Comments to Public Docket No. 2004N-0355 from Wyeth Pharmaceuticals (C18) |
| 002100-002101 | 11/7/2005 | Comments to Public Docket No. 2004N-0355 from GlaxoSmithKline (C19) |
| DOCKET NO. 2004P-0171 | | |
| 002102-002129 | 4/8/2004 | Citizen Petition from Genentech, Inc. requesting FDA not publish a draft guidance document setting forth standards for the "similarity" or "sameness" of biotechnology-derived products (Docket No. 2004P-0171) |
| 002130-002172 | | Attachments to Genentech's Citizen Petition |
| 002173-002178 | 6/16/2004 | Comments to Public Docket No. 2004P-0171 from Biotechnology Industry Organization (C1) |
| 002179-002187 | 7/1/2004 | Comments to Public Docket No. 2004P-0171 from Johnson & Johnson (C2) |
| 002188-002209 | 8/10/2004 | Comments to Public Docket No. 2004P-0171 from California Healthcare Institute (C3) |
| 002210 | 10/5/2004 | Letter from FDA to Genentech, Inc. stating that a decision on the Citizen Petition cannot be made yet due to complex issues requiring review and analysis by Agency officials |
| 002211-002224 | 10/21/2004 | Comments to Public Docket No. 2004P-0171 from University of California (C4) |

| Bates Range | Date | Description |
|---|---|---|
| 002225-002284 | 11/12/2004 | Comments to Public Docket No. 2004P-0171 from Barr Laboratories, Inc. (C5) |
| 002285-002304 | 11/12/2004 | Comments to Public Docket No. 2004P-0171 from Pharmaceutical Research and Manufacturers of America (C6) |
| 002305-002344 | 12/14/2004 | Comments to Public Docket No. 2004P-0171 from Biotechnology Industry Organization (EMC3) |
| 002345-002357 | 2/18/2005 | Reply Comments to Public Docket No. 2004P-0171 from Genentech, Inc. (RC1) |
| 002358-002373 | 4/5/2005 | Comments to Public Docket No. 2004P-0171 from Novo Nordisk Inc. (EMC5) |
| 002374-002461 | 7/13/2005 | Comments to Public Docket No. 2004P-0171 from Covington & Burling at the request of the Pharmaceutical Research and Manufacturers of America (C7) |
| 002462-002463 | 7/13/2005 | Comments to Public Docket No. 2004P-0171 from Novartis Pharmaceuticals Corporation |
| DOCKET NO. 2003P-0176 | | |
| 002464-002542 | 4/23/2003 | Citizen Petition from Biotechnology Industry Organization regarding Follow-on Therapeutic Proteins (Docket No. 2003P-0176) |
| 002543-002550 | 8/8/2003 | Comments to Public Docket No. 2003P-0176 from Biotechnology Industry Organization (EMC1) |
| 002551-002565 | 10/21/2004 | Comments to Public Docket No. 2003P-0176 from University of California (C1) |
| 002566-002625 | 11/12/2004 | Comments to Public Docket No. 2003P-0176 from Barr Laboratories, Inc. (C2) |
| 002626-002665 | 12/14/2004 | Comments to Public Docket No. 2003P-0176 from Biotechnology Industry Organization (EMC3) |
| 002666-002754 | 7/13/2005 | Comments to Public Docket No. 2003P-0176 from Covington & Burling at the request of the Pharmaceutical Research and Manufacturers of America (C3) |

| Bates Range | Date | Description |
|---|---|---|
| 002755-002756 | 7/13/2005 | Comments to Public Docket No. 2003P-0176 from Novartis Pharmaceuticals Corporation (C4) |
| OTHER | | |
| 002757-002794 | 10/14/2003 | FDA's Consolidated Response to Citizen Petitions submitted by Pfizer, Biotechnology Industry Organization and TorPharm (Docket Nos. 2001P-0323/CP1 & CP5, 2002P-0447/CP1, and 2003P-0408/CP1) |