## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01810 |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | |
| Health and Human Services, and | ) | |
| ANDREW C. VON ESCHENBACH, M.D., | ) | |
| Acting Commissioner, Food and Drug | ) | |
| Administration, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

After consideration of Plaintiff's Motion to Compel the Whole Administrative Record,

Defendants' Opposition to Plaintiff's Motion to Compel, and other related materials within the

file, it is hereby

ORDERED, that Plaintiff's Motion to Compel the Whole Administrative Record is

denied.

_____