# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL O. LEAVITT, Secretary of ) | Case No. 1:05CV01810 (RMC) |
| Health and Human Services, and ) | |
| ANDREW C. VON ESCHENBACH, M.D., ) | |
| Acting Commissioner, Food and Drug ) | |
| Administration, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Sandoz Inc.'s Unopposed Motion For An Expedited Status Conference, and the record to date of these proceedings, it is hereby

**ORDERED** that Plaintiff's Unopposed Motion For An Expedited Status Conference is hereby **GRANTED**; it is further

**ORDERED** that Counsel for the parties shall appear before this Court for a Status Conference on _____, 2006.

**SO ORDERED**.

_____
ROSEMARY M. COLLYER
United States District Judge

Dated: _____, 2006