*SANDOZ INC.*

*v.*

*MICHAEL O. LEAVITT, Secretary of Health and Human Services, and ANDREW C. VON ESCHENBACH, M.D., Acting Commissioner, Food and Drug Administration*

Case No. 1:05CV01810 (RMC)

# PLAINTIFF'S EXHIBIT 1

## Accompanying

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPEDITED STATUS CONFERENCE**

BEFORE:  VIKTOR V. POHORELSKY                        DATE:  12/22/05
         U.S. MAGISTRATE JUDGE                        TIME:  4:30 p.m.

DOCKET NO.  CV-05-366                        ASSIGNED JUDGE:  ERK

CASE NAME: Tummino v. Von Eschenbach

CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status

ESR Tape:   05/87 (2200-6955); 05/88 (0-50)

APPEARANCES:        Plaintiff        Simon Heller, Nan Strauss

                      Defendant     F. Franklin Amanat, Karen Schifter

SCHEDULING AND RULINGS:

1. The defendant's motion for a protective order is denied insofar as it sought to limit discovery to the administrative record. As to the remaining aspects of the motion for a protective order, supplemental briefing and argument shall occur as follows:

   a) Plaintiffs' supplemental papers to be served and submitted (via ECF) by January 6, 2006;
   b) Defendant's supplemental papers to be served and submitted (via ECF) by January 20, 2006;
   c) Oral argument is to be heard on January 27, 2006 at 3:00 p.m.

2. The plaintiffs may propound further discovery requests as they deem appropriate, and the defendants may include in their supplemental papers any objections to the requests.