*SANDOZ INC.*

*v.*

*MICHAEL O. LEAVITT, Secretary of Health and Human Services, and ANDREW C. VON ESCHENBACH, M.D., Acting Commissioner, Food and Drug Administration*

Case No. 1:05CV01810 (RMC)

# PLAINTIFF'S EXHIBIT 2

### Accompanying

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXPEDITED STATUS CONFERENCE**

**CENTER**
**FOR**
**REPRODUCTIVE**
**RIGHTS**

FORMERLY THE CENTER FOR REPRODUCTIVE LAW AND POLICY

## BY ELECTRONIC COURT FILING

December 21, 2005

The Honorable Edward R. Korman, Chief Judge
The Honorable Viktor Pohorelsky, Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re: *Tummino v. von Eschenbach,* No. 05-cv-366 (ERK/VVP)

Dear Chief Judge Korman and Magistrate Judge Pohorelsky:

     We write to bring to the Court's attention certain documents disclosed by the defendant in the above-referenced case as part of its production of the agency record. For the Court's convenience, we highlight important statements in these documents in the chart attached to this letter. (*See* Ex. 1.)

     The documents are submitted herewith[1] in opposition to the government's motion for judgment on the pleadings and in opposition to the government's motion to preclude discovery. (*See* Ex. 2.) We believe these documents show that FDA departed from its normal process in its decision rejecting OTC status for Plan B for persons of all ages; that FDA's higher level management rejected the overwhelming consensus of scientific and medical personnel that Plan B should be approved for OTC use without age restriction and based this rejection on improper ideological and moral concerns; and that the agency consequently applied a stricter standard to Plan B than it has applied to any other OTC switch application, a standard so high, in fact, that it is unattainable. In addition, these documents show both bad faith by the agency and that the actual bases for the agency's decision are not contained in the agency record.

     As a general matter, these documents show that FDA's upper management would never be satisfied that adolescents could safely use Plan B as an OTC product no matter what level of evidence of safety was demonstrated. As one FDA scientist wrote in January of 2005, "*it is unclear what additional data could be provided on adolescent use that would be sufficient to lift the age restriction in the future [if Plan B were approved for use with an age restriction].*" Curtis Rosebraugh, MD, MPH, Division Director Memo - Addendum, at Tummino-31027 (Jan. 12, 2005).

---

[1]  All documents referred to here have been designated "non-confidential" by counsel for Barr Laboratories, Inc., and thus disclosure of portions of those documents is in accordance with the requirements of the Stipulated Protective Order agreed to by the parties and by Barr Laboratories, and so ordered by Judge Pohorelsky on December 2, 2005.

120 WALL STREET
NEW YORK, NEW YORK 10005
TEL 917 637 3600 FAX 917 637 3666
WWW.REPRODUCTIVERIGHTS.ORG

Chief Judge Edward R. Korman
Magistrate Judge Viktor V. Pohorelsky
*Tummino v. von Eschenbach*, No. 05-CV-366 (WRK/VVP)
December 21, 2005
Page 2

Moreover, the documents show that both the Commissioner of the FDA and the Deputy Commissioner of the FDA played an active role in the decision to issue a non-approvable letter, as well as in subsequent agency action on Plan B. *See, e.g.,* Donna Griebel, MD, Deputy Division Director Summary Review of New Drug Application (Apr. 1, 2004), at Tummino-30829 ("The Divisions and Offices were told that the Commissioner and senior CDER management believed that the number of adolescents in the actual use study was inadequate, that there were inadequate data to show that adolescents could use the product correctly, and that adolescents needed a learned intermediary involved in their access to emergency contraception."). These documents thus contradict the public statements made by FDA that it "did not bow to political pressure in making," its May 2004 decision issuing a non-approvable letter regarding Barr's application for an OTC switch for Plan B, and that "This decision was made within the Center for Drug Evaluation and Research [CDER]." FDA's Decision Regarding Plan B: Questions and Answers, *available at* http://www.fda.gov/ cder/drug/infopage/planB/planBQandA.htm.

In a further indication of agency bad faith, we attach a letter from Congressman Henry Waxman asserting that e-mail correspondence of former FDA Commissioner McClellan, who was extensively involved in the agency deliberations on Plan B, were improperly and possibly illegally deleted. (*See* Ex. 3.) Indeed, no correspondence to or from the Commissioner is included in the agency record supplied to Plaintiffs. These improper deletions of records of agency correspondence also confirm that the agency record is incomplete and further justifies limited discovery by Plaintiffs (such as, for example, a deposition of former Commissioner McClellan and a search of FDA's computer hardware and electronic archives). *See Esch v. Yeutter*, 876 F.2d 976, 991 (D.C. Cir. 1989).

For the above reasons, the Plaintiffs request that the Court consider these documents as supplemental authority in support of Plaintiffs' Opposition to Defendant's Motion for Judgment on the Pleadings and in opposition to the Defendant's motion to preclude discovery.

Sincerely,

s/ _____
Nan E. Strauss
Attorney for Plaintiffs

Enc.

cc:      F. Franklin Amanat

**Excerpts from FDA's Administrative Record**
**Regarding OTC Application for Plan B**

| Name, Position, Date, & Bates Numbers | Quoted Passages |
|---|---|
| Curtis J. Rosebraugh, MD, MPH<br><br>Deputy Director, Division of OTC Drug Products<br><br>3/23/04<br><br>30745-30746, 30758-30759 | "On February 18, 2004 a presentation of summary data was made to Commissioner McClellan (attachment 1) and attended by Janet Woodcock, John Jenkins, Steven Galson, Sandy Kweder and staff from the ODEs and divisions responsible for the review of the application. Included in the presentation were the Division's and ODE's recommendations for OTC marketing status without restriction. Dr. McClellan expressed concern about adolescent behavior, although he did not articulate the exact nature of his concern, what ages were included in his concern, what data was lacking or a path forward for the sponsor. Age restrictions on sales were briefly discussed, but the commissioner indicated that this type of program would probably require further public discussions.<br><br>The Divisions and Ode's subsequently met with Drs. Woodcock, Jenkins, Kweder and Galson on February 19, 2004. At this meeting, Dr. Woodcock expressed that she felt that the commissioner (and herself) was concerned with adolescents and stated that she felt we did not really know what behaviors adolescents would exhibit. As an example, she stated that we could not anticipate, or prevent extreme promiscuous behaviors such as the medication taking on an "urban legend" status that would lead adolescents to form sex based cults centered around the use of Plan B. Dr. Galson indicated that he shared Dr. Woodcock's concerns.<br><br>\*\*<br><br>"A summary of the data reviewed demonstrates that:<br>• The Actual Use study demonstrated that users not receiving previous health care provider counseling had similar timing of dose and contraceptive behaviors compared to those users having had received prior health care provider counseling.<br>• The Dial study demonstrated that females 18y/o and younger use ECP for the same reasons and had similar timing of medication |

| | |
|---|---|
| | and repeat use frequency as older females. |
| | • The Gold study demonstrated that 15-17 y/o had the same sexual and contraceptive behaviors as older females, 15-17 y/o with advanced provision had the same sexual behaviors as 15-17 y/o obtaining the medication from a clinic and the advanced provision group started the medication 10 hours sooner on average. |
| | • The Raines study demonstrated similar contraceptive behaviors between 15-17 y/o compared to 18-24 y/o and similar sexual behaviors in adolescents obtaining advanced provisions compared to adolescents using pharmacy access. |
| | • The Washington State data demonstrated that since pharmacy access has been granted to Plan B in 1997:<br>-Adolescents pregnancy rates have decreased<br>-Adolescent abortion rates have decreased<br>-The total number of adolescent abortions have decreased<br>-STD rates have remained below national averages<br>-The national ranking for Chlamydia has decreased from 31st to 35th<br>-The national ranking for gonorrhea has decreased from 39th to 40th<br><br>There is compelling data evidencing that Plan B fulfills regulatory requirements for OTC marketing. An overwhelming majority of members comprising two advisory committees, with 12 out of 13 NDAC members and 12 out of 15 ACRHD members, voted for full OTC approval. There is a rich body of literature demonstrating appropriate and safe use of Plan B under decreased restrictions to access conditions. This memorandum reaffirms my previous recommendation that Plan B should be approval [sic] for OTC marketing without restriction." |
| Daniel Davis, MD, MPH<br><br>Medical Officer, Division of | "Three members of the joint Advisory Committee did suggest the need for an age restriction and/or risk management steps to evaluate the impact of OTC |

| | |
|---|---|
| Reproductive and Urologic Drug Products<br><br>3/17/05<br><br>30788, 30789, 30791, 30807, 30810-30812 | availability of emergency contraceptive pills (ECPs) on sexual behavior, especially in the adolescent group (under age 18). Of concern was a potential increase in "risky" behavior such as decreased use of condoms, an increase in STIs, and a change to less reliable methods of contraception. This reviewer (DD) did an extensive review of the medical literature and unpublished primary data on adolescent behavior associated with increased availability of emergency contraception. The weight of the evidence does not support the concern that adolescents will engage in riskier behavior if emergency contraception is readily available OTC. The proposed label for the OTC product clearly states that Plan B is not for routine contraception and that it does not protect against STIs. The sponsor's proposed postmarketing CARE program is aimed at health-care provider and consumer education, especially in the areas of responsible behavior, reliable methods of regular contraception, and prevention of STIs. It is this reviewer's opinion that several investigator-initiated on-going EC studies will provide additional information about both potential public health risks and benefits for women of all ages associated with wider availability of emergency contraception."<br><br>**<br><br>"Clinical data that were the focus in this safety review were provided by the Applicant or were obtained from other sources and included the following: (1) postmarketing safety data for Plan B provided by the Applicant; (2) data provided by the Applicant from published studies in which levonorgestrel was used for emergency contraception or postcoital contraception; (3) Periodic Safety Reports and MedWatch reports for Plan B previously sent to the FDA; (4) other published and unpublished studies by individual investigators not provided by the Applicant; and (5) an open-label safety-only study in 60 adolescent girls ages 13-16 who took 0.75 mg levonorgestrel tablets. Data from 3 previously unreported clinical trials sponsored by the Applicant also were provided in the present submission and are reviewed primarily by other reviewers. These studies were: (1) Study 9728 – a label comprehension study that enrolled 656 women; (2) Study 9727 – an Actual Use Study in which 540 |

3

subjects, 14-44 yr. of age, received Plan B; (3) Study PK-002 00 a single-period pharmacokinetic study to determine the pharmacokinetics of oral levonorgestrel in healthy adolescent females, 13-16 yr. of age.

**

"6. Adolescent use. Based on a limited amount of data from several studies, repeat use or reliance on emergency contraception for routine contraception does not appear to be common in adolescents and is comparable to that in older women."

**

- "Studies show that women of all ages with easier access to emergency contraception are more likely to use it when needed, potentially reducing unintended pregnancies and the number of induced abortions.
- Guidelines from the World Health Organization, American College of Obstetricians and Gynecologists, and the American Society for Emergency Contraception clearly state that although frequent use of emergency contraception is not recommended, repeat use may be offered. In other words, there is no safety issue with the repeated use of emergency contraception."

**

- "The above studies greatly expand the number of adolescents for whom we have data concerning the use of emergency contraception and its impact on "risky behavior." There were over 1,000 adolescents age ≤ 16 yr., and almost 2,000 age ≤ 17 yr. When possible, this group of young adolescent (17 yr. and younger) was compared to the older adolescents age 18-20 yr.
- The statewide DIAL EC Project in North Carolina mimicked an OTC setting in many ways. Women did not have to go to a clinic or health care provider to get a prescription; they had to self-determine that they needed emergency contraception, make a phone call to the coordinating center, and then pick up the ECPs at a local pharmacy or Planned Parenthood Clinic (PPC). As in the OTC setting, they had to pay for the

| | |
|---|---|
| | pills and more often chose to go to a local pharmacy than to a PPC. More than 8,700 prescriptions were issued to the 7,756 participants over a 29-month period." |
| | ** |
| | • "These data show that the use of emergency contraception in the younger adolescent group is similar to that in the older adolescent group. Because condom use is known to be higher in the younger adolescent group, and a condom accident is a common reason to use emergency contraception, it is not surprising that the Jackson and Raine studies each showed a higher percentage of emergency contraception use in the younger age group, although he differences were not large.<br>• The DIAL EC data, which provides the <u>largest single database</u> on adolescent use of emergency contraception, shows virtually the same percentage of use for women 18 yr. and under (82%) compared to that in women over 18 yr. of age (84%)." |
| | ** |
| | • "The above findings clearly demonstrate that the younger adolescent group had no difficulty complying with the correct dosing regimen and compared favorably with the older adolescent group." |
| | ** |
| | • "The above findings demonstrate that the younger adolescent group did not change to a less effective method of contraception, use condoms significantly less, or behave in an inappropriate way due to "easy access" to emergency contraception because of advance provision. This suggests that ready access to OTC Plan B also would have little impact on sexual behavior and contraceptive practices in younger adolescents." |
| | |
| Donna Griebel, MD<br><br>Deputy Director, Division of Reproductive and Urologic | "Reviewer Comment: The specific cause of Dr. Hager's concern about the lack of literacy testing in the younger age group of this study is not stated. The general good performance of the younger age |

| Drug Products | participants in this study and the actual use study suggests that the younger age group can read and understand the label. The label comprehension study included females as young as age 12, and the literacy testing identified 395 older women who read at the 6th grade level. |
|---|---|
| 4/1/04 | |
| 30830-30831, 30833, 30835, 30876-30877 | |

It is the <u>actual use study</u> that ultimately tests label performance, by evaluating how accurately the consumer implements the intended label message. Label comprehension studies are used by sponsors to optimize consumer performance in the subsequent actual use study by identifying where the label can be strengthened for that study. Nevertheless, Dr. McClellan and members of senior CDER management have informed both review divisions that the literacy testing limitations of the label comprehension study, and the data from that study are sources of concern they have factored into their decision regarding approvability of the nonprescription switch. Because of these concerns, in this section I will review the communication objectives of the label comprehension study, discussing the relevance of these objectives, with a focus on performance of the lower literacy group and the younger age group relative to the rest of the study population.

Reviewer Comment: Placing a greater than usual emphasis on the label comprehension study for this product compared to the actual use study is not appropriate or usual review practice in evaluating a prescription to non-prescription switch, and is hampered by the relative strengths of the two study designs. The actual use study is a straight-forward and objective assessment of use performance, whereas the label comprehension study inserts another level of comprehension testing that is not informative to product label performance, since participants also had to understand <u>the questions</u> posed to them. Many of the questions used to assess label comprehension were poorly written and were easily misinterpreted. Some questions were of a higher level of complexity, and required an additional level of problem solving."

**

"The youngest age group had scores that were reportedly statistically significant different from other age groups on 3 study objectives. These statistical analyses were <u>not</u> adjusted for multiple comparisons, however, and on one the youngest age group scored <u>significantly better</u> (side effects objective). On another (doesn't prevent HIV/AIDS), the youngest group scored similar to the oldest age group, but lower than the 17-25 year olds. In only one objective (#6), the youngest age group scored both lower than the other age groups and less than 86% -- the objective evaluating understanding of timing of the second dose at 12 hours post the first. The youngest age group scored 77% on this compared to 90% in the 17-25 year olds and 82% in the 26-50 year olds. This objective was assessed with a single question, a <u>direct question</u> that asked when a woman should take the second tablet. The score for the overall population on this question was 86%. The literacy analysis found 82% of the lower literate and 93% of the higher literate participants answered the question correctly. The division reviewers believe the youngest age groups 77% correct score for the 12 hours dose interval is still acceptable, and as will be discussed later in this review, the younger age group performed similarly to the older age group in taking the second dose at 12 hours in the <u>actual use</u> study."

\*\*

"The issues expressed by a minority of the advisory committee members have been reiterated in meetings by senior CDER management as concerns shared by them with the Commissioner. These will be addressed here – first addressing the "artificial" OTC setting and whether there was a potential for prompting correct and appropriate use from the actual use study, either through its design or from exposure to health professionals in the clinic setting. The issue of provision of a single pack to women on study will be addressed in the context of the "artificial" OTC setting. Subpopulation performance issues will be addressed last, in the context of the major study endpoint results."

\*\*

"The data and literature review discussed in this review were presented by the Divisions and Offices to CDER Senior management and Commissioner McClellan on February 18, 2004 to address the adolescent concerns that had been conveyed to us. The Divisions and Offices in that meeting shared their conclusions that the non-prescription switch of Plan B should be approved without age restriction because the benefit of this product outweighs risk in all age groups. We were informed that Commissioner McClellan and CDER Senior management do not concur with this risk benefit assessment and cannot support the non-prescription switch of Plan B. They have asked the sponsor to provide a restricted distribution plan that will exclude access of adolescents to the product without a prescription.

**[apparent redaction]**

Dr. McClellan indicated on February 18th that any restricted distribution program would need to be reviewed in an open public hearing. In response to Division and Office review staff concerns that the Advisory Committees had already clearly stated that the Committees did not support restricted distribution, including on the basis of age, Senior CDER management indicated that the committee assembled to discuss distribution restrictions would not have to consist of the same members as those who considered this NDA at the December meeting. Barr Pharmaceuticals has responded to the age restricted distribution plan request and has submitted that plan for review, presumably with the belief that this would be incorporated into a first cycle approval of this NDA.

**9.0 Deputy Director's Recommended Regulatory Action**

After thorough review of the label comprehension and actual use study data submitted in this NDA, the data from the large randomized controlled trials on advance provision of emergency contraception, the large single arm telephone access study from North Carolina (DIAL EC), the levonorgestrel safety database, the

| | |
|---|---|
| | vote and the minutes of the December Joint Session of the Nonprescription, and the literature addressing the public health issues surrounding the impact of improved access on sexual health and behaviors, I conclude that the risk benefit ratio of the nonprescription access to Plan B supports its approval for switch to non-prescription status. I have also concluded that it is unjustified to restrict access to the benefit of this product on the basis of age." |
| Daniel Davis, MD<br><br>Division of Reproductive and Urologic Drug Products<br><br>*Also signed by* Scott Monroe, MD, Medical Team Leader, Division of Reproductive and Urologic Drug Products<br><br>1/12/05<br><br>31020 | "There are no new safety findings that would preclude the approval of changing Plan B® from prescription status to over-the-counter (OTC) status for preventing pregnancy (i.e., emergency contraception) following unprotected intercourse or a known or suspected contraceptive failure in women of any age who are at risk of becoming pregnant. Data submitted by the Applicant during the original review cycle have shown that Plan B is sufficiently safe and efficacious when used in accordance with proposed labeling that it can be distributed over-the-counter without any age of distribution restrictions and without the need for any further clinical studies.<br><br>The Applicant, however, has requested that the product remain as a prescription-only product for adolescents under age 16 years. This reviewer does not believe that this request is warranted or desirable." |
| | |
| Curtis J. Rosebraugh, MD<br><br>Deputy Director, Division of OTC Drug Products<br><br>*Also signed by* Charles Ganley, MD, Director, Division of Over the Counter Drug Products and Jonca Bull, MD, Director, Office of Drug Evaluation V<br><br>1/12/05<br><br>31026-31027 | "Please refer to the action letter for all the deficiencies identified by Dr. Galson, but the main concern expressed by him was that he felt there was insufficient data to support a conclusion that Plan B could be used safely by adolescent women under 16 years of age.<br><br>The applicant has responded to these deficiencies in a July 21, 2004 submission with a proposal that would allow the product to be sold OTC to consumers over the age of 16 and to be sold by prescription only to consumers under the age of 16. This amendment is the subject of the current review and pending decision.<br><br>**Recommendations**<br><br>In my memorandum during initial review cycle, I |

concluded the following:

1) Plan B adequately meets the Durham-Humphrey Amendment criteria for OTC marketing without restriction;
2) Any system placing barriers to access would defeat the purpose of the drug and lessen its public health potential; and
3) Placing age restrictions for theoretical abuse by a small segment of the population would have ramifications for how we regulate other OTC drugs where there is known abuse by the population and by adolescents such as dextromethorphan, laxatives and analgesics.

I have not been presented with data that would dissuade me from my original conclusion. I also continue to believe that adequate data was submitted to allow Plan B to be marketed without regard to age. I also believe that the sponsor's original proposal for the CARE program would ensure proper use of Plan B by women of all ages, including adolescents.

In regard to the proposal submitted by the sponsor, I have many concerns regarding the regulatory precedent that approval of this plan would set and possible unintended consequences. I am concerned that the regulatory precedent that would be set by requiring adolescents to obtain a prescription to access an otherwise OTC contraceptive product may have implications for other OTC contraceptive products that are currently marketed which do not bear age restrictions and have not submitted adolescent data for OTC marketing.

In the past when the Division has felt that there was insufficient data to warrant labeling for a particular age group, we have labeled the product with language that reflects that under a certain age, a physician should be consulted, but an age restriction for sale of the product was not part of the labeling. We have handled age restrictions by placing them in the **Do Not Use** and **Ask a Doctor Before Use If** sections of the Drug Facts labeling. These warnings may be bolded to highlight the age restrictions (such as with stomach acid modifying agents). It should be noted that almost

| | |
|---|---|
| | all OTC products are restricted from some group of the general population because of safety or efficacy concerns (e.g., restrictions by age, concomitant medications or disease severity). In previous cases, we have addressed these restrictions in labeling using the **Warnings** section of Drug Facts, but have not restricted sale of the product from these populations.<br><br>The labeling proposed for this product would include a statement to the effect that it can not be sold to anyone under the age of 16. We have not done this for other OTC products except for nicotine products, a case not applicable to Plan B because this is a requirement placed on nicotine delivery systems by the DEA. Placing an age restriction for sale may place an unacceptable legal burden on pharmacies which would have the undesired effect of limiting access. It is also unclear how an age restriction would be enforced in a pharmacy setting. Additionally, it is unclear what this new precedent would mean for those products that have statements regarding contacting a physician if under a certain age. Would they also be eligible to be prescription only for those age groups?<br><br>Finally, it is unclear what additional data could be provided on adolescent use that would be sufficient to lift the age restriction in the future.<br><br>For these reasons, I do not support a recommendation for an age restriction." |
| | |
| Donna J. Griebel, MD<br><br>Deputy Director, Division of Reproductive and Urologic Drug Products<br><br>1/12/05<br><br>31031-31032, 31033 | "No new safety and efficacy data has been presented in this NDA submission or in the Division's updated review of the medical literature and post-marketing safety reports for levonorgestrel that alters my original recommendation that the risk benefit ratio of non-prescription access to Plan B supports its switch to non-prescription status without age restriction. I continue to support Plan B's switch to nonprescription status without age restrictions. I cannot support the Applicant's proposal in the current NDA submission (which was made in response to the CDER Center Director's May 6, 2004 Not Approvable letter that informed the applicant that provision of information in support of marketing Plan B as a prescription-only product for women under the age of 16 years and as a |

nonprescription product for women 16 years of age and older was one of two pathways to obtain approval) to restrict access to the non-prescription product through a mechanism that requires that the product be sold by prescription-only to consumers under the age of 16. I do not support this approach for two reasons:

1)  Labeling the product to only be sold with a prescription to consumers under the age of 16 sets a precedent that could have negative consequence on current products sold as non-prescription products, including contraception products like condoms and spermicidal products. In instances where it has been believed that insufficient data exist to warrant labeling for a particular age group, the Division of Over the Counter Drug Products has labeled the product with an age under which a physician should be consulted, using language in the package Drug Facts labeling such as "Do Not Use" or "Ask a Doctor Before Use If". (See Division of Over the Counter Drug Products Review by Dr. Curtis Rosebraugh.)

2)  Labeling the product to only be sold without a prescription on the basis of age criteria could have the unintended public health consequence of limiting access to women of all ages. Enforcing the age restriction for a reproductive health drug could be considered an undesirable legal burden for pharmacies that prompts pharmacies that already carry the prescription-only product to cease carrying the product altogether. Additionally, there are multiple reported instances in the media and in the medical literature of pharmacists who refuse to fill prescription for the current prescription product because they believe it causes medical abortion. The public health goal of improving access of women to emergency contraception will not be achieved by the proposed age restriction if those pharmacists who object to the product on the basis of their personal beliefs remain in a position of controlling access to the product, even for those women 16 and older given that they will need to check age to allow access to the nonprescription product.

I concur with the reviews of Dr. Dan Davis and Dr. Scott Monroe from the Division of Reproductive and

Urologic Drug Products that the sponsor's CARE (Convenient Access, Responsible Education) Program is reasonable. We have discussed with the Applicant that monitoring the adequacy of the program could be further improved by collecting and analyzing the questions consumers ask of the pharmacist in their queries to the 1-800 information call line along with demographic data collected those consumers who request information. This information could be used to refine labeling messages, if the analyses suggest changes could be helpful. The Applicant's response is pending.

In summary, I do not recommend that this application be approved with the Applicant's proposed age restrictions for reasons listed above. I believe that the product should be approved for switch to non-prescription status without age restriction."

**

"At the December 16, 2003 Joint Session of the Nonprescription Drug Advisory Committee and the Advisory Committee for Reproductive Health Drugs the committees voted in overwhelmingly support of approval of the nonprescription switch. However, in a January 15, 2004 meeting, senior DCER management informed the Divisions and Offices that this application is not approvable. The reason for nonapproval that was conveyed at that meeting and in subsequent meetings was that there were inadequate data to support adolescent use in the over the counter setting. The Divisions and Offices were told that the Commissioner and senior CDER management believed that the number of adolescents in the actual use study was inadequate, that there were inadequate data to show that adolescents could dose the product correctly, and that adolescents needed a learned intermediary involved in their access to emergency contraception. The Divisions presented adolescent data in an efforts to address these concerns in a meeting with the Commissioner in February 18, 2004. These data, however, were considered inadequate to establish that there would be no potential for negative impact from non-prescription access to emergency contraception in the adolescent population.

13

| | |
|---|---|
| | This review will focus on the issues raised by senior FDA and CDER management to support their decision for nonapproval of this product for over the counter marketing and the public comments by individual advisory committee members that echoed these very same concerns. The reviewing divisions and offices have carefully examined these concerns and do not believe that scientific evidence supports nonapproval of this application. The Divisions and Offices have concluded that the risk-benefit ratio for this product supports its approval for nonprescription marketing, without an age restriction." |
| | |
| John K Jenkins, MD<br><br>Director, Office of New Drugs<br><br>1/14/05<br><br>31096-31098 | "I continue to believe that the sponsor has provided adequate information to support a conclusion that Plan B can be used safely and effectively by women of child-bearing potential for emergency contraception in the OTC setting without the need for intervention by a healthcare profession. I do not concur with Dr. Galson's conclusion that the data from the label comprehension and actual use studies conducted by the sponsor, taken together with data from published and unpublished literature, are inadequate to support the same conclusion for women less than 16 years of age. I therefore support approval of Plan B as an OTC emergency contraceptive without an age restriction and believe that the sponsor's proposal for "dual marketing" of Plan B as both a prescription and non-prescription drug should not be approved. I note that the FDA's Office of Chief Counsel is currently actively reviewing the legal issues associated with the sponsor's proposal for "dual marketing." Even if the sponsor's proposal is determined to be consistent with the current statutes and regulations I believe the proposal should be not be approved since there is, in my opinion, no scientific basis for the differentiation in prescription and non-prescription status based on age and such an approach is inconsistent with well established FDA precedent with regard to labeling OTC products for use in adult and pediatric populations.<br><br>I will briefly expand on the bases for my conclusions.<br><br>Dr. Galson is correct in noting that a relatively small |

number of subjects less than 16 years of age were included in the label comprehension and actual use studies conducted by the sponsor. As I noted in my previous memorandum, given the setting in which these studies were performed it is likely that the observed age distribution is reflective of the age distribution of the population of women who will use Plan B if approved for non-prescription marketing. Further, I believe that it is entirely reasonable to extrapolate the findings from the older women in these trials to adolescents given well established agency precedent for extrapolating date from studies in adults and older adolescents to younger adolescents and the fact that there was no suggestion based on the data from the sponsor's studies that younger women were less able to use the product correctly in a stimulated OTC setting than older women. There is no pharmacologic or safety issue for the use of levonorgestrel at the dose found in Plan B in younger adolescents compared to older women, and the approved prescription labeling for Plan B and other oral contraceptives that contain levonorgestrel make no distinction based on age.

Dr. Galson has cited developmental differences between adolescents and older women in support of his concern about extrapolation of findings from older to younger women. In my opinion, the concerns Dr. Galson raises are more applicable to the ability of adolescents to make reasoned decisions about engaging in sexual intercourse, not their ability to understand how to use Plan B safely and effectively as an emergency contraceptive should they engage in unprotected sexual intercourse. The Plan B regimen in very simple (one tablet as soon as possible after unprotected intercourse and another tablet 12 hours after the first) and in many ways easier to follow than many other OTC products that are labeled for use by adolescents and younger children (e.g., some OTC products require a decision about the proper dose to be taken based on age or weight, require frequent repeat dosing, and contain multiple warnings and "Do not use if" statements). Further, levonorgestrel, the active ingredient in Plan B, has a very high margin of safety. This high margin of safety combined with the packaging, makes it very unlikely that a serious

adverse event would occur if an adolescent incorrectly dosed the product.

With regard to the policy precedent, the agency has not to my knowledge previously approved marketing of a drug product as both prescription and non-prescription for the same indication based solely on an age distinction. Products that are currently marketed as OTC products generally contain dosing information for a defined age range; e.g., children 6 years and older, and for children younger than the defined age range the labeling instructs the user to seek advice from a physician before using. It is not clear why a similar approach, which has been effectively utilized for many years by the agency, could not also be applied to Plan B. A decision to approve Plan B as a prescription and non-prescription product for the same indication with the only difference being the patient's age sets an important policy precedent that must be carefully considered and justified. In my opinion, such an approval for Plan B cannot be justified based on scientific data (e.g., there is no unique safety concern for the drug in women under age 16 and in my opinion the data presented by the sponsor support a conclusion that younger adolescent women can use the product safely in the OTC setting) and such an approval has the potential to raise other serious scientific and policy issues. For example, other OTC contraceptive products are not marketed under such "dual" prescription and non-prescription status. Approval of plan B as a "dual" product based on age is likely to lead to petitions to the agency that other OTC contraceptives be similarly restricted, which could significantly alter the availability of contraceptives to sexually active adolescents, a group where pregnancy leads to serious short and long-term risks to the mother and the child. The potential policy implications on the OTC monographs, which do not currently distinguish between prescription and non-prescription status based on age, must also be carefully considered prior to approval of Plan B as a "dual" product.

As I noted in my prior memorandum on this application, I am sensitive to and respectful of the concerns that some may have regarding non-prescription access to Plan B by adolescents. Products

that are indicated for uses related to sexual activity in adolescents raise concerns for some people that beyond a finding based on clinical trial data that the product is safe and effective its intended use in adolescents. These concerns are derived from individual views and attitudes about the morality of adolescent sexual behavior and also overlap with concerns about the role for parents and health care professionals in decisions about contraceptive use in adolescents. While acknowledging these concerns, I believe that the available data clearly support a conclusion that Plan B meets the statutory and regulatory requirements for availability without a prescription for all age groups. Such a conclusion is consistent with how the Agency has made determinations for other OTC products, including other forms of contraception available without a prescription. Further, I believe that greater access to this drug will have a significant positive impact on the public health by reducing the number of unplanned pregnancies and the number of abortions. While OTC access to Plan B for adolescents may be controversial from a societal perspective, I cannot think of any age group where the benefit of preventing unplanned pregnancies and abortion is more important and more compelling. An agency decision to approve Plan B as a "dual" product may have the paradoxical effect of decreasing access to and use of the product if pharmacies and pharmacists choose not to stock the product due to an unwillingness to participate In verifying the age of women who present to the pharmacy requesting Plan B or based on liability concerns. The age restriction will also be difficult to enforce and easy to bypass (e.g., an adolescent girl can simply have an older friend purchase the product for her) and in the end is not likely to serve its apparent intended purport of ensuring that younger adolescent women be guided in the use of the product by a healthcare professional.

For the reasons stated above, I believe that the proposed "dual" marketing strategy for Plan B should not be approved, and instead, the sponsor's original proposal for non-prescription marketing without restrictions based on age supported by their CARE program should be approved."

| | |
|---|---|
| Steven Galson, MD, MPH<br><br>Director, Center for Drug Evaluation and Research<br><br>8/26/05<br><br>31214 | "Although Barr did not propose to switch the Rx status of Plan B for women under 16 years of age in its July 21, 2004 resubmission, the CDER reviewers in the Divisions of Reproductive and Urologic Drug Products and the Division of Over-the-Counter Drug Products (the review divisions), the Deputy Directors of the Offices of Drug Evaluation (ODE) III and V, and the Director of the Office of New drugs recommended that Plan B should be switched OTC for the entire population of women who might use the product, including women under age 16. For the reasons described below, I do not agree with these recommendations." |



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

_____

                                                        Food and Drug Administration
                                                        Rockville, MD  20857

NDA 21-045\S-011
Women's Capital Corporation
Attention:  Sharon Camp, Ph. D.
President and Chief Executive Officer
1990 M Street, N.W , Suite 250
Washington, DC  20036

Dear Dr. Camp:

Please refer to your supplemental new drug application(s) submitted under section 505(b) of the
Federal Food, Drug, and Cosmetic Act for Plan B® (levonorgestrel) Tablets, 0.75 mg.

We also refer to the phone communication, August 22, 2003, discussing the upcoming Advisory
Committee meeting set for Tuesday, December 16, 2003, and a request that your proposed
voluntary distribution plan be submitted to the agency.  This communication is reiterated for
your convenience as follows:

> "We are calling for two reasons.  One is to discuss issues surrounding the AC
> which will occur on mid December and the other is to ask that you submit
> information that you have previously discussed with us limiting the OTC
> distribution of your product by involving a learned intermediary.
>
> The date of the AC meeting regarding your product is December 16, 2003. We
> will be working with you on plans regarding the logistics and presentations (time
> required, participants and topics covered during their talks etc.)  to ensure
> adequate coverage of important issues and an effective meeting.
>
> Secondly, we are currently actively reviewing your application in both divisions
> and believe that additional material may be helpful for our evaluation of your
> product.
>
> Specifically, while the approval of your package depends on our finding of
> whether this drug regimen is safe and appropriate for the OTC market, we believe
> that it would be in the interest of the American public, and in your business
> interest, that a product of this nature is introduced in a responsible manner.
> Measures to accomplish this may include the initial use of a learned intermediary
> such as a pharmacist (behind the counter), availability at selected types of stores,
> or other methods that address initial public sensitivities and concerns regarding
> your product.

**TUMMINO-30311**

NDA 21-045
Page 2

Your voluntary plan might also address issues such as age, literacy or misunderstandings regarding the administration of your product. We urge you to submit such a plan as soon as possible so that we can discuss it with you. We anticipate that introduction of your product will be an important topic for discussion at the advisory committee meeting."

If you have any questions, call Karen Anderson, NP, Project Manager, at (301) 827-4260.

Sincerely,

*{See appended electronic signature page}*

Donna Griebel, M.D.
Deputy Director
Division of Reproductive and Urologic Drug
    Products, HFD-580
Office of Drug Evaluation III
Center for Drug Evaluation and Research

TUMMINO-30312

This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.

/s/
--------------------
Donna Griebel
9/2/03 04:36:20 PM

TUMMINO-30313

**Meeting Minutes**

Date: January 23, 2004    Time: 12:30 – 2:00 PM    Location: CORP Rm: 200A

NDA: 21-045    Indication: Emergency Contraception

Drug Name:    Plan B® (levonorgestrel) Tablets, 0.75mg

Sponsor:    Barr, Inc. / Women's Capital Corporation

Meeting Type:    Guidance

Meeting Chair:    Donna Griebel, M.D. - Deputy Director, Division of Reproductive and
Urologic Drug Products (DRUDP; HFD-580)

Meeting Recorder:    Karen Anderson, N.P. - Project Manager, DRUDP (HFD-580)

FDA Attendees:
Office of New Drugs (OND; HFD-020)
John Jenkins, M.D. - Director

Office of Executive Programs (OEP; HFD-006)
Lee Lemley - Policy Analyst, Executive Operations Staff

Office of Drug Evaluation III (ODE III; HFD-103)
Florence Houn, M.D. - Director
Julie Beitz, M.D. - Deputy Director

Division of Reproductive and Urologic Drug Products (DRUDP; HFD-580)
Daniel Shames, M.D. – Director
Donna Griebel, M.D. - Deputy Director
Scott Monroe, M.D. - Medical Team Leader
Dan Davis, M.D. - Medical Officer
Karen Anderson, N.P. - Project Manager

Office of Drug Evaluation V (ODE V; HFD-105)
Jonca Bull, M.D. - Director
Terri Rumble, R.N. - Associate Director for Regulatory Affairs

Division of Over the Counter Drug Products (OTC; HFD-560)
Curtis Rosebraugh, M.D., M.P.H. – Deputy Director
Jin Chen, M.D., Ph.D - Medical Officer
Helen Cothran, B.S. - Interdisciplinary Scientist, Team Leader
Arlene Solbeck, M.S. - Interdisciplinary Scientist

TUMMINO-30686

NDA 21-045/S011



Division of Surveillance, Research, & Communication Support (DSRCS; HFD-400)
Karen Lechter, J D , Ph D. – Social Science Analyst

External Attendees:
Carole Ben-Maimon, M.D. - President and COO, Barr Research, Inc.
Joe Carrado, M.Sc., R Ph. - Senior Director, Clinical Regulatory Affairs
Deborah Wilkerson, Ph D – Director, Scientific Affairs, Women's Capital Corporation

Background: Plan B® (levonorgestrel 0 75 mg) is indicated for Emergency Contraception.
In April 2003, the sponsor, Women's Capital Corporation (WCC), submitted an SE6
Efficacy Supplement to market Plan B® as an over-the-counter product. The action goal date
is February 20, 2004. A joint meeting of the Non-Prescription Drugs Advisory Committee
and the Advisory Committee for Reproductive Health Drugs took place on December 16,
2003 to discuss the application and voted 23 to 4 in support of the over-the-counter switch.
The Division of Reproductive and Urologic Drug Products (DRUDP) with the Division of
Over-the-Counter Drug Products (OTC) and the sponsor are ready to begin label
negotiations. These negotiations have been pre-empted due to concerns from the Office of
the Commissioner (OC) to be conveyed through CDER management at this meeting.

Discussion:
Statement from CDER/ DRUDP and OTC for the sponsor:

1  The Divisions were ready to negotiate labeling with you today, but on January 15, 2004,
   we were informed by the Acting Center Director, Dr. Steven Galson, that the regulatory
   decision for the action on your application would be made by CDER upper management
   (above the ODE level). This is not the usual or typical CDER process for determining
   the approvability of an NDA. He also informed us that there were unresolved issues of
   concern to upper level management that would require their discussion.



2. The Divisions and ODEs are in the process of completing their reviews and will forward
   them with their final recommendations to CDER upper management. The Divisions and
   ODEs will continue to communicate with upper management on any issues that upper
   management believes are in need of further explanation

3. You will need to request a meeting directly with the Office of the Center Director or the
   Office of New Drugs Director to understand their concerns. This will allow you to obtain
   the best information to decide how to proceed. We also are meeting with upper level
   management to better understand their concerns. Until instructed to do otherwise, we
   will schedule no meetings with you to discuss labeling.

4. We understand the current circumstances may be confusing. Dr. Jenkins is here to
   answer your questions as best he can at this point.

General Comments:



• Dr. Jenkins stated that the Office of the Commissioner and CDER management have
  raised concerns about the application to switch Plan B to OTC. The primary area of
  concern appears to be whether there are adequate data to establish that minors (i.e., those

TUMMINO-30687



NDA 21-045/S011

under 18 years) will use Plan B appropriately in the absence of a learned intermediary. It has been noted that the number of subjects under 18 in the Actual Use Study (AUS) and label comprehension studies was small. The divisions plan to meet with FDA and CDER management in the near future to review the available data from the application and to determine the path forward. Potential options that have been suggested from FDA and CDER management include the possible need to collect additional data, perhaps from another AUS targeted to minors, or to impose an age restriction on OTC sale of the product. Since we have not had a chance to have these internal discussions, we recommend that the sponsor not attempt to submit new data or plans to address these concerns until we better understand the issues and the possible path(s) forward.

The sponsor stated that they understand the current situation and reiterated their commitment to the Plan B application. Barr noted that they plan to proceed with the acquisition of the NDA from WCC and that they want to work with FDA to find a resolution to any deficiencies in the current application. The sponsor asked that they be allowed to discuss with the agency possible remedies to address the current concerns and noted that they are willing to be flexible to find pragmatic solutions.

Decisions:
* DRUDP and OTC will go forward with a meeting with FDA and CDER management as soon as that meeting can be arranged
* The sponsor agreed to be responsive to any requests for additional information that may help to address the concerns regarding the application
* The divisions will be working to finalize reviews in a timely manner.
* The sponsor may attempt to contact CDER management for further discussions
* Label negotiations are postponed until further notice.

Action Items:
* None

Minutes prepared by: Karen Anderson, N.P. – Project Manager, DRUDP
Concurrence of Meeting Chair: Donna Griebel, M.D. –Deputy Director, DRUDP



TUMMINO-30688

NDA 21-045/S011



Reviewed by
J Jenkins 2.3.04
L Lemley
F Houn 2.2.04
J Beitz 2.2.04
D. Shames
D Griebel
S. Monroe 2.2.04
D. Davis
J. Bull
T Rumble
C Rosebraugh
J. Chen
H. Cothran
A. Solbeck
K. Lechter 2.2.04



TUMMINO-30689

This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.

/s/
-----------------------
Daniel A. Shames
3/4/04 04:30:07 PM

TUMMINO-30690

### Addendum to OTC Medical Team Leader Review



sNDA 21-045
Drug Name: Plan B®
Sponsor: Barr Research, Inc.
Pharmacologic Category: Synthetic Progestin
Proposed Indication: Emergency Contraception
Dosage Form/Route of Administration: Tablet / Oral
Submission Date: February 6, 2004 (Serial No. 119)
Review Date: March 5, 2004
Reviewer Name: Andrea Leonard-Segal, M.D., M.S.

**Discussion/Recommendation:**
At the request of the Agency, the sponsor submitted a reanalysis of data on teenage use of
Plan B from the Actual Use Study. The actual use data is predictive that teenagers 14 –
17 years of age would use OTC Plan B no less properly than those 18-44 years of age.
This reanalysis lends further support to my view that the application to switch Plan B
from prescription to over-the-counter marketing should be approved.

My recommendation remains unchanged and is in disagreement with the
recommendation of Dr. Jin Chen (the HFD-560 primary reviewer) in his March 3, 2004
addendum to his Plan B primary review

TUMMINO-30691

This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.

/s/
----------------------
Andrea Segal
3/5/04 01:55:33 PM
MEDICAL OFFICER

TUMMINO-30692

**Division Director Memo-Addendum**
NDA #: 21-045
Drug Name: Plan B (Levonorgestrel 0.75 mg)
Sponsor: Women's Capital Corporation
Receipt Date: April 22, 2003
PDUFA Date: February 22, 2004
Type of Document: NDA supplement
Date: March 23, 2004

Introduction

Since my previous memo of January 9, 2004, upper management above the ODE level has expressed additional concerns regarding the possible Over-The-Counter (OTC) status of Plan B. This addendum is to summarize my interpretation of their concerns and also to summarize further analysis of existing data.

On January 15, 2004, Dr. Steven Galson, Acting Director of CDER convened a meeting and conveyed that he felt there was insufficient evidence, based on the actual use and label comprehension study, to demonstrate appropriate adolescent use to support approving Plan B for OTC marketing. He stated that the Plan B application would receive a non-approval action. He indicated that the actual use study did demonstrate that adolescents used the product correctly and did not exhibit changes in contraceptive behaviors. However, he felt the number of adolescent subjects was too small upon which to draw conclusions that could be extrapolated to the general population of adolescents. He outlined two key concerns, the first was adolescents timing of dose and the second being whether OTC access to Plan B would adversely affect contraceptive behaviors. Dr Galson was unfamiliar with the data from the literature behavioral studies and suggested we summarize this data and present it to Commissioner McClellan. He also inquired whether any of the Plan B application reviews performed by the Divisions or ODEs had yet been finalized and placed into the DFS tracking system.

On February 18, 2004 a presentation of summary data was made to Commissioner McClellan (attachment 1) and attended by Janet Woodcock, John Jenkins, Steven Galson, Sandy Kweder and staff from the ODEs and divisions responsible for the review of the application. Included in the presentation were the Division's and ODE's recommendations for OTC marketing status without restriction. Dr. McClellan expressed concern about adolescent behavior, although he did not articulate the exact nature of his concern, what ages were included in his concern, what data was lacking or a path forward for the sponsor. Age restrictions on sales were briefly discussed, but the commissioner indicated that this type of program would probably require further public discussion.

The Divisions and ODE's subsequently met with Drs. Woodcock, Jenkins, Kweder and Galson on February 19, 2004. At this meeting, Dr. Woodcock expressed that she felt that the commissioner (and herself) was concerned with adolescents and stated that she felt we did not really know what behaviors adolescents would exhibit. As an example, she stated that we could not anticipate, or prevent extreme promiscuous behaviors such as the

TUMMINO-30745

2



medication taking on an "urban legend" status that would lead adolescents to form sex based cults centered around the use of Plan B. Dr. Galson indicated that he shared Dr. Woodcock's concerns

In preparation for the Commissioner briefing, previous data has been reevaluated and new data, submitted by the sponsor and lead authors of various behavioral studies, was reviewed. This memo provides a summary of these new analyses. It also contains an exploration of Washington State epidemiologic data trends regarding STD's and pregnancy/abortion from 1997 to the most recent year for which data is available. Washington State data is examined because in 1997 programs were initiated which allowed consumers of all ages to obtain Plan B directly from a pharmacy without first going to a clinic. There are five states with similar programs, but Washington State has the oldest program and has more epidemiologic data available for review.

Background

*Abortion Ratio*
In considering the benefits of OTC access to plan B for various age groups, it is important to understand the abortion ratio for different age demographics. The abortion ratio is the number of abortions per 1,000 live births. In 2000, the abortion ratio was highest in adolescents as illustrated in Graph 1. This data was collected from 46 States, the District of Columbia, and New York City[1]. For adolescents less than 15 years of age, there are approximately 700 abortions for every 1000 live births. The next highest abortion ratio is in the 15-19 year old age group with almost 400 abortions for every 1000 liver births. This data is not surprising in that most of the pregnancies in the < 15 years of age group and many in the 15 to 19 year age group are unintended. Because many of these women are unmarried, are not prepared to care for children on their own, are attending school, do not have support systems in place to care for children, abortion becomes an important option in this younger age group. Granting OTC marketing to Plan B would improve access which should lead to increase use of Plan B resulting in decreased unwanted pregnancies and decreased abortions.



[1] MMWR, November 28, 2003



TUMMINO-30746

Graph 1. Abortion Ratio as a Function of Age. (Abortion Ratio is the number of abortions per 1000 live births.)





Plan B is available as a full, unrestricted OTC drug in two countries, Norway and Sweden and it is instructive to examine abortion rates before and after approval of Plan B in these two countries. In Sweden, teenage abortion rates started increasing in 1999. The Swedish Government approved Plan B, initially behind the counter with subsequent full OTC approval, in 2001. In the first six months of 2003, teenage abortions were reduced by approximately five per cent.[2]



In Norway, Plan B was approved for OTC status in the second half of 2000. Abortion ratio's for 15-19 y/o decreased from 20.1/1000 in 2000 to 16.9/1000 in 2002. This is the lowest teenage abortion rate registered since the law of self-determination for women was implemented in 1979 and is far lower than that demonstrated in the United States for the same age group.[3]

*Sexual Behaviors in Adolescents*

In examining whether Plan B would affect contraceptive and sexual behaviors of adolescents, consideration must be given to the present sexual practices of adolescents. Presently 34% of high school students are sexually experienced at the 9th grade and 61% are sexually experienced by 12th grade.[1] At any given time, 33% of adolescent high school females are sexually active and only 51% report using a condom during their last sexual intercourse.[2] Condoms are the most used method of contraception for adolescents. Hormonal contraception is not frequently used by adolescent and some groups of adolescents can have low hormonal contraception continuation rates approaching 13%

[2] Statistics-health and diseases: Abortions in Sweden 2003, National board of Health and Welfare, Centre for Epidemiology.
[3] Statistics Norway. Published 29 July 2003. Accessed 11 March 2004 at http://www.ssb.no/english/subjects/03/01/20/abort_en/main.html
[4] MMWR, September 27, 2002

use at 1 year and 2% use at 2 years.[5] This data demonstrates that the majority of adolescents are sexually experienced while in high school and are not adequately using contraception. Based on this information, it is not surprising that the pregnancy rate for females aged 15-19 y/o is 94 pregnancies/1000 females per year.

*Sexually Transmitted Disease*

Concern has also been voiced that access to Plan B may increase sexually transmitted disease (STD) rates in adolescents which would justify limiting the age of access to females that are less than 18 years old. However, when considering sexually transmitted diseases (STI's), the rate of chlamydia infections are very similar among women ages 15-19 (2619/100,000) and 20-24 (2570/100,000), which is substantially higher than the next highest group which is the 25-29 y/o (876/100,000).[6] Gonorrhea rates also demonstrate the same trend with rates of 676/100,000 for 15-19 y/o compared to 650/100,000 for 20-24 y/o and 251/100,000 for 25-29 y/o.[7] This data suggests that the current sexual behaviors of women in the 20 - 24 y/o age group place them at the same risk for STDs as the 15-19 y/o age group. The data also suggests that an arbitrary age limitation of less than 18 is not justified because the behaviors of each age group place them at essentially the same risk of STD's. Also, in evaluating if access to Plan B would adversely affect behaviors such that STD rates would increase it should be noted that STD rates in Washington State (discussed later) have been below national averages since 1996 even though greater access to Plan B for all ages through the pharmacy access program began in 1997.

*Studies of Plan B Use in Adolescents*

Other concerns are that there are insufficient numbers of adolescents that participated in the actual use study (AUS) limiting any conclusions for this demographic. OTC switches can be based on a variety of data including randomized trials or historic use of similar products. It is important to remember that "actual use" is just a title indicating that the study is used to analyze a product for OTC use. There are currently no study designs that can exactly mimic the OTC setting. Other studies that aren't titled "Actual use" can contribute data in the determination of OTC appropriateness. For plan B, there exist a large body of data supporting the actual use study including randomized clinical trials evaluating a variety of distribution mechanisms for emergency contraceptive pills (ECP) and a large study of women who accessed emergency contraception via telephone. These data give more adolescent information on timing of dose, self-selection, repeat use, diverse populations, clinic and non-clinic settings, behavioral changes over time and follow-up over several months

Below is a table of behavioral studies similar to that reviewed with the Commissioner. This table demonstrates that there is data available on over 1900 adolescent's 17 years old and younger.

---

[5] Zibners A, Comparison of contraception rates for hormonal contraception among adolescents. Jo Ped Adolescent Gyn, 1999, vol. 12; 90-94
[6] CDC, National Profile, STD Surveillance 2002, www.cdc.gov/std/stats/2002pdf/chlamydia.pdf
[7] CDC, National profile, STD Surveillance 2002, www.cdc.gov/std/stats/2002pdf/gonorrhea.pdf

TUMMINO-30748

Table 1. Studies Assessing Patient Behavior When Plan B Is Provided By Non-Prescription Mechanisms



| Study | Age Range | Total N | Age | | |
|-------|-----------|---------|-----|-----|-----|
| | | | ≤16 years | ≤17 years | ≥18 years |
| Actual Use | 14-44 | 540 | 22 | 46 | 494 |
| | | | | | |
| DIAL EC | 8-51 | 7756 | 613 | 1225 | 6531 |
| Gold | 15-20 | 301 | 115 | 187 | 114 |
| Raine | 15-24 | 2090 | 254 | 476 | 1614 |
| Jackson | 14-? | 370 | 15 | 21 | 349 |
| Belzer | 14-20 | 160 | NA | NA | NA |
| Total | | 11,217 | 1,019 | 1,955 | 9,102 |

In reviewing these studies, adolescent use and contraceptive behavioral trends were similar to those in older age groups and had the same trends as those demonstrated in the AUS study. In prior discussions, upper level management was concerned that the extent that these studies can be used in decision making may be limited because these studies included healthcare provider intervention (counseling) that was not available in the actual use study and would not be available for an OTC drug. However, for the two behaviors of interest, timing of dose and contraceptive behaviors, the AUS provides data that health care provider intervention does not impact on timing of dose or contraceptive behaviors beyond what the label provides by itself (data presented below).

The Agency has received additional data from the Raines and Gold study. This review includes this data and provides additional analysis of the AUS as well as aspects of the Dial study. The Dial study is a study that was not included in the Advisory Committee Meeting briefing package but was discussed during the Commissioner briefing. This review will not be detailed, instead focusing only on the two concerns relayed to the Divisions and ODEs. Following this is a discussion of the epidemiologic trends in Washington State that demonstrate that improved access to Plan B did not correlate with adverse changes in STD, pregnancy or abortion rates.

Additional Analysis of Data

*Actual Use study*
This study has been reviewed in detail in previous reviews. Data from the actual use study indicate that the timing of 1st and 2nd dose in the AUS did not vary based on age. This study also includes subgroup analysis of "Previous users" and "First Time Users". Previous Users were subjects that had used the drug before and therefore would have had previous health care educational intervention and counseling regarding emergency contraception. First Time Users are those subjects that had never used the product and their use would demonstrate knowledge gained only from the labeling supplied with the product as subjects enrolled in this study did not receive any counseling. Table I provides data on the correct timing of dose based on Previous Use compared to First Time Use of ECP. Previous health care provider intervention (i.e. data from previous users) and age did not make a difference in timing of dose.



4

These results suggest either the health care practitioner intervention had minimal impact on dosing or that the drug labeling included in the Plan B package had a similar effect to those who previously received information from health care providers. If intervention of the health provider is pivotal to the correct use of the product, it is not evident in the data from the actual use study.

Table 2. Timing of Dose as a Function of Age or History of Previous ECP Use

| | Age (years) | | Prior ECP Use | |
|---|---|---|---|---|
| | ≤16 N=22 | ≥17 N=518 | Previous Users N=213 | First Time Users N=327 |
| Timing for the first pill after sexual intercourse | | | | |
| >72 hours | 0 | 2 (0.4%) | 2 (0.3%) | 2 (0.6%) |
| Interval between the second and first pill | | | | |
| At 12 hours | 18 (82%) | 369 (71%) | 146 (69%) | 241 (74%) |

In Table 3, the data from the AUS demonstrate that the frequency of sexual intercourse during the study and contraception use were comparable between different age groups except that the 14-17 year old age group tended to use more effective contraception after receiving Plan B.

Table 3. Sexual and Contraceptive Behavior as a Function of Age during the AUS.

| Behavior | % of subjects with sexual activity by age group | | | |
|---|---|---|---|---|
| | 14-16 N=29 | 17-44 N=556 | ≤18 N=43 | ≥18 N=459 |
| Sexual intercourse during study (4 weeks) | 64% | 64% | 61% | 64% |
| Change to more effective contraception | 29% | 11% | 27% | 10% |
| Change to less effective contraception | 0% | 9% | 4% | 9% |
| Change to condom use | 0% | 11% | 0% | 11% |
| Change to no condom use | 0% | 5% | 4% | 5% |

Previous health care provider intervention also does not appear to impact upon contraceptive behaviors. If we compare behavioral changes with subjects that had prior experience with Plan B to novice users as seen in table 4, we see similar percentages of contraceptive behaviors between groups. This would again support that prior intervention of a health care provider did not influence subsequent contraceptive behaviors associated with the use of this product compared to no intervention of a health care provider.

TUMMINO-30750

?

Table 4. Sexual and Contraceptive Behavior as a Function Previous ECP Use.

| Behavior | % of subjects with sexual activity by Prior EC Use | |
| --- | --- | --- |
| | Previous user (n=234) | First time user (n=351) |
| Sexual intercourse during study (4 weeks) | 65% | 63% |
| Change to more effective contraception | 9% | 13% |
| Change to less effective contraception | 10% | 7% |
| Change to condom use | 12% | 9% |
| Change to no condom use | 5% | 5% |



Within the 14-17 y/o subjects, contraceptive behavior was similar between those that had prior experience with Plan B compared to first time users. However the number of subjects in this cohort is limit and the results of this analysis should be considered in this context

Table 5. Sexual and contraceptive Behaviors in 14-17 y/o subjects as a function of previous ECP use

| Behavior Change (% of Subjects) | Prior EC Use (Adolescent Age 14-17 y/o) | |
| --- | --- | --- |
| | Previous user (n=13) | First time user (n=33) |
| Sex acts during study (4 weeks) | 38% | 33% |
| Change to more effective contraception | 15% | 6% |
| Change to less effective contraception | 8% | 6% |
| Change to condom use | 0% | 3% |
| Change to no condom use | 15% | 0% |



These analyses suggests that prior use of Plan B, which would have included health care provider intervention, does not significantly enhance the compliance with directions (timing of dose) or influence subsequent sexual and contraceptive behaviors compared to first time users.    These analyses provide legitimacy to considering data from other studies where health care provider counseling occurred.

*Dial EC Study*

The DIAL EC Project, is a single-arm trial conducted in North Carolina. In this study females of all ages could call a toll-free number answered by a trained specialist and request that Plan B be called to a local pharmacy. Educational intervention from the trained specialist was limited to reading points from the emergency contraceptive label. In 29 months, the service issued 9,745 prescriptions to 7,774 callers. The study allowed females of all ages to enroll and there were 2,065 subjects age 18 or under and 5,691 subjects aged 19 or older. This study demonstrated that there were no differences between age groups for the reason to seek emergency contraception, requesting a prescription within appropriate time intervals or the percentage of females requesting a 2nd script (table 6). The data are useful as support to the actual use study because of the large number of adolescents enrolled and females self-select if they needed the medication. This data demonstrates that adolescents compared to older users used the

TUMMINO-30751



medication for the same reasons as older users, obtained the medication in a timely fashion and had the same amount of repeat use

Table 6. Dial Study: Reasons for Use—Timely Use—Repeat Use

| Reason for Use | 18 or under (N=2065) | 19 or above (N=5691) |
|---|---|---|
| No method Used | 40% | 42% |
| Broken condom | 46% | 42% |
| Missed OCP | 4% | 6% |
| Timely Prescription | | |
| % with timely prescription | 92% | 93% |
| Repetitive use | | |
| Repeat use | 12% | 11% |

*Gold Study*



This was a randomized trial conducted in an adolescent medicine clinic in Pittsburgh. This study examined advanced provision (AP) vs. clinic access (requiring a standard clinic visit to obtain ECP) in a group of adolescent subjects aged 15-20. The AP group received one pack immediately with access to two additional courses as needed but not contingent upon experiencing an episode of unprotected intercourse. This study has 187 subjects 15-17 y/o and 144 subjects aged 18-20 y/o. Educational intervention was not provided by a physician. Distributing AP simulates OTC availability because the woman has emergency contraception in her home to use when she self-selects to use it. Also, subjects in the AP group were not going to use the product immediately so this would test consumer's ability to use the product without immediate instruction. It also gives important information regarding use of the product over a sustained period of time. The educational component was limited to a checklist that is similar to the consent form used for the pharmacy access program in Washington State and educational pamphlets on STDs, contraception and abstinence. The checklist enumerates the messages from the package insert/(labeling of OTC Plan B), and asks the woman to initial by each point. Over a six month period, no age based differences were seen regarding EC use, unprotected sex or condom use between the advanced (OTC-like) provision and clinic access (standard of care).

Table 7. Gold Study: Contraceptive Behaviors as a Function of Age

| | 15-17 y/o (N=187) | 18-20 y/o (N=144) |
|---|---|---|
| Used ECP during study | 18% | 18% |
| Unprotected sex during study | 39% | 38% |
| Condom use on Study | 88% | 88% |
| Oral Contraceptive Pills (OCP) use on study | 41% | 58% |
| STD on study | 9% | 5% |

There also was no difference, based on age, in timing of 1st or 2nd doses. The subjects in the Clinic Access group would be using Plan B almost immediately after obtaining the medication. The subjects in the AP group would not have had a health care provider

TUMMINO-30752



intervention since the time the course of AP Plan B was provided. This could be weeks or months between obtaining Plan B and use. The AP group would have been more likely to depend on the labeling for correct and appropriate use than the interaction with a healthcare provider (which was limited to a check list). Advanced provision to EC facilitated taking the drug sooner. The median time to first dose in those with advanced provision was 10 hours earlier on average for both age groups. This is important, as the drug is more effective the sooner it is taken.

Table 8. Gold Study: Timing of First and Second Dose of EC Stratified By Age

|  | 15-17 y/o | | 18-20 y/o | |
|---|---|---|---|---|
|  | Advanced Provision | Clinic Access | Advanced Provision | Clinic Access |
| First Dose (Hours after Sex) |  |  |  |  |
| Median | 14 h | 24 h | 9 h | 14 h |
| Range | 1-48 h | 1-113 h | 1-48 h | 3-40 h |
| Second Dose (Hours after first dose) |  |  |  |  |
| Median | 12 h | 12 h | 12 h | 12 h |
| Range | 2-12 h | 12-15 h | 2-12 h | 12-24 h |



There were 12 (10%) pregnancies reported in the AP group and 19 (13%) pregnancies reported in the control group. Of the reported pregnancies, 18 (11%) were reported in the 15-17 y/o age group compared to 13 (13%) in the 18-20 y/o age group (table 9).

Table 9. Gold Study: Pregnancy during study

|  | Age 15-17 | | Age 18-20 | |
|---|---|---|---|---|
| Pregnancy During Study | AP | Control | AP | Control |
| No | 69 | 79 | 42 | 43 |
| Yes | 9 (12%) | 9 (10%) | 3 (7%) | 10 (19%) |

Finally, within the 15-17 year old group, there were no adverse sexual behaviors between the advance provision and the clinic access. Table 9 shows the percentage of 15-17 y/o subjects who engaged in unprotected sex, used condoms, used oral contraceptive use or acquiring an STD during the study. Although there appeared to be no difference in the percentage of subjects engaging in unprotected sex, those subjects with advanced provision were more likely to use ECP than those with clinic access.

Table 10. Gold Study: Sexual behaviors in 15-17 y/o based AP vs. Control

|  | 15-17 y/o Advanced Provision | 15-17 y/o Clinic Access |
|---|---|---|
| Used ECP on study | 25% | 15% |
| Unprotected Sex on study | 36% | 42% |
| Condom use on study | 89% | 86% |
| OCP use on study | 39% | 42% |
| STD on study | 8% | 9% |



TUMMINO-30753

10



The Gold study demonstrates that advanced provision of ECP 1) does not increase promiscuous sexual behavior in 15 - 17 y/o adolescents compared to current methods of access, 2) is more likely to lead to use of the product earlier after unprotected sex, and 3) is more likely to lead to use of the product after unprotected sex compared to current methods of access

*Raine Study*

This was a randomized clinical trial of high risk inner city females conducted in California. This study was originally a 3-arm trial arm with an advanced provision arm (AP), a pharmacy access arm (PA) at selected pharmacies and a clinic access only (CA) arm  The study was reduced to 2 arms - AP and PA six months into the study when pharmacy access was approved State-wide. Unlike the AUS, this study provided advanced provision of emergency contraception to females not actively seeking emergency contraception.  In this study, women in the AP arm received three packages of EC to have ready access to a supply on hand at home  Education was a checklist of the label message points similar to that used in the Gold study

This study had 476 females aged 15-17 y/o and 1,614 aged 18-24 y/o.  At baseline, the adolescents had similar prior emergency contraceptive use and frequency of unprotected sex as the older group, but had fewer prior pregnancies, abortions and STDs.  This would be expected because the younger subjects would have been sexually active for a shorter duration than the older group.  At study end, the 15-17 y/o compared to the 18-20 y/o had no significant differences in emergency contraception use on study, emergency contraception use a second time, unprotected sex, or STDs as seen in table 10



Table 10.  Raines Study: Age Comparison of Contraceptive Behaviors During the Study

|  | 15-17 y/o (N=476) | 18-24 y/o (N=1614) |
|---|---|---|
| Used ECP on study | 38% | 27% |
| Used ECP two times | 10% | 6% |
| No method used some times | 33% | 27% |
| Experienced pregnancy | 12% | 6% |
| Contracted STD | 14% | 12% |

The behavioral data comparing the adolescents in the advanced provision group (n=194) compared to the pharmacy access group (n=189) revealed no differences in frequency of sex/ month, number of sex partners or failure to use a contraceptive method as listed in the table 11.  This suggests that ready access to a 3 month supply of emergency contraceptive in the house (advanced provision) did not alter the sexual or contraceptive behaviors of adolescents compared to pharmacy access.



Table 11. Raine Study: Sexual Behavior Trends from Baseline to Study End of Advanced Provision Compared to Pharmacy Access in Adolescents (15-17 y/o)

|  | Advanced Provision N=194 | Pharmacy Access N=189 |
|---|---|---|
| Sexual intercourse 1 or more times per week |  |  |
| Baseline | 39% | 40% |
| Study end | 44% | 44% |
| 2 or more partners |  |  |
| Baseline | 21% | 24% |
| Study end | 24% | 22% |
| No contraception |  |  |
| Baseline | 8% | 8% |
| Study end | 10% | 10% |

This study enrolled a high risk population of subjects as evidenced by their high sexually transmitted disease rate, high pregnancy rate (15.6% of adolescents under the age of 18 at baseline) and failure to use a contraceptive method some of the time during the study. Sexual behavior in the 15 - 17 y/o subjects was not influenced by ready access to advanced provisions of ECP. The pregnancy rate was approximately double in the younger subjects compared to the older subjects despite a slightly higher percentage of younger subjects using ECP. This demonstrates the great need for this product in high risk youths and also demonstrates that adolescents are poor contraceptors. Without the availability of EC in this group, an even greater number of pregnancies would be expected. Sexually transmitted disease rates were similar regardless of age. Additionally, there were a large number of adolescents in this study and their contraceptive behaviors were similar to older age groups.



*Washington State's Pregnancy, Abortion and STD Rates After Increased Access to ECP*

At present, through collaborative agreements, five states allow consumers to obtain Plan B directly from a pharmacy without first obtaining a prescription from a health care provider. Washington State started their program in 1997 and therefore has the longest experience. It is instructional to examine abortion rates and STDs in this state compared to national trends. In 2002, the last year data is available, Washington State ranked 40th (ranked 39th in 1996) in gonorrhea rates at 49.6/100,000 compared to a national average of 125/100,000 [2] Also, Washington State ranked 35th (ranked 31st in 1996) for Chlamydia rates in 2002 at 253.4/100,000 compared to the national average of 296.5/100,000.[9] It should also be noted that the Chlamydia rates of Washington State approximated the national averages in 1994 and from 1995 to 2002 (last year data available), the State has had rates less than the national average. This again demonstrates that increased access to Plan B did not lead to increased rates of STD's compared to national averages.

---

[2] CDC www.cdc.gov/std/stats/tables/table12.htm
[9] CDC www.cdc.gov/std/stats/tables/table3.htm



TUMMINO-30755

12



Adolescent pregnancy rates and abortion rates in Washington State have consistently fallen since 1997 when pharmacy access to Plan B was initiated (see table below). It is also instructive to note that the abortion ratio (number of induced abortions per 1,000 live births) for women in all age groups has decreased in Washington State from 346 in 1997 to 322 in 2002, even while Washington State's general fertility rates mirrored United States fertility rates [10, 11]

Table 12. Teenage Pregnancy Rates by Age in Washington State (per 1,000 women) Between 1997 - 2002

| Year | Age 15-19 | | Age 15-17 | | Age 18-19 | |
|---|---|---|---|---|---|---|
| | Pregnancy Rate | Abortion Rate | Pregnancy Rate | Abortion Rate | Pregnancy Rate | Abortion Rate |
| 1997 | 74.5 | 29.6 | 45.7 | 20.2 | 122 | 45 |
| 1998 | 71.2 | 26.9 | 42.6 | 18.4 | 116.8 | 40.4 |
| 1999 | 66.5 | 25.5 | 38.0 | 16.1 | 109.6 | 39.6 |
| 2000 | 64.3 | 25.0 | 36.3 | 15.7 | 107.0 | 39.0 |
| 2001 | 59.6 | 23.8 | 32.9 | 15.1 | 100.3 | 39.0 |
| 2002 | 55.9 | 22.7 | 30.9 | 14.0 | 93.8 | 35.8 |

Table 13 demonstrates that number of legal abortions decreased for adolescents in Washington State from 1997-2000 (last year data was available from the CDC) [12] During this time frame, the total number of abortions for women of all age groups decreased. This would indicate that for a State where Plan B has minimal barriers to access, there was not an unforeseen consequence whereby Plan B was used inappropriately (used instead of regular contraception or increased promiscuity) and actually caused more pregnancies or abortions



Table 13. The Number of Legal Abortions in Washington State by Year and Age Group

| Year | Age | | | | |
|---|---|---|---|---|---|
| | <15 y/o | 15 y/o | 16 y/o | 17 y/o | ≤19 y/o |
| 2000 | 122 | 303 | 658 | 979 | 5231 |
| 1999 | 143 | 328 | 659 | 1016 | 5369 |
| 1998 | 137 | 350 | 689 | 1129 | 5312 |
| 1997 | 191 | 385 | 789 | 1195 | 5728 |

Overall, the data from Washington State would speak against the concerns that access to Plan B would increase promiscuity or that females may not be able to use the drug correctly. Since the State introduced reduced barriers to Plan B access, the data demonstrates decreased pregnancies and abortions for adolescent age groups, and STD rates below national averages. In fact, the State has decreased their National STD

---

[10] www.doh.wa.gov
[11] Center for health Statistics, Washington State Department of health, 10/2003
[12] MMWR Surveillance Summaries for 1997, 1998, 1999, 2000 at www.CDC.gov/mmwr



TUMMINO-30756

n

ranking over this time period for two common STD's. Also during the six plus years that Plan B has had pharmacy availability, there have no reports from Washington State that Plan B has led to an increase in promiscuity among teenagers. In regard to the possible abuse of Plan B, it must also be remembered that Plan B does not have any significant CNS effects and has a high rate of non-serious adverse events, such as nausea in over 23% of subjects and menstrual irregularities that would prohibit recreational use of this drug. Finally, as noted earlier, in Washington State, health care provider (pharmacist) input into women's decisions regarding Plan B use is minimal and consists of initialing a check list that highlights labeling concepts. This demonstrates that all ages of females seem able to use this drug with minimal health provider intervention.

### Conclusions

As I described in my previous Divisional Memo, I feel Plan B adequately meets criteria for OTC marketing without restriction. The benefits of timely access include earlier dosing for greater efficacy to avoid unplanned pregnancy and possible abortion. The data indicates that benefits outweigh the risks. The data reviewed above is quite compelling to dispel any potential concerns regarding adolescent use or changes in sexually behaviors associated with plan B use. Additionally, there is no evidence supporting the possible exclusion of any demographic group from the benefits of this drug. The data demonstrate that adolescents are a subgroup that would derive great benefit from this product as they are poor contraceptors, do not plan ahead and tend to avoid health care providers. Any system that creates barriers to access, including restricted distribution or age restrictions, would defeat the purpose of this drug and lessen its public health potential. Additionally, placing age restrictions on this product may place a legal burden on pharmacies that they may not accept which would have the undesired effect of limiting access even more than is presently in place.

It should also be noted that emergency contraception is available in 33 countries without a prescription, five States in the United States with pharmacy access and there is an abundance of domestic literature where the drug has been available without a prescription and limited barriers to access to over 11,000 women including over 1900 adolescents. Washington State has had a pharmacy access program since 1997 allowing an evaluation of over six years of data. In terms of OTC switch applications, this drug has more information available to allow us to predict consumer behaviors than any drug the Division has approved for switch in recent memory. If this is not enough data upon which to base a decision, it is unclear what would constitute enough data or even if that is an obtainable goal.

A decision by the Agency to withhold OTC marketing of Plan B for reasons of theoretical abuse by a very small segment of the population despite the great benefit that could be derived from easier access could have ramifications for how we regulate other OTC drugs. To assure consistency of regulation, a natural progression of this line of regulatory reasoning would require that the Agency remove OTC marketing status for many drugs with known abuses including dextromethorphan because of reports of adolescent abuse, laxatives because of abuse by people suffering from bulimia, analgesics





because of abuse with subsequent health ramifications, or acetaminophen because of its use in suicides. This would be in spite of the great benefit derived from these drugs for the vast majority of users. Plan B falls into this category. The benefit to be derived from easier access outweighs the theoretical risk of a small percentage of users misusing the drug. Also, consideration must be given that the concerns of possible adolescent abuse have not been borne out by any studies or any worldwide safety or literature reports despite significant use.

At the Advisory Committee Meeting for Plan B, Dr. Galson asked the panel members, "If members of the committee feel that this drug should be restricted according to age, we'd like to know it". In response to this, three panel members specifically voiced favoring age restrictions, nine panel members specifically voiced not having age restrictions, and 14 members did not comment specifically regarding age restrictions although 13 of these members voted for full OTC approval. The fourteenth person in this group did not vote for approval because of concerns regarding informed consent and relaying effectiveness data, although he stated at the meeting and in a subsequent e-mail to the Agency that he thought with appropriate labeling he would change his vote to approval. One panel member felt that there should be post-marketing studies on consumers < 18 years of age. This is an overwhelming response by the committee that there should not be age restrictions.

A summary of the data reviewed demonstrates that:
- The Actual Use study demonstrated that users not receiving previous health care provider counseling had similar timing of dose and contraceptive behaviors compared to those users having had received prior health care provider counseling.
- The Dial study demonstrated that females 18 y/o and younger used ECP for the same reasons and had similar timing of medication and repeat use frequency as older females.
- The Gold study demonstrated that 15-17 y/o had the same sexual and contraceptive behaviors as older females. 15-17 y/o with advanced provision had the same sexual behaviors as 15-17 y/o obtaining the medication from a clinic and the advanced provision group started the medication 10 hours sooner on average.
- The Raines study demonstrated similar contraceptive behaviors between 15-17 y/o compared to 18-24 y/o and similar sexual behaviors in adolescents obtaining advanced provisions compared to adolescents using pharmacy access.
- The Washington State data demonstrated that since pharmacy access has been granted to Plan B in 1997:
  - Adolescents pregnancy rates have decreased
  - Adolescent abortion rates have decreased
  - The total number of adolescent abortions have decreased
  - STD rates have remained below national averages
  - The national ranking for Chlamydia has decreased from 31st to 35th
  - The national ranking for gonorrhea has decreased from 39th to 40th



TUMMINO-30758

15



There is compelling data evidencing that Plan B fulfills regulatory requirements for OTC marketing. An overwhelming majority of members comprising two advisory committees, with 12 out of 13 NDAC members and 12 out of 15 ACRHD members, voted for full OTC approval. There is a rich body of literature demonstrating appropriate and safe use of Plan B under decreased restrictions to access conditions. This memorandum reaffirms my previous recommendation that Plan B should be approval for OTC marketing without restriction.

Curtis J. Rosebraugh, MD, MPH

cc:    orig.

HFD-560 /frazier /cothran/solbeck/chen/leonard segal/ganley
HFD-580/griebel/beitz



16

Attachment I

TUMMINO-30760

# What Information Do We Want from Studies for Plan B?

- Can consumers use the product safely and effectively in accordance with information on the label or other information tools?

  — Adolescent data

  - Timing and selection

  - Impact of learned intermediary

 Commissioner Briefing
February 18, 2004

TUMMINO-30761

# Benefits of OTC availability of Plan B

- Improve timely access to product
- Avoid unplanned pregnancy
  - U.S. maternal mortality rate in 1999:
    - 13 deaths per 100,000 live births
  - 43% of women experience some morbidity during childbirth hospitalization
  - 25% morbidity during course of pregnancy
- Avoid abortion
  - For < 15 yo in US: 700 abortions/1000 live births
  - Teen abortion rates decreased in Sweden and Norway after OTC approvals in these countries

Commissioner Briefing
February 18, 2004

2

TUMMINO-30762

- Adolescent Sexual and Contraceptive Behaviors

- High school students are sexually experienced
  - 34% at grade 9; 61% at grade 12
- 35% use no contraceptive with 1st intercourse
- Condoms = most common method
- Hormonal contraceptive use is age-related
  - Adolescents have low continuation rates
    - 13% at 1 years; 2% at 2 years

Commissioner Briefing
February 18, 2004

3

# Outcomes Among Adolescents

- Pregnancy
  - 94 pregnancies/100 females aged 15-19
  - Fetal complications
    - Pre-term birth
    - Low birth weight
    - Small for gestational age
- STIs
  - Chlamydia infection rates similar for ages 15-19 and 20-24

Commissioner Briefing
February 18, 2004

4

TUMMINO-30764

# We are aware of concerns...

- Regarding proper use, repeat use, use of Plan B as routine contraception, potential increases in STIs, etc

- Caution should be used when concerns are voiced in:
  - Newspaper articles in the Daily Mail
  - Journal articles based on pharmacist or user surveys
  - UK National Health Service's report on Sexually Transmitted Infections in the UK: New episodes seen at GU Medicine Clinics, 1995-2000
    - predates the pharmacy access approval in UK
    - improved diagnostic testing
    - improved acceptability of clinic services
    - greater public and professional awareness

Commissioner Briefing
February 18, 2004

5

# Data Required for OTC Switches

- Switches justified by a variety of data:
  - Randomized controlled trials (RCTs)
  - Historical use of similar products: NSAIDS, pepcid, loratadine

- "Actual Use Study" (AUS)
  - No more than a title indicating that study evaluates OTC use
  - Studies not titled AUS can evaluate OTC use
  - Guidance allows variable study designs

- For Plan B, large body of data exist in addition to AUS

Commissioner Briefing
February 18, 2004

6

TUMMINO-30766

# Evidence Supporting OTC Switch of Plan B

- AUS supported by RCTs, and a large study of women who accessed EC via phone
- Data are available on:
  - Self-selection, timing
  - Repeat use, including access to multiple packs
  - Diverse populations
  - Clinic and non-clinic settings
  - Behavioral changes over time
  - Varying degrees of contact with HCPs
  - Longer follow-up

Commissioner Briefing
February 18, 2004

TUMMINO-30767

## Global Dataset on Use: Enrolment by Age

| Study | Age | Total N | ≤16 | ≤17 | ≥18 |
|---|---|---|---|---|---|
| Actual Use | 14-44 | 540 | 22 | 46 | 494 |
| DIAL EC | 8-51 | 7756 | 613 | 1225 | 6531 |
| Raine | 15-24 | 2020 | 254 | 692* | 1074* |
| Gold | 15-20 | 301 | 115 | 187 | 114 |
| Jackson | 14-? | 370 | 15 | 21 | 349 |
| Belzer | 14-20 | 160 | NA | NA | NA |
| | | | | | |
| Totals | | 11,191 | 1,026 | 1,490 | 8,596 |

*Ranges are 17-19 and >19

Commissioner Briefing
February 18, 2004

8

TUMMINO-30768

# Key Messages:
## Actual Use Study

- Adolescent "use" and "behavior" trends were similar to those in older age groups (and consistent with behavioral studies cited in NDA)

- Prior health care provider intervention does not appear to impact use or behaviors

Commissioner Briefing
February 18, 2004

# Age-Based Demographics:
## Timing of 1st and 2nd Dose in AUS

| | ≤16 N=22 | ≤17 N=46 | Age (years) ≥17 N=518 | ≥18 N=494 |
|---|---|---|---|---|
| Timing of the first pill after sex act | | | | |
| >72 hours | 0 | 0 | 2 | 2 |
| Interval between the first and second pill | | | | |
| Exactly 12 hours | 18 (82%) | 36 (78%) | 369 (71%) | 352 (71%) |

Commissioner Briefing
February 18, 2004

10

TUMMINO-30770

# Prior EC Use History:
## Timing of 1st and 2nd Dose in AUS

|  | Prior EC Use | |
|---|---|---|
|  | Previous Users N=213 | First Time Users N=327 |
| Total Correct Use | 142 (67%) | 224 (69%) |
| Timing for the first pill after sex act | | |
| >72 hours | 2 | 2 |
| <72 hours | 203 (95%) | 296 (91%) |
| Interval between the first and second pill | | |
| Exactly 12 hours | 146 (69%) | 241 (74%) |

Commissioner Briefing
February 18, 2004

11

TUMMINO-30771

# Behavior Changes in AUS:
## Age Demographics

| Behavior Change | % of Subjects | | | |
|---|---|---|---|---|
| | 14-16 N=29 | 17-44 N=556 | ≤17 N=43 | ≥18 N=459 |
| Sex act before study (one month) | 100% | 100% | 100% | 100% |
| Sex acts during study (4 weeks) | 64% | 64% | 61% | 64% |
| Change to more effective contraception | 29% | 11% | 27% | 10% |
| Change to less effective contraception | 0% | 9% | 4% | 9% |
| Change to condom use | 0% | 11% | 0% | 11% |
| Change to no condom use | 0% | 5% | 4% | 5% |

Commissioner Briefing
February 18, 2004

12

TUMMINO-30772

## Behavior Changes in AUS:
### No Impact of Prior EC Use (Learned Intermediary)

| Behavior Change (% of Subjects) | Prior EC Use | |
|---|---|---|
| | Ever (n=234) | Never (n=351) |
| Sex act before study (one month) | 100 | 100 |
| Sex acts during study (4 weeks) | 65 | 63 |
| Change to more effective contraception | 9 | 13 |
| Change to less effective contraception | 10 | 7 |
| Change to condom use | 12 | 9 |
| Change to no condom use | 5 | 5 |

Commissioner Briefing
February 18, 2004

13



## Behavior Changes in AUS (adolescent):
### No Impact of Prior EC Use (Learned Intermediary)

| Behavior Change (% of Subjects) | Prior EC Use (Adolescent Age 14-17 y/o) | |
| --- | --- | --- |
| | Ever (n=13) | Never (n=33) |
| Sex act before study (one month) | 100 | 100 |
| Sex acts during study (4 weeks) | 38 | 33 |
| Change to more effective contraception | 15 | 6 |
| Change to less effective contraception | 8 | 0 |
| Change to condom use | 0 | 3 |
| Change to no condom use | 15 | 0 |

Commissioner Briefing
February 18, 2004

14

TUMMINO-30774





# Dial EC Project: No Age Differences in Self-Selection, Timing, Repeat Use

## Percent of Subjects

- NC women called hotline to obtain EC
  - ~ 2,065 aged 18 or under
  - ~ 5,691 aged 19+
- No differences by age:
  - Reasons for seeking EC
  - Prescription ≤ 72 hr
  - % requesting 2nd script

Commissioner Briefing
February 18, 2004

Legend:
- ☱ No Method Used
- ☷ Broken Condom
- ☵ Missed OCPs
- ☐ % w/ Timely Script
- ☒ Repeat Use

15

TUMMINO-30775



TUMMINO-30776

Raine Follow-Up: No Age Differences in EC Use,
Sexual Behavior, Outcomes

Percent of Subjects

- At 6 mo follow-up:
  - 455 aged 15-17
  - 1,485 aged 18-24
- Adolescents had no significant differences in:
  - EC use on study
  - Timing of first dose
    - 80% within 24 h
  - EC use a second time
  - Unprotected sex
  - Pregnancies
  - STDs

Legend:
- Used EC on Study
- Used EC Two Times
- No Method Used Some Times
- Experienced Pregnancy
- Contracted STD

15 - 17      18 - 20

Commissioner Briefing
February 18, 2004

17

TUMMINO-30777



TUMMINO-30778

# Gold Study: No Age Differences in EC Use, Timing, Sexual Behavior or Condom Use

- 2- arm study in Pittsburgh adolescent med clinic
  - EC info to all
  - 187 aged 15-17
  - 114 aged 18-20

No significant differences in on study:
  - EC use
  - Timing of 1st or 2nd doses
  - Unprotected sex
  - Condom use

OCP use higher in 18-20



Commissioner Briefing
February 18, 2004



Percent of Subjects

Legend:
- Used EC on Study
- Unprotected Sex on Study
- Condom Use on Study
- OCP Use on Study

Categories: 15 - 17, 18 - 20
Axis: 0, 25, 50, 75, 100

19

TUMMINO-30779



## Timing of Gold Study: Timing of First and Second Dose

| | 15-17 | | 18-20 | |
| --- | --- | --- | --- | --- |
| | Advanced Provision | Control | Advanced Provision | Control |
| **First Dose** (Hours after Sex) | | | | |
| Median | 14 h | 24 h | 9 h | 14 h |
| Range | 1 – 48 h | 1 – 43 h | 1 – 48 h | 3 – 40 h |
| **Second Dose** (Hours after First Dose) | | | | |
| Median | 12 h | 12 h | 12 h | 12 h |
| Range | 2 – 12 h | 12 – 15 h | 2 – 12 h | 12 – 24 h |

Commissioner Briefing
February 18, 2004

TUMMINO-30780

● Gold Study: No Adverse Sexual Behaviors in 15-17
Advanced Provision vs. Control Group



∘ 2- arm study in Pittsburgh
adolescent med clinic
  – EC info to all
● Regardless of whether
EC was provided in
advance, 15-17 had
similar frequencies of:
  – Unprotected sex
  – Condom use
  – OCP use
  – STD on study

Commissioner Briefing
February 18, 2004

TUMMINO-30781

# Plan B: Overall Risk-Benefit

- Plan B meets criteria for OTC switch
- Benefit of timely access (with improved efficacy) to
  - Avoid unplanned pregnancy
  - Avoid abortion
- Benefit outweighs the risks
  - Excellent safety record for levonorgestrel
    - No serious AEs
    - No harm to fetus if taken during pregnancy
  - Potential concerns regarding sexual behaviors unfounded
- Divisions and Offices do not believe there is a subgroup that should be excluded from these benefits

Commissioner Briefing
February 18, 2004

22

This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.

/s/
---------------------------
Curtis Rosebraugh
3/30/04 10:37:55 AM
MEDICAL OFFICER
Plan B addendum with attachment


Jonca Bull
3/30/04 04:25:47 PM
MEDICAL OFFICER

TUMMINO-30783

DIVISION OF REPRODUCTIVE AND UROLOGIC DRUG PRODUCTS

## Medical Officer's Safety Review of Supplemental NDA

| | |
|---|---|
| **NDA** | sNDA 21-045 / 011 (SE6) |
| **Type of Application** | Prescription to OTC Switch |
| **Applicant** | Woman's Capital Corporation<br>1990 M Street, Suite 250<br>Washington, DC 20036 |
| **Drug Name**<br>  **Trade name**<br>  **Established name** | <br>Plan B®<br>Levonorgestrel |
| **Indication** | Emergency contraception |
| **Route of Administration** | Oral |
| **Dosage Form** | 0 75 mg tablet |
| **Dosing Regimen** | One tablet within 72 hours after intercourse followed by a second tablet 12 hours later |
| **Related Submission** | NDA 21-045 (original submission) |
| **Submission Date** | April 16, 2003 |
| **Stamp Date** | April 22, 2003 |
| **PDUFA Date** | February 22, 2004 (original)<br>May 22, 2004 (3-month extension) |
| **Review Completed** | March 17, 2004 |
| **Safety Reviewer** | Daniel Davis, MD, MPH<br>Medical Officer |

FINAL

**March 25, 2004**

TUMMINO-30784

sNDA 21-045/011 Plan B®

## TABLE OF CONTENTS

### EXECUTIVE SUMMARY OF THE CLINICAL REVIEW

1.  RECOMMENDATIONS ....................................................................................5
    1.1  RECOMMENDATION ON APPROVABILITY .....................................................5
    1.2  RECOMMENDATIONS ON POSTMARKETING STUDIES AND/OR RISK MANAGEMENT STEPS .....5
2.  SUMMARY OF CLINICAL FINDINGS .............................................................5
    2.1  BRIEF OVERVIEW OF CLINICAL PROGRAM .................................................5
        2.1.1  Original NDA Safety Data .........................................................6
        2.1.2  New Clinical Data Reviewed for the Present Supplemental NDA .......6
    2.2  EFFICACY FINDINGS ...................................................................6
    2.3  SAFETY FINDINGS .....................................................................6
        2.3.1  Postmarketing (PM) Safety Data .................................................7
        2.3.2  Ectopic Pregnancy .................................................................8
        2.3.3  Misuse and Abuse ..................................................................8
    2.4  DOSING, REGIMEN, AND ADMINISTRATION ...............................................9
    2.5  SPECIAL POPULATIONS ..................................................................9

### CLINICAL REVIEW

1.  BACKGROUND ...............................................................................10
2.  SIGNIFICANT FINDINGS FROM CHEMISTRY, ANIMAL PHARMACOLOGY AND
    TOXICOLOGY, AND/OR MICROBIOLOGY ......................................................10
3.  HUMAN PHARMACOKINETICS AND PHARMACODYNAMICS .......................................10
    3.1  PHARMACOKINETIC (PK) FINDINGS ........................................................10
        3.1.1  Clinical Significance of Pharmacokinetic Findings ........................12
    3.2  PHARMACODYNAMICS .....................................................................13
4.  DESCRIPTION OF CLINICAL DATA AND SOURCES ............................................13
    4.1  SOURCES OF CLINICAL DATA .............................................................13
    4.2  OVERVIEW OF CLINICAL TRIALS ..........................................................13
    4.3  POSTMARKETING EXPERIENCE ............................................................14
    4.4  LITERATURE REVIEW .....................................................................14
5.  CLINICAL REVIEW METHODS ...............................................................14
    5.1  DESCRIBE HOW REVIEW WAS CONDUCTED ...............................................14
    5.2  OVERVIEW OF MATERIALS CONSULTED IN REVIEW ......................................14
    5.3  OVERVIEW OF METHODS USED TO EVALUATE DATA QUALITY AND INTEGRITY .............15
    5.4  WERE TRIALS CONDUCTED IN ACCORDANCE WITH ACCEPTED ETHICAL STANDARDS ........15
    5.5  EVALUATION OF FINANCIAL DISCLOSURE ................................................15
6.  INTEGRATED REVIEW OF EFFICACY .......................................................15
    6.1  ACTUAL USE STUDY (STUDY 9727): EFFICACY ISSUES ..................................15
        6.1.1  All subjects ......................................................................15
        6.1.2  Subjects Less than 18 Years of Age ...........................................16
7.  SAFETY DATA ...............................................................................17
    7.1  ORIGINAL NDA SAFETY DATA .............................................................17
    7.2  POSTMARKETING SAFETY DATA ..........................................................18
        7.2.1  Extent of Patient Use ...........................................................18

sNDA 21-045/011 Plan B®

7.2.2    Postmarketing Safety Data (Provided by Applicant)....................................18
7.2.3    Postmarketing Safety Data (FDA Data Sources) ..........................................18
    7.2.3.1    Deaths ...........................................................................................19
    7.2.3.2    Hypersensitivity (Allergic) Reactions ...........................................19
    7.2.3.3    Adverse Unintended Effects of Levonorgestrel on Pregnancy (Potential for Congenital
             Abnormalities).................................................................................19
7.2.4    Ectopic Pregnancies....................................................................................20
    7.2.4.1    Office of Drug Safety Review of AERS Database for Ectopic Pregnancies ...............20
    7.2.4.2    Applicant's Review of Postmarketing Safety Data for Ectopic Pregnancies ..............20
    7.2.4.3    Ectopic Pregnancies in Randomized Clinical Trials of Emergency Contraception .........22
    7.2.4.4    Ectopic Pregnancies and Labeling ..................................................23
7.3    MISUSE AND ABUSE ...............................................................................................23
    7.3.1    Overdosing with Levonorgestrel for Emergency Contraception ...........................23
    7.3.2    Repeated Dosing of Levonorgestrel for Postcoital Contraception.........................23
    7.3.3    Repeat Use of Emergency Contraception (Behavioral Issues) ............................24
    7.3.4    Use during Pregnancy:.................................................................................24
7.4    CONTRAINDICATIONS ...........................................................................................25
7.5    USE OF EMERGENCY CONTRACEPTION IN ADOLESCENTS ...........................................25
    7.5.1    Adolescent Safety Study ...........................................................................25
    7.5.2    Adolescent Use Data ..................................................................................26
    7.5.3    Adolescent Use and Behavior.....................................................................27
        7.5.3.1    Comparative Adolescent Use of Emergency Contraception .................27
        7.5.3.2    Correct Timing.......................................................................28
        7.5.3.3    Contraceptive Choices ..........................................................28
        7.5.3.4    Adolescent Data on Sexually Transmitted Infections (STIs) ..............29
7.6    OVERALL SAFETY CONCLUSIONS FOR LEVONORGESTREL EMERGENCY CONTRACEPTION ......29

8.    DOSING, REGIMEN, AND ADMINISTRATION ISSUES .................................................29

9.    USE IN SPECIAL POPULATIONS .................................................................................30

    9.1    EVALUATION OF APPLICANT'S EFFICACY AND SAFETY ANALYSES OF EFFECTS OF GENDER, AGE,
          RACE, OR ETHNICITY.............................................................................................30
    9.2    PEDIATRIC PROGRAM (E.G., PEDIATRIC WAIVERS, DEFERRALS, WRITTEN REQUESTS) ...........30
    9.3    DATA AVAILABLE OR NEEDED IN OTHER POPULATIONS SUCH AS RENAL OR HEPATIC
          COMPROMISED PATIENTS, OR USE IN PREGNANCY OR LACTATION ...............................30

10.    CONCLUSIONS AND RECOMMENDATIONS .................................................................31

    10.1    BENEFIT/RISK ASSESSMENT FOR OTC PLAN B .......................................................31
    10.2    PROPOSED LABELING...........................................................................................32
    10.3    RECOMMENDATIONS REGARDING APPROVAL .........................................................33
        10.3.1    Approvability .......................................................................................33
        10.3.2    Basis for Recommendation regarding Approvability (Risk/Benefit Assessment) ..........33
        10.3.3    Recommendations on Phase 4 Studies and Risk Management Program ...................33
            10.3.3.1    Phase 4 Studies .................................................................33
            10.3.3.2    Risk Management Program .................................................33

REFERENCES .................................................................................................................35

sNDA 21-045/011 Plan B®

## TABLE OF TABLES

TABLE 1  PHARMACOKINETIC FINDINGS FROM STUDIES PK-001 AND PK-002 ................................ 11
TABLE 2  COMPARISON OF DESIGNS OF STUDY PK-001 AND STUDY PK-002 ................................ 11
TABLE 3  PK PARAMETERS (HUNGARIAN AND CHINESE FORMULATIONS OF LEVONORGESTREL) ........ 12
TABLE 4  NUMBER OF TOTAL PREGNANCIES AND ECTOPIC PREGNANCIES (APPLICANT'S REVIEW OF
         POSTMARKETING SAFETY DATA) ................................................................ 21
TABLE 5  NUMBER OF TOTAL PREGNANCIES AND ECTOPIC PREGNANCIES IN RANDOMIZED CLINICAL TRIALS. .. 22
TABLE 6  ENROLLMENT DATA BY AGE FOR STUDIES ENROLLING ADOLESCENTS RECEIVING ECPS EITHER BY
         ADVANCE PROVISION OR BY STANDARD ACCESS ................................................ 26

sNDA 21-045/011 Plan B®

## Executive Summary of the Clinical Safety Review

## 1. RECOMMENDATIONS

### 1.1 Recommendation on Approvability

This reviewer recommends approval of the supplemental NDA, sNDA 21-045/011 (Plan B), for the change from prescription status to over-the-counter (OTC) status for emergency contraception (EC) without any age or distribution restrictions. This recommendation is based on this reviewer's determination that the Applicant has provided sufficient information regarding the safe and proper use of Plan B, as required under 21 CFR 310 200, to exempt Plan B from prescription-dispensing requirements. This reviewer's recommendation is further supported by the findings of the joint Advisory Committee Meeting of December 16, 2003 (Reproductive Health Drugs Advisory Committee and Over-the-Counter Advisory Committee) that recommended by a vote of 23 to 4 that Plan B was sufficiently safe to be distributed over-the-counter without any age or distribution restrictions and without any further studies before approval.

### 1.2 Recommendations on Postmarketing Studies and/or Risk Management Steps

This reviewer has no specific recommendations for postmarketing studies or risk management steps. The Applicant's marketing plan and postmarketing CARE[SM] (Convenient Access, Responsible Education) Program are designed to limit the availability of Plan B to pharmacies and clinics, and to educate health-care providers and consumers regarding the responsible use of emergency contraception, methods of routine contraception, and prevention of sexually transmitted infections (STIs).

Three members of the joint Advisory Committee did suggest the need for an age restriction and/or risk management steps to evaluate the impact of OTC availability of emergency contraceptive pills (ECPs) on sexual behavior in the adolescent group (under age 18). Of concern was a potential increase in "risky" behavior such as decreased use of condoms, an increase in STIs, and a change to less reliable methods of contraception. This reviewer (DD) did an extensive review of the medical literature and unpublished primary data on adolescent behavior associated with increased availability of emergency contraception. The weight of the evidence does not support the concern that adolescents will engage in riskier behavior if emergency contraception is readily available OTC. The proposed label for the OTC product clearly states that Plan B is not for routine contraception and that it does not protect against STIs. The sponsor's proposed postmarketing CARE program is aimed at health-care provider and consumer education, especially in the areas of responsible behavior, reliable methods of regular contraception, and prevention of STIs. It is this reviewer's opinion that several investigator-initiated on-going EC studies will provide additional information about both potential public health risks and benefits for women of all ages associated with wider availability of emergency contraception.

## 2. SUMMARY OF CLINICAL FINDINGS

### 2.1 Brief Overview of Clinical Program

Plan B® (levonorgestrel 0.75 mg tablets) was approved for prescription use in July 1999. It is marketed for a single use with two 0.75-mg tablets packaged together. The dosing regimen is to take the first tablet as soon as possible, but no later than 72 hours, after unprotected intercourse (e.g., sexual assault, no contraception) or a "contraception accident" (e g., condom breakage, missed OC pills) and the second tablet 12 hours later. Based on the data submitted in the original NDA, Plan B was determined to be safe and effective for emergency contraception. The currently listed contraindications in the prescription label are pregnancy, unexplained vaginal bleeding, and allergy to any of the ingredients in the tablet.

sNDA 21-045/011 Plan B®

### 2.1.1    Original NDA Safety Data

The Applicant in the original Plan B NDA presented clinical trial safety results from four general trial categories. These provided a large database of clinical information in over 15,000 women and included the following:

1.  Single dose and multiple dose clinical pharmacology studies

2.  Two World Health Organization (WHO/HRP) sponsored comparative trials that were the main studies supporting efficacy and safety. The trials compared levonorgestrel (0.75 mg) to the Yuzpe regimen [levonorgestrel + ethinyl estradiol] for emergency contraception.

    o   WHO/HRP Study 92908 (1998) -- the pivotal study for the NDA, N = 1,955

    o   WHO/HRP Study 81107 (Ho and Kwan, 1993) -- supportive study for the NDA, N = 834

3.  Three WHO/HRP-sponsored trials of routine postcoital contraception with the levonorgestrel 0.75 mg formulation manufactured by Gedeon Richter (the manufacturer of Plan B drug product)

    •   WHO/HRP Study 82906 (1987)

    •   WHO/HRP Study 87908 (1993)

    •   WHO/HRP Study 84902 (He, 1991)

4.  Fifteen small studies of oral levonorgestrel for routine or occasional postcoital contraceptive use, using a variety of regimens, doses, and formulations

### 2.1.2    New Clinical Data Reviewed for the Present Supplemental NDA

Clinical data that were the focus in this safety review were provided by the Applicant or were obtained from other sources and included the following: (1) postmarketing safety data for Plan B provided by the Applicant; (2) data provided by the Applicant from published studies in which levonorgestrel was used for emergency contraception or postcoital contraception; (3) Periodic Safety Reports and MedWatch reports for Plan B previously sent to the FDA; (4) other published and unpublished studies by individual investigators not provided by the Applicant; and (5) an open-label safety-only study in 60 adolescent girls aged 13-16 who took two 0.75 mg levonorgestrel tablets. Data from 3 previously unreported clinical trials sponsored by the Applicant also were provided in the present submission and are reviewed primarily by other reviewers. These studies were: (1) Study 9728 -- a label comprehension study that enrolled 656 women; (2) Study 9727 -- an Actual Use Study in which 540 subjects, 14-44 yr. of age, received Plan B; and (3) Study PK-002 -- a single-period pharmacokinetic study to determine the pharmacokinetics of oral levonorgestrel in healthy adolescent females, 13-16 yr. of age.

## 2.2    Efficacy Findings

The primary objective of the review by this Medical Officer was to review the overall safety data for Plan B and identical levonorgestrel products used for emergency contraception.

## 2.3    Safety Findings

### 2.3.1    Postmarketing (PM) Safety Data

**Patient use data (Applicant's estimates).** Since the approval of Plan B for prescription use, there has been extensive use of levonorgestrel for emergency contraception in the U.S. and abroad. The Applicant estimates that 2.4 million women in the United States have used Plan B since its launch in August 1999, and that in Canada 72,000 women used Plan B® in the year from July 2002 to July 2003. In the U.K., the Applicant estimates that 2.1 million women have taken Levonelle (identical to Plan B) since February 2000, while exposure in France is estimated to be 1.8 million

sNDA 21-045/011 Plan B®

uses. Levonorgestrel for emergency contraception is available in 101 countries and is available without a prescription at the pharmacy in 33 of these 101 countries [data from the International Consortium for Emergency Contraception].

**Postmarketing safety data (provided by Applicant).** The Applicant compiled safety data up to January 2003 from a number of USA and global sources, including key European countries, Canada, and the WHO Drug Monitoring Program, to provide an assessment of the postmarketing safety profile of levonorgestrel 0.75 mg tablets. Based on information provided by the Applicant, there have been no reported deaths; most of the adverse events (AEs) attributed to the drug were mild and of short-duration. The most commonly reported AEs were nausea, abdominal pain, fatigue, headache, changes in menstrual bleeding, and metrorrhagia (heavy bleeding). Pregnancy was also a commonly reported AE, but it is not an adverse event. All of these events are consistent with both the presently approved Plan B label for prescription use and the proposed Plan B OTC label

**Postmarketing safety data (FDA findings).** The FDA's Office of Drug Safety (ODS) was consulted. Their review focused on adverse events reported to the FDA Adverse Event Reporting System (AERS) and United Kingdom (U.K.) databases through October 9, 2003. There were no reports of death in women using postcoital levonorgestrel in either the AERS or the U.K. database. The AERS database search identified 116 unduplicated cases; most of the reports involved non-serious expected (labeled) events. The most common non-serious events (and number of reports for each) were the following: vaginal bleeding (26), unintended pregnancy (21), cramps/pain (11), and nausea/vomiting (11). There were 28 cases of unduplicated ectopic pregnancies (none occurred in the USA) that are discussed in Section 2.3.2. There were 3 cases of convulsion, 10 cases of hypersensitivity, and 8 cases of possible pregnancy/fetal effects. All these events are discussed in the ODS safety review (Attachment C) and are not considered to be a significant safety concern.

Postmarketing data and surveillance since July 1999 shows extensive exposure to levonorgestrel used for emergency contraception with over 6 million estimated uses. There have been **no** deaths, heart attacks, no strokes or thromboembolic events reported with levonorgestrel emergency contraception in the medical literature or postmarketing surveillance (NDA Volume 9, pg. 110-15). There has been only one reported case of phlebitis (NDA Volume 9, pg. 115); this was in a 22-year old woman in France (further details are not available).

## 2.3.2  Ectopic Pregnancy

Ectopic pregnancy is a potential concern with the use of progestin-only pills (POPs) taken continuously, once a day, for routine contraception. Three different sources were used to evaluate the risk of an ectopic pregnancy associated with the use of Plan B (a progestin-only product):

1.   FDA Office of Drug Safety (ODS) consultation

2.   Applicant's reported postmarketing safety based on data from the U.K. Medicines Control Agency, the French Health Authority, and U.S. reports sent to the Applicant

3.   Randomized clinical trials (RCTs) found in the medical literature

The FDA ODS analysis found 28 unduplicated reports of ectopic pregnancy in users of levonorgestrel 0.75 mg for emergency contraception. None of the reports occurred in the U.S. despite the Applicant's estimate of over 2 million uses of Plan B in the U.S. In the Applicant's postmarketing safety data, which was based on the use of levonorgestrel 0.75 mg for emergency contraception, there were 340 pregnancies and 21 ectopic pregnancies reported up to February 2003. Data were provided from six large randomized clinical trials reported in the medical literature with 7,889 evaluable subjects reporting 133 pregnancies and 2 ectopic pregnancies, for an incidence of 1.5% ectopic pregnancies among total pregnancies. The 1.5% incidence is consistent with the reported national rates of 1.24 and 1.97 per 100 pregnancies [range 1.2% to 2.0%] in the U.K. and in the U.S., respectively. These

sNDA 21-045/011 Plan B®

6 randomized clinical trials provide the best clinical estimates for the incidence of ectopic pregnancy in users of levonorgestrel emergency contraception since they provide an accurate assessment of the number of ectopic pregnancies as well as the number of total pregnancies. Based on the data from these randomized clinical trials, levonorgestrel-only emergency contraception does not increase the chance that a pregnancy will be ectopic.

The prescription label for Plan B does have a subsection titled **Ectopic Pregnancy** in the WARNINGS Section which states that health-care providers should be alert to the possibility of an ectopic pregnancy in women who become pregnant or complain of lower abdominal pain after taking Plan B. The label for prescription Plan B also states that "history of a (previous) ectopic pregnancy need not be considered a contraindication to the use of Plan B." The proposed OTC label for Plan B cautions women to be alert for symptoms that could be indicative of an ectopic pregnancy.

### 2.3.3   Misuse and Abuse

For a prescription product to switch to OTC status, the product must be shown to have an acceptably low potential for misuse and abuse. This reviewer has concluded that Plan B meets these criteria based on the following findings:

1. Overdose. There are no reported cases associated with levonorgestrel ECPs; if a large dose of levonorgestrel were ingested, the margin of safety appears to be high based on several large studies using levonorgestrel for routine postcoital contraception in the 1970's.

2. Addiction potential. There are no reported cases of addiction to levonorgestrel since the 1969 approval of the first of many levonorgestrel-containing products.

3. Safety of higher doses of levonorgestrel and/or repeated use of levonorgestrel emergency contraception.

   –In clinical trials of levonorgestrel for regular postcoital contraception, average monthly doses of 3.2-6 0 mg were taken by >8,800 women for an average of 6-8 months without reports of serious adverse effects

   –Many national professional organizations clearly state that although frequent use of ECPs is not recommended, repeat use may be offered. However, the proposed label states that Plan B is not intended for routine contraception.

4. Use in pregnancy. There is no evidence that emergency contraception will interrupt an already-established pregnancy or cause any damage to the fetus.

5. Advance provision and pharmacy access. Advance provision of up to 5 packs of ECPs to approximately 18,000 women (Scotland) and pharmacy availability in 33 countries and 2 U.S. states (WA and CA) have demonstrated no safety, misuse, or abuse problems

6. Adolescent use. Based on a limited amount of data from several studies, repeat use or reliance on emergency contraception for routine contraception does not appear to be common in adolescents and is comparable to that in older women.

### 2.4   DOSING, REGIMEN, AND ADMINISTRATION

The approved prescription dosing regimen is two 0.75 mg tablets taken 12-hour apart with the first dose taken as soon as possible, and no later than 72 hours, after unprotected intercourse. The Applicant is proposing the same dose and dosing regimen for the OTC product. Clinical trial data clearly indicates that the product is most effective if taken within the first 24 hours and generally more effective the sooner it is started after unprotected sex. There is data in the medical literature that indicates that a single dose of 1 5 mg of levonorgestrel is equally effective as the presently approved

sNDA 21-045/011 Plan B®

dosing regimen. There also is data that supports the use of the product between 72-120 hours (4 and 5 days) after unprotected intercourse, although the effectiveness is reduced.

## 2.5 SPECIAL POPULATIONS

**Gender.** The product is intended for use only in women. No studies in men have been conducted.

**Age.** The product is intended only for use in reproductive-aged females at risk for pregnancy. It is not intended for use in geriatric (age 65 yr. or older) populations or in premenarchal pediatric populations. As with other hormonal products for prevention of pregnancy, the Division of Reproductive and Urologic Drug Products (DRUDP) believes that the safety and efficacy of Plan B in postmenarchal adolescents are comparable to those in older reproductive-aged women. Limited efficacy and safety data initially were provided by the Applicant from subjects ≤ 18 yr. of age and additional safety data from adolescents subjects were provided during the review process.

**Race.** No formal studies have evaluated the effect of race. However, clinical trials have demonstrated a higher pregnancy rate in the Chinese population with Plan B. The reason for this apparent increase in the pregnancy rate of Plan B in Chinese women is unknown. The prescription product indicates this finding in the present labeling.

**Pregnancy.** Use in pregnancy is not indicated because the product is not effective once a pregnancy is established. Based on a large base of data from other levonorgestrel containing products, there is no evidence that the ingestion of 1.5 mg of levonorgestrel is harmful to either the woman or the fetus in instances in which the product my be inadvertently used in the presence of an established pregnancy.

sNDA 21-045/011 Plan B®

# CLINICAL REVIEW

## 1. BACKGROUND

Plan B was approved for use as an emergency contraceptive (EC) on July 28, 1999 and launched for marketing in the U.S. in August 1999. The product contains only a progestin, levonorgestrel, in 2 single-dose tablets (each containing 0.75 mg of levonorgestrel). This product differs from the first approved emergency contraceptive in the U.S. (Preven ™), which consists of 4 tablets, each containing 0.25 mg levonorgestrel and 0.05 mg ethinyl estradiol. The approved dosing regimen for Plan B is two 0.75-mg doses taken 12 hours apart. It should be started within 72 hours of unprotected intercourse.

In April 2003, the Applicant (Woman's Capital Corporation) submitted a supplemental NDA (NDA 21-045/011) for the switch of Plan B from a prescription drug product to a non-prescription drug product (i.e., prescription to over-the-counter [OTC] switch). Several questions must be answered in order to determine whether a product is suitable for a prescription to OTC switch. From a safety perspective, a non-prescription drug should have an acceptable safety profile based upon prior marketing experience, low abuse and misuse potential, and a reasonable therapeutic index of safety. In addition, consumers should be able to self-diagnose the condition for which the drug is indicated, and should be able to self-administer the drug properly and safely based upon the proposed product label.

On December 16, 2003, supplemental NDA 21-045/011 and a set of 6 questions to be answered were presented to a Joint Advisory Committee (Reproductive Health Drugs Advisory Committee and Over-the-Counter Advisory Committee). The recommendations of the Joint Advisory Committee were based on information provided in the FDA's and the Applicant's Briefing Packages, FDA and Applicant presentations, public testimony, and a full discussion. At the end of the meeting, the members of the Committee recommended by a vote of 23 to 4 that Plan B be switched from prescription status to non-prescription status (i.e., over-the-counter) without any age or distribution restrictions and without any further studies prior to the approval.

Subsequent to the December 2003 Advisory Committee meeting, the two reviewing Divisions received additional literature articles, information, and data from the Applicant and other sources that have been analyzed and reviewed. This supplemental information has been incorporated into the respective reviews and final recommendations.

## 2. SIGNIFICANT FINDINGS FROM CHEMISTRY, ANIMAL PHARMACOLOGY AND TOXICOLOGY, AND/OR MICROBIOLOGY

There were no new chemistry, animal, or microbiology data submitted with the application or new issues that were raised during the course of the review process.

## 3. HUMAN PHARMACOKINETICS AND PHARMACODYNAMICS

### 3.1 Pharmacokinetic (PK) Findings

The Applicant submitted data from a PK study (Study PK-002) conducted in 22 females, aged 13-16 yr., following the oral administration of a single 0.75 mg levonorgestrel (LNG) tablet. In addition, the Applicant resubmitted PK data from Study PK-001 conducted in 16 healthy females, aged 18-45 yr., after the oral administration of a single 0.75 mg LNG tablet. The Applicant also submitted copies of published literature concerning PK studies of alternative LNG dosing regimens (one single 1.5-mg dose of LNG or two separate administrations of 0.75 mg LNG at either 12- or 24-hour time intervals).

(

sNDA 21-045/011 Plan B®

Pharmacokinetic findings from studies PK-001 and PK-002 are listed in Table 1. The mean maximal concentration ($C_{max}$) and the $AUC_{(0-\infty)}$ values for levonorgestrel in the adolescents were lower than those in the adult women.

- $C_{max}$ mean ratio of adolescents/adults = 0.53 (90% CI of 0.41, 0.68)

- $AUC_{(0-\infty)}$ mean ratio adolescents/adults = 0.77 (90% CI of 0.61, 0.98)

Table 1    Pharmacokinetic Findings from Studies PK-001 and PK-002

| Study No. | Subjects | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $T_{1/2}$ (hr) | $AUC_{0-\infty}$ (ng*hr/mL) |
|---|---|---|---|---|---|
| PK-001 | Healthy adult females (n=16) | 14 1 ± 7 7 | 1 6 ± 0.7 | 24.4 ± 5 3 | 123 1 ± 50 1 |
| PK-002 | Healthy adolescent females (n=22) | 7 5 ± 3 8 | 1.5 ± 0 7 | 22.2 ± 6 8 | 94.5 ± 45 4 |

Source: FDA Biopharmaceutical Review (February 2004).

A comparison of the design of each of the studies is provided in Table 2. The designs of Studies PK-001 and PK-002 were similar except for the following differences. In adolescent Study PK-002, fasting occurred for 4 hours before dosing instead of 8 hours, and lasted for 3 hours post-dose instead of 4 hours. In Study PK-002, dosing occurred between 4 PM and 7 PM instead of at 8 AM, and fewer blood samples were taken (i.e., 14 versus 19 samples).

Table 2    Comparison of Designs of Study PK-001 and Study PK-002

| Study | PK-001 | PK-002 |
|---|---|---|
| Subjects | Healthy adult females (n=16) | Healthy adolescent females (n=22) |
| Study Design | A prospective, single-period, single-center, open-label, single dose study | A prospective, single-period, single-center, open-label, single dose PK study |
| Age (yr.) | 28 ± 9 (19 – 44) | 15 ± 1 (13 – 16) |
| Weight (kg) | 65 3 ± 9 9 (51 – 79.5) | 59 5 ± 9 4 (41 8 – 77.3) |
| Race | 9 White (56%), 6 Black (38%), 1 Asian/Pacific Islander (6%) | 12 Black (54%), 5 Multiracial (23%), 4 Latina (18%), 1 Asian (5%) |
| Fasting | Overnight 8 hr fasting pre-dose, 4 hr fasting post-dose | 4 hr fasting pre-dose, 3 hr fasting post-dose |
| Dosing time | 8 AM | Between 4 PM and 7 PM |
| Blood draw times | 72 hrs post-dose: 19 blood samples (pre-dose, 0 5, 1, 1 25, 1 5, 1 75, 2, 4, 6, 8, 10, 12, 15, 18, 24, 30, 36, 48, 72 hr) | 72 hrs post-dose: 14 blood samples (pre-dose, 0 5, 1, 1 25, 1.5, 1 75, 2, 4, 8, 10, 12, 24, 48, 72 hr) |

Source: FDA Biopharmaceutical Review (February 2004)

Medical Officer's Comments

- *Based on the data provided in this Application, it cannot be determined if the PK differences reflect a true difference in the PK of levonorgestrel in young adolescents compared to adults or are a reflection of differences in study designs*

25 March 2004                                11                                TUMMINO-30794

sNDA 21-045/011 Plan B®

- *The effects of food and time-of-dosing on levonorgestrel pharmacokinetics have not been studied Since adolescents fasted for 4 hours (vs. 8 hours for adults) and were dosed in the evening (vs morning for adults), either of these differences may have affected the observed PK parameters.*

- *Given that levonorgestrel pharmacokinetics are known to be highly variable, there is uncertainty if the apparent differences across the 2 studies represent a true difference*

- *Since the unbound concentrations of levonorgestrel were not measured in the adolescent study, it is not known if the more physiologically relevant unbound concentrations of levonorgestrel are different in the adolescent and adult female groups*

### 3.1.1    Clinical Significance of Pharmacokinetic Findings

He et al[1] conducted a randomized single-dose, crossover, relative-bioavailability study of 2 marketed formulations of 0.75 mg LNG (Hungarian and Chinese formulations, respectively) in 10 healthy Chinese adult females. Blood samples were obtained up to 24 hours post-dose and the plasma samples were analyzed for levonorgestrel by radioimmunoassay. Compared to a Postinor tablet of LNG (Hungarian formulation, similar to Plan B formulation), the Chinese tablet showed lower relative bioavailability both in terms of $C_{max}$ and AUC as shown in Table 3.

Table 3    PK Parameters (Hungarian and Chinese Formulations of Levonorgestrel)

| PK Parameter | Hungarian Formulation LNG 0.75 mg tablet (Postinor)[1] | Chinese Formulation LNG 0.75 mg tablet |
|---|---|---|
| Cmax (ng/mL) | 11 2 ± 3 4 (8.1 – 18.4) | 5.9 ± 1 7 (3.4 – 8 2) |
| $AUC_{0-24}$ (ng•hr/mL) | 92 2 ± 34.3 (54 0 – 152) | 64.4 ± 21 9 (33 1 – 99 1) |
| $AUC_{0-\infty}$ (ng•hr/mL) | 124 0 ± 42 8 (66 8 – 176 6) | 92.3 ± 28 8 (42 7 – 121 8) |

[1] LNG = levonorgestrel
Source: FDA Biopharmaceutical Review (February 2004)

<u>Medical Officer's Comments</u>

- *Both the Hungarian and Chinese formulations have also been studied in a clinical trial and shown to have a similar method failure rate of 1 1 % per treated cycle when used for postcoital contraception[2] The investigators concluded that despite the previously documented[1] marked difference between the formulations in terms of their relative pharmacokinetics there was no significant difference between the two LNG formulations in terms of contraceptive efficacy Of note, is the observation that the reported pharmacokinetic parameters for the Chinese formulation (lower $C_{max}$ and AUC values) are similar to those observed for adolescents in Study PK-002 following administration of the Plan B formulation of levonorgestrel*

- *Even if the bioavailability of Plan B is lower in adolescents than adults, as suggested by the cross study comparison described above, efficacy data from a 2002 WHO study[3] indicate that levonorgestrel emergency contraception in women <18 yr of age is at least as effective as comparable doses in women ≥18 yr of age In the WHO study, levonorgestrel was given as either a single-dose (1 5 mg) or as 2 standard doses (0.75 mg/dose) 12-hours apart Among subjects <18 yr (data from single- and 2-dose groups combined), there was only one pregnancy in 165 subjects, while 13 pregnancies would be expected if no contraception were used For those <18 yr, the combined pregnancy rate was 0 61% (1/165), while for those ≥18 yr the pregnancy rate was 1 66% (43/2594) From these efficacy data, there is no evidence that the standard total dose of levonorgestrel (1.5 mg) was less effective in the younger age group.*

sNDA 21-045/011 Plan B®

### 3.2  Pharmacodynamics

No pharmacodynamic data were submitted with the application.

## 4.  DESCRIPTION OF CLINICAL DATA AND SOURCES

### 4.1  Sources of Clinical Data

Clinical data were obtained from the following sources and used in this review and/or in making recommendations regarding (1) approvability of the Prescription to OTC switch and (2) Phase IV commitments:

- Data used primarily by this reviewer in this safety review:

  – Postmarketing safety data for Plan B provided by the Applicant in sNDA 21-045/011

  – Data provided by the Applicant in NDA 21-045/011 from published studies in which levonorgestrel was used for emergency contraception or postcoital contraception

  – Periodic Safety Reports and MedWatch reports for Plan B sent to the FDA

  – Other published and unpublished studies by individual investigators

  – The original NDA application and the 1999 review of the application

  – An open-label safety study (WCC-PED-001) in 60 adolescent girls aged 13-16 yr who took levonorgestrel emergency contraception (two 0.75 mg tablets separated by 12 hours)

- Data reviewed primarily in other divisions:

  – The Label Comprehension Study (Study 9728) that was reviewed primarily by Karen Lechter, JD, Ph.D., a social scientist in the Division of Surveillance, Research, and Communication Support (DSRCS)

  – The Actual Use Study (Study 9727) that was reviewed in detail by Jin Chen, MD, Ph.D., MPH, Division of Over-the-Counter Drug Products (DOCDP)

  – Eight articles that assessed contraceptive and sexual behavior in adolescents and/or adult women following advanced provision of emergency contraception that were reviewed primarily by Dr. Chen and other members of DOCDP

### 4.2  Overview of Clinical Trials

Detailed information about the designs and findings of Study 9728 (Label Comprehension Study), Study 9727 (Actual Use Study [AUS]), and Study PK-002 are provided in their respective primary reviews.

- Study 9728 (Label Comprehension Study) enrolled 656 women, the majority of whom were enrolled from shopping malls. This study tested 11 communication objectives that were felt to be important for the safe and effective use of the product. Findings from the study are not included in this review

- Study 9727 (AUS) was a 4-week, open-label, single-arm, multi-center study to evaluate self-selection and self-administration of Plan B in an OTC-like setting. The study was conducted in 5 family planning clinics across 5 states and 5 pharmacy stores in the state of Washington. A total of 585 subjects, ages 14-44 yr , were enrolled from family planning clinics (94%) and pharmacy stores (6%) A total of 540 enrollees took Plan B. Subjects were not given any educational intervention other than what they could obtain from the package containing the medication. A limited assessment of the safety and efficacy findings from the study is provided in this review.

sNDA 21-045/011 Plan B®

- Study PK-002 was a single-period, single-center, open-label pharmacokinetic study conducted to determine the pharmacokinetics of levonorgestrel following oral administration of a single 0.75 mg levonorgestrel tablet (Plan B) to healthy adolescent females aged 13-16 yr.

- Among the several studies not specifically sponsored or supported financially by the Applicant that were included in the NDA were randomized, controlled trials (RCTs), some of which were blinded. The smaller of these studies were usually single-center, and the larger ones were usually multicenter.

### 4.3  Postmarketing Experience

There has been extensive global postmarketing experience with levonorgestrel used for emergency contraception over the past 5 years. The largest databases are from the U.S., U.K., France, and the World Health Organization (WHO) Safety Monitoring Program. A consultation was requested by DRUDP of the Office of Drug Safety (ODS) for a review of the FDA's Adverse Event Reporting System (AERS) database and other databases available to the ODS. The Applicant also submitted postmarketing safety data from other sources as noted later in this review.

### 4.4  Literature Review

In their April 2003 submission, the Applicant included 14 volumes (approximately 4,000 pages) of references from the medical literature. The Annual Report for Y-004, dated October 8, 2003, and the Applicant's submission of October 20, 2003 (background document for the December 16, 2003 Joint Advisory Committee Meeting) included >30 literature references and >150 pages of articles that were not previously submitted with the original Plan B prescription-to-OTC switch application. This reviewer (DD) also searched the medical literature and found additional articles that were pertinent to issues raised after the December 2003 Advisory Committee Meeting.

## 5.   CLINICAL REVIEW METHODS

### 5.1  Describe How Review was Conducted

There were three separate primary reviews of this supplemental NDA.

1.   Jin Chen, MD, Ph.D., MPH, Division of Over-the-Counter Drug Products (DOCDP), did the primary review of the Actual Use Study (Study 9727) and the 8 behavioral studies that were included in the submission (2 interim reports and 6 articles published in the medical literature).

2.   Karen Lechter, JD, Ph.D., Division of Surveillance, Research, and Communication Support (DSRCS) did the primary review of the Label Comprehension Study.

3.   Daniel Davis, MD, MPH (this reviewer), Division of Reproductive and Urologic Drug Products (DRUDP) and primary medical reviewer for the original NDA for Plan B, reviewed the overall postmarketing safety data for Plan B and many of the issues relating to the safe use of Plan B in an OTC setting, particularly by adolescents <18 yr. of age.

### 5.2  Overview of Materials Consulted in Review

In addition to the clinical materials listed in Section 4.1 above, other materials that were consulted during this review included:

1.   Professional publications from several national organizations, including the American College of Obstetrics and Gynecology (ACOG), American Society for Emergency Contraception, Advocates for Youth, and Reproductive Health Technologies Project

2.   Transcripts from the December 16, 2003 Joint Advisory Committee Meeting

sNDA 21-045/011 Plan B®

3. Numerous personal communications with several experts in the field of EC research that are referenced in the relevant sections of this review

4. Attendance at, and materials from, the annual meetings for the International Consortium for Emergency Contraception (ICEC) and the American Society for Emergency Contraception (ASEC) held in New York City in October 2003

### 5.3 Overview of Methods Used to Evaluate Data Quality and Integrity

The sites for Study 9727 (AUS) that were inspected by the Agency's Division of Scientific Investigations were found to be in compliance with FDA standards. Other data used in the review were predominantly from peer-reviewed articles in the medical literature or directly from leading researchers in the fields of emergency contraception and/or adolescent gynecology and family planning

### 5.4 Were Trials Conducted in Accordance with Accepted Ethical Standards

The 3 new clinical trials submitted in support of the NDA (Studies PK-002, Study 9727, and Study 9728) were approved by appropriate IRBs and were conducted with accepted ethical standards

### 5.5 Evaluation of Financial Disclosure

The submission included a statement that there were no financial conflicts of interest[4].

### 6. INTEGRATED REVIEW OF EFFICACY

The proposed population and dosing regimen for OTC Plan B is identical to that of the presently approved prescription product (i e., two 0.75 mg doses taken 12 hours apart with the first dose taken as soon after, but no later than 72 hours after unprotected intercourse). Therefore, if the user takes the product in accordance with recommended labeling, OTC efficacy should be comparable to that of the prescription product. To assess whether the adequacy of proposed OTC labeling and whether women were likely to use Plan B in an OTC setting in accordance with labeling, the Applicant conducted an Actual Use Study (Study 9727).

### 6.1 Actual Use Study (Study 9727): Efficacy Issues

#### 6.1.1 All subjects

This study is reviewed in detail elsewhere in a separate primary review by Dr. Jin Chen, DOCDP and in secondary reviews by Drs. Andrea Leonard-Segal and Curtis Rosebraugh, also in the DOCDP. The following text and comments focus only on efficacy-related issues

This was a 4-week, open-label, single-arm, multi-center study to evaluate self-selection and self-administration of Plan B in an OTC-like setting. This study was conducted in five family planning clinics across five states and five pharmacy locations in the state of Washington. A total of 585 subjects ages 14-44 yr. old were enrolled from family planning clinics (94%) and pharmacy stores (6%) in the United States. Subjects were not given any educational intervention other than what they could obtain from the package containing the medication.

Five hundred forty (540) enrollees took Plan B and 95% of them did so for correct reasons. Three percent (3%) of the enrollees did not provide specific reasons why they self-selected. The remaining nine who erred in self-selection did so because of unexplained vaginal bleeding (n= 6), pregnancy (n=1), or took Plan B before having unprotected sexual intercourse (n=2).

#### Medical Officer's Comment

- *These finding indicate that a very high percentage of enrollees correctly self-selected for the use of Plan B in an OTC-like setting. Although vaginal bleeding was listed as a contraindication to*

sNDA 21-045/011 Plan B®

*use of Plan B in Study 9727 and is presently a contraindication for use of the prescription product as well, the basis for this contraindication is actually a carryover from labeling for progestin-only contraceptive products that are intended to be used chronically (e.g., daily for months to years). It is likely that unexplained vaginal bleeding will be removed as a contraindication to use of Plan B in revised labeling (see Section 7.4)*

Ninety-two percent (92%) timed the first pill correctly (within 72 hours of unprotected intercourse) Seventy-two percent (72%) took the second pill exactly 12 hours following the first and 93% took the second pill between 6 to 18 hours following the first pill.

### Medical Officer's Comments

- *These findings demonstrate a high rate of correct timing of dosing with Plan B both for the first dose (92%) and the second dose (93%) using the slightly relaxed definition of correct use of "6 to 18 hours after the first dose*

- *Recent studies have shown that the efficacy of Plan B does not appear to be reduced if both of the 0 75-mg tablets of levonorgestrel are taken at the same time. In additional, the Cmax and AUC values for levonorgestrel are very similar when the second pill is taken either 12 or 24 hours after the first pill. It is therefore unlikely that the effectiveness of Plan B will be reduced if the second tablet is taken 6 to 18 hours, instead of exactly 12 hours, after the first dose*

- *The most important factor concerning timing of doing and effectiveness is the interval between the first dose and unprotected intercourse. In Study 9727, 92% of enrollees took the first dose of Plan B within 72 hours of unprotected intercourse, in accordance with labeling for the product*

Pregnancies were confirmed in 10 participants who took Plan B, and the pregnancy status of another 14 subjects was unknown at the end of the study. This represents a documented failure rate of 1.9% and a "worst case" (but unlikely) failure rate of 4.4%.

### Medical Officer's Comment

- *The estimated pregnancy rate for a single random act of unprotected intercourse during one menstrual cycle is about 8%. A pregnancy rate of 1.9% would be a significant reduction. It is highly unlikely that more than an occasional woman, among the 14 for whom final pregnancy status was unknown, had become pregnant during their participation in Study 9727*

### 6.1.2  Subjects Less than 18 Years of Age

Fifty-seven (57) adolescents under age 18 were enrolled. Times of dosing with Plan B from 46 of these subjects were available. Of these 46 subjects, 22 were 16 yr. of age or younger and 24 were 17 yr. of age. Of these 46 subjects, first dose data were not available for 4; of the 42 subjects under age 18 for whom time of first dose was known, all took the first dose within 72 hours of unprotected intercourse in accordance with the label. Of these 42 users, the first dose was taken within 24 hours of intercourse by 37% of subjects, within 24-48 hours by 46% of subjects, and within the 48-72 hours by the remaining 17% of subjects.

Second dose data were available for all 46 of these adolescent subjects. For the • •16-year old age group, 20/22 took the second pill at exactly 12 hours after the first dose (per label), and the remaining 2 adolescents took the dose within 10-14 hours after the first dose (i.e., within 1-2 hours of the prescribed time). For the 17-year old age group, 17/24 took the second pill at exactly 12 hours after the first dose, and the remaining 7 took the second pill within 11-13 hours after the first dose (i.e., within 1 hour of the prescribed time). The combined results show that all 46 adolescent users took the second dose within 12± 2 hours of the first dose.

Among the 46 subjects < 18 yr. of age, there was *one* report of a pregnancy (a 17-year old).

sNDA 21-045/011 Plan B®

**Medical Officer's Comment**

- *There was excellent compliance with the labeled dosing regimen among subjects < 18 yr. of age Compliance was at least as good as that in the subjects 18 yr. and older.*

## 7. SAFETY DATA

### 7.1 Original NDA Safety Data

The Applicant in their original Plan B NDA presented clinical trial safety results from 4 different trial categories. These provided a large database of clinical information in over 15,000 women and included the following:

1. Single dose and multiple dose clinical pharmacology studies

2. Two World Health Organization (WHO/HRP)-sponsored comparative studies that were the primary studies supporting the efficacy and safety of Plan B. The trials compared levonorgestrel (two 0.75 mg doses separated by 12 hours) to the Yuzpe regimen [levonorgestrel plus ethinyl estradiol] for emergency contraception. These studies were:

   - WHO/HRP Study 92908 (1998): the pivotal study for the NDA, (N = 1,955)

   - WHO/HRP Study 81107 (Ho and Kwan, 1993): principal supportive study for the NDA, (N = 834)

3. Three WHO/HRP-sponsored trials of routine postcoital contraception using the 0.75-mg levonorgestrel formulation manufactured by Gedeon Richter (the manufacturer of the levonorgestrel used in Plan B):

   - WHO/HRP Study 82906 (1987)

   - WHO/HRP Study 84902 (He, 1991)

   - WHO/HRP Study 87908 (1993)

4. Fifteen small studies of oral levonorgestrel for routine or occasional postcoital contraceptive use, using a variety of regimens, doses, and formulations. (See Attachment A for a partial listing of postcoital contraception studies using levonorgestrel.)

Levonorgestrel, taken for emergency contraception, is well tolerated and safe as shown by the extensive safety data from more than 15,000 women in the above studies using various levonorgestrel doses (ranging from 0.15 to 1.0 mg) for emergency contraception, occasional postcoital contraception (up to 4 times a month), or routine postcoital contraception (no limit on the number of uses). The data in the original NDA represented the majority of both literature articles and unpublished study reports found as a result of an extensive literature search by the Applicant through 1998. The search did not uncover any serious adverse events associated with the use of levonorgestrel for emergency contraception, and the side effects reported were consistent across the many studies. In addition, during the 1999 NDA review for Plan B, no serious adverse events were reported from 3 ongoing studies of levonorgestrel for emergency contraception or from the introductory postmarketing safety data for Postinor-2 (an identical product containing levonorgestrel 0.75 mg) in 3 European countries. No reports of thromboembolic adverse events and only one report of an ectopic pregnancy were noted in all of the information reviewed by DRUDP for the original Plan B NDA. One safety finding of note was that levonorgestrel-alone emergency contraception was underline{superior to} the Yuzpe emergency contraception regimen [levonorgestrel + ethinyl estradiol] with significantly less nausea and vomiting; present labeling for Plan B includes this comparative information.

sNDA 21-045/011 Plan B®

## 7.2 Postmarketing Safety Data

### 7.2.1 Extent of Patient Use

Since the launch of Plan B in August 1999, the Applicant estimates that 2.4 million women in the United States have used Plan B. From July 28, 2002 to July 27, 2003, the Applicant estimates that of the 1,458,536 units of Plan B sold in the U.S., 80% have been used (i.e., 1.2 million users). Marketing of Plan B began in Canada in June 2000; in the most recent reported 12 months, the Applicant estimates that 72,000 women used Plan B in Canada. In the U.K., the Applicant estimates that 2.1 million women have taken Levonelle (a product identical to Plan B) since February 2000. Patient exposure to levonorgestrel for emergency contraception in France is estimated by the Applicant to be 1.8 million uses. Levonorgestrel for emergency contraception is available in 101 countries and is available without a prescription at the pharmacy in 33 of these 101 countries[5].

### 7.2.2 Postmarketing Safety Data (Provided by Applicant)

The Applicant compiled postmarketing safety data from a number of U.S. and global sources, including from key European countries, Canada, and the WHO Drug Monitoring Program, to provide an assessment of the postmarketing safety profile of levonorgestrel 0.75 mg tablets up to January 2003. Based on these data provided by the Applicant, there have been no reported deaths; most of the adverse events (AEs) attributed to the drug were mild and of short duration. The most common AEs were nausea, abdominal pain, fatigue, headache, and changes in menstrual bleeding. In the 3-year period covered by the Applicant's required quarterly Periodic Safety Updates to the FDA and in their subsequent additional updates to January 6, 2003[6], there have been 328 reported AEs. Pregnancy (123/328) and metrorrhagia (heavy bleeding, 64/328) were the two events most frequently reported. All of these events are consistent with the presently approved Plan B label and the proposed Plan B OTC label.

### 7.2.3 Postmarketing Safety Data (FDA Data Sources)

AERS Database. The Office of Drug Safety (ODS) was consulted to review postmarketing safety reports for Plan B. The ODS review focused on adverse events reported to the FDA Adverse Event Reporting System (AERS) through October 9, 2003.[7] The AERS database was searched using the U.S. trade name Plan B and foreign trade names for similar levonorgestrel emergency contraceptive products (Levonelle, Levonelle-2, Postinor, and Postinor-2). The search identified 116 unduplicated cases in the AERS database; most of the reports involved non-serious and labeled events. The most common non-serious events (and number of reports for each) were vaginal bleeding (26), unintended pregnancy (21), cramps/pain (11), and nausea/vomiting (11). Adverse events classified as serious included 28 cases of ectopic pregnancy (none of which occurred in the U.S.), 10 cases of hypersensitivity reaction, 8 cases of possible pregnancy/fetal effects, and 3 cases of convulsion. Cases of reported hypersensitivity reactions and possible adverse effects on the fetus are discussed in Section 7.2.3.2 and Section 7.2.3.3, respectively. Ectopic pregnancies reported in users of levonorgestrel for emergency contraception, based on data from several sources, are reviewed in Section 7.2.4.

MHRA Database. The Medicines and Health-care Products Regulatory Agency (MHRA) also sent printouts to ODS from the U.K. Adverse Drug Reactions Online Information Tracking (ADROIT) database of all adverse events reported for Levonelle and Levonelle-2 since their approval in the U.K. There were 45 total reports for Levonelle and 243 for Levonelle-2. Among these were 5 reports of ectopic pregnancy with Levonelle and 16 with Levonelle-2, of which some may have been duplicate reports. These two products are identical except that one is available by prescription and the other by pharmacy access without a prescription in the U.K.

sNDA 21-045/011 Plan B®

### 7.2.3.1 Deaths

There were *no reports of death* in women using postcoital levonorgestrel *in either the AERS or the U.K. databases.*

### 7.2.3.2 Hypersensitivity (Allergic) Reactions

The ODS consultation for levonorgestrel emergency contraception identified 10 unduplicated cases of hypersensitivity reactions, of which 3 occurred in the United States. The time of onset of the adverse event was stated in 8 of the 10 reports and ranged from 4 hours to 2 days after taking the drug. Events ranged from minor localized rashes to urticaria, from localized edema to systemic edema, and difficulty with breathing (2 cases) Although 7 cases were marked "life-threatening," none of these women stayed overnight in the hospital and the narratives provided in the reports did not reflect a life-threatening event Four of the women had taken concomitant medications, including 2 women on antibiotics, that could have been responsible for the reported reactions

Medical Officer's Comments

- *One of the 2 cases that included difficulty with breathing occurred in a woman who appeared to have had an underlying pulmonary disorder as suggested by her list of concomitant medications (Buspar, Flovent, Singulaire, Seravent); it is therefore unclear if the reported episode of difficulty with breathing was related to using levonorgestrel*

- *In this reviewer's opinion, none of these 10 cases was a serious adverse event*

### 7.2.3.3 Adverse Unintended Effects of Levonorgestrel on Pregnancy (Potential for Congenital Abnormalities)

In the original NDA for plan B, there were no reports of congenital abnormalities among women for whom the treatment failed or among women mistakenly enrolled in studies who received the treatment after they were already pregnant. The ODS consultation [see Attachment C] found 3 cases of spontaneous abortion, 1 missed abortion, 1 inevitable abortion, and 3 reported European cases of congenital anomalies in pregnancies of women who had taken levonorgestrel for emergency contraception  Given that spontaneous abortions have been documented to occur in 10-15% of clinically recognized pregnancies[8], the number of these reported events is below the expected rate in the general population. In one congenital anomaly case, the woman also received abdominal X-rays at gestational Week 12. With the Applicant's estimated patient use of Plan B in 2.4 million USA and 2.1 million U.K. women and a given risk of pregnancy of 1.1% in these women, one would expect approximately 49,500 unplanned pregnancies. Three reported cases of congenital anomalies are well below the expected 0 85% incidence of congenital anomalies.[9] It is highly unlikely, even with significant underreporting, that exposure to Plan B is associated with the development of congenital abnormalities.

Medical Officer's Comment

- *Levonorgestrel has been used in several combination oral contraceptives for over 35 years  The DRUDP did a thorough review of the teratogenic risk associated with the accidental use of contraceptive hormones early in pregnancy (See Attachment B)  The DRUDP concluded from this review that there is not an association between the accidental use of contraceptive hormones early in pregnancy and adverse fetal or pregnancy outcomes  Observations that there is no apparent increase in birth defects among pregnancies exposed to daily use of combination oral contraceptives (many of which contain levonorgestrel) are reassuring* [10]

sNDA 21-045/011 Plan B®

### 7.2.4    Ectopic Pregnancies

The literature suggests an increased relative risk, but not an increased absolute risk, of an ectopic pregnancy with progestin-only oral contraceptive pills that are taken on a regular daily basis. Thus, if a woman becomes pregnant while taking daily progestin-only oral contraceptive pills, the likelihood of the pregnancy being an ectopic pregnancy is greater than 1-2 per 100 pregnancies, the generally accepted incidence of ectopic pregnancies in women using no contraception. However, since progestin-only oral contraceptives are highly effective in preventing pregnancy, the absolute risk of such a woman having an ectopic pregnancy is significantly reduced, relative to sexually active women using no contraception or a less effective method (e.g., spermicide or condoms).

Medical Officer's Comment

- *Based on the data from the sources and reviews presented in the following sections, there does not appear to be an increased risk of ectopic pregnancy with the use of levonorgestrel for emergency contraception*

### 7.2.4.1  Office of Drug Safety Review of AERS Database for Ectopic Pregnancies

There were 28 unduplicated cases of ectopic pregnancy in the FDA's AERS database; none of the reports was from the U.S.  Among these 28 reports, there were no deaths, 15 instances in which patients were reported to have been hospitalized, and only 10 instances in which patients were reported to have had surgery  Of these 28 cases of ectopic pregnancy, 13 were reported by Gideon Richter (the Hungarian manufacturer of levonorgestrel) without information on the country of origin. Of the cases of ectopic pregnancy, 10 were from the U K., 3 were from Israel, and 1 each were from Sweden and China.

### 7.2.4.2  Applicant's Review of Postmarketing Safety Data for Ectopic Pregnancies

The Applicant submitted their own assessment of postmarketing safety for levonorgestrel drug products used for emergency contraception. According to the Applicant, their review was based on postmarketing safety reports submitted to the U.K. Medicines Control Agency and the French Health Authority as well as U.S. postmarketing safety reports available to them. The Applicant listed a total of 340 pregnancies and 21 ectopic pregnancies from these sources through February 2003.[11]  The numbers of pregnancies and ectopic pregnancies reported by the Applicant from each of these data sources are listed in Table 4

sNDA 21-045/011 Plan B®

**Table 4    Number of total pregnancies and ectopic pregnancies (Applicant's review of postmarketing safety data)**

| Country | Pregnancy (N) | Ectopic pregnancy (N) | % Ectopic pregnancies (Ectopic preg)/(total preg) |
|---|---|---|---|
| France (Feb 03)* | 29 | 8 | 21.6% |
| United Kingdom (Jan 03) | 201 | 12 | 5 6% |
| United States (Feb 03) | 110 | 1** | 0 0% |
| TOTAL*** | 340[12] | 21 | 6.2% |

\*    The cutoff dates for the safety data are shown the parentheses

\*\*    Applicant stated that this report was obtained from the WHO database  It does not appear in the FDA's AERS database.

\*\*\*    See the first and third bullets under the Medical Officer's Comments that follow

**Medical Officer's Comments**

- *Upon DRUDP's request, the Applicant reviewed the sources for the data in this table and provided clarification in a FAX dated February 13, 2004  The corrected number of unintended pregnancies reported to WCC for women taking Plan B in the US was 36 and not 110 [the other 74 listed in Table 4 were from foreign sources]  The single ectopic pregnancy in the US listed in Table 4 actually occurred in a woman using Levonelle-2 in the UK. (The correct number of US ectopic pregnancies therefore should be 0 and the number in the UK should be increased to 13, leaving the total unchanged at 21)  The correct percentage of reported pregnancies that were ectopic, based on these revised data, is 7 9% (21/266) and not 6 2% as previously reported*

- *From postmarketing databases, it generally is not possible to accurately determine the incidence of an adverse event among users of a drug product because the number of drug exposures (total number of women who have taken the drug) can only be estimated and there is considerable underreporting of adverse events in general  However, even with considerable underreporting of adverse events, based on the Applicant's estimated use of Plan B in the US one would expect at least several reports of ectopic pregnancy in the AERS database for users of Plan B  Based on the Applicant's estimated 2.4 million uses of Plan B in the US. since its approval and a pregnancy rate of 1%, one would expect about 24,000 pregnancies in these users. Based on the generally accepted estimate of 1-2 percent of pregnancies being an ectopic pregnancy, as many as 240-480 of these users of Plan B in the US could be expected to have had an ectopic pregnancy. However, the AERS database contained no reports of ectopic pregnancy in women who used Plan B in the US*

- *The "apparent" ectopic pregnancy rate reported by the Applicant, based on the ratio of reported ectopic pregnancies and reported pregnancies of all types among users of levonorgestrel emergency contraception in the UK, France, and the US (Table 4), is most likely greater than the true rate  Pregnancy, per se, is a known possible outcome with the use of emergency contraception because emergency contraception is not 100% effective, therefore, one would not expect an intrauterine pregnancy to be routinely reported as an adverse event  Ectopic pregnancy, however, is a serious adverse event, and one would expect a greater percentage of these events, relative to intrauterine pregnancies, to be reported  Assuming this to be the case, the result will be an apparent rate of ectopic pregnancy in users of levonorgestrel emergency contraception that is higher than the true rate  Based on these considerations, an "apparent" ectopic pregnancy rate of 6 2% (or the corrected rate of 7 9%) is not of concern*

sNDA 21-045/011 Plan B®

> - *Randomized clinical trials, as described in the Section that follows (Section 7.2.4.3) are likely to provide the best estimates of the true rate of ectopic pregnancy in users of levonorgestrel emergency contraception*

### 7.2.4.3 Ectopic Pregnancies in Randomized Clinical Trials of Emergency Contraception

Six large randomized clinical trials (RCTs) published in the medical literature in which levonorgestrel was used for emergency contraception were reviewed (see Table 5). Among these 6 trials, there were 7,889 evaluable subjects for whom 133 pregnancies and 2 ectopic pregnancies were reported (*an incidence of 1.5% ectopic pregnancies among total pregnancies*). The 1.5% incidence is consistent with the reported national rates of 12.4 and 19.7 per 1000 pregnancies in the U.K. (1.24%) and the U.S. (2.0%), respectively.[13,14] These 6 trials provide good clinical evidence that levonorgestrel-only emergency contraception does not increase the chance that a pregnancy will be ectopic. Moreover, because emergency contraception is at least 75% effective in preventing a pregnancy, emergency contraception also reduce a woman's absolute risk of an ectopic pregnancy

Table 5    Number of total pregnancies and ectopic pregnancies in randomized clinical trials.

| Randomized Clinical Trial | Evaluable (n) | Pregnancies (n) | Ectopic pregnancies (n) | Levonorgestrel dose (mg) |
|---|---|---|---|---|
| WHO 2002[15] | 1356 | 24 | 1 | 0.75 - 2 doses |
|  | 1356 | 20 | 0 | 1 - single dose |
| Arowojolu et al 2002[16] | 545 | 7 | 0 | 0.75 - 2 doses |
|  | 573 | 4 | 0 | 1 - single dose |
| WHO 1998[17] | 976 | 11 | 0 | 0.75 - 2 doses |
| Wu et al 2003[18] | 643 | 20 | 0 | 0.75 - 2 doses |
| Ho and Kwan 1993[19] | 410 | 12 | 0 | 0.75 - 2 doses |
| Ho et al 2003[20] | 2,030 | 35 | 1 | 0.75 - 2 doses |
| **TOTAL** | **7,889** | **133** | **2** | |

<u>Medical Officer's Comments</u>

- *Data from clinical trials are generally considered more reliable than that obtained from other sources (e.g., spontaneous postmarketing safety reports). Randomized clinical trials are the "gold standard" for estimating the frequency of events that are not "rare" in that such trials provide accurate information on the number of specific adverse events and the number of subjects at risk for them*

- *The 1.5% incidence of ectopic pregnancy from these randomized clinical trials enrolling almost 8,000 women provides strong evidence that the use of levonorgestrel for emergency contraception does not increase the likelihood that a woman will have an ectopic pregnancy should she become pregnant*

- *Moreover, because emergency contraceptives are at least 75% effective in preventing a pregnancy, they should reduce a woman's absolute risk of experiencing an ectopic pregnancy.*

sNDA 21-045/011 Plan B®

#### 7.2.4.4 Ectopic Pregnancies and Labeling

The prescription label for Plan B has a subsection titled **Ectopic Pregnancy** in the WARNINGS Section. The following text is found in this section:

"Ectopic pregnancies account for approximately 2% of reported pregnancies (19.7 per 1000 reported pregnancies). Up to 10% of pregnancies reported in clinical studies of routine use of progestin-only contraceptives are ectopic. A history of ectopic pregnancy need not be considered a contraindication to use of this emergency contraceptive method. Health providers, however, should be alert to the possibility of an ectopic pregnancy in women who become pregnant or complain of lower abdominal pain after taking Plan B®."

#### Medical Officer's Comment

- *The proposed OTC label for Plan B cautions women to be alert for symptoms that could be indicative of an ectopic pregnancy. There is no evidence that a history of a previous ectopic pregnancy or tubal disease increases the risk of an ectopic pregnancy in women who use levonorgestrel emergency contraception.*

#### 7.3 Misuse and Abuse

#### 7.3.1 Overdosing with Levonorgestrel for Emergency Contraception

According to the Applicant, there are no reports of intentional overdose with levonorgestrel for emergency contraception. Overdosing is unlikely with Plan B since it is packaged as a single course of treatment and is likely to be relatively expensive. The Applicant's review of the Toxic Exposure Surveillance System (TESS) found 24 reports concerning Plan B and none that resulted in death or serious illness.

#### Medical Officer's Comment

- *There is no reason to expect overdosing with Plan B in an OTC setting. In this reviewer's evaluation of the medical literature on advance provision, there were no cases of overdose or excessive use. If a large dose of levonorgestrel were ingested, the margin of safety appears to be high. Likewise, the cost would be a deterrent, and the label clearly states that the product is not for routine contraception. Moreover, there are no reports of any person overdosing with this product in the Agency's AERS database or in the medical literature.*

#### 7.3.2 Repeated Dosing of Levonorgestrel for Postcoital Contraception.

The best safety data for exposure to higher and/or repeated doses of levonorgestrel comes from clinical trials in South America and Eastern Europe conducted between 1973-87 in which women used levonorgestrel as a regular postcoital contraceptive for at least 6 months. In these postcoital contraceptive trials, women used up to 20 levonorgestrel 0.75 mg tablets in a single menstrual cycle (total monthly doses far in excess of those to be expected with the OTC use of Plan B for emergency contraception) and/or up to 3 levonorgestrel 0.75 mg tablets in 24 hours with repeated dosing allowed. In these latter clinical trials, only one serious adverse event (an ectopic pregnancy) was reported[21].

Among reported studies of the use of levonorgestrel for regular postcoital contraception was a trial by Larranaga et al.[22] This study enrolled 298 women who took 1 mg of postcoital levonorgestrel as their regular method of contraception. The average duration of participation in the study was 8.6 months with total monthly levonorgestrel exposure ranging from 4-20 mg. No serious adverse events were reported. Common adverse events (and the percentage of women reporting each) included menstrual irregularities (76%), headache (18%), nervousness (4%), dysmenorrhea (3%), nausea (3%), dizziness (2%), and acne (2%)

sNDA 21-045/011 Plan B®

**Medical Officer's Comment**

- *The above data on exposure and reported adverse events is very reassuring concerning the safety of chronic monthly exposure to doses of levonorgestrel that are far higher than the 1.5 mg dose of Plan B that is likely to be taken infrequently.*

### 7.3.3    Repeat Use of Emergency Contraception (Behavioral Issues)

Studies investigating how often women use emergency contraception have found that using it more than 4 times in one year is uncommon. An observational cohort study by Rowlands in the U.K. reviewed >15,000 medical records of women, age 14-29, who used emergency contraception without advance provision and were followed from 1994-97; he found that repeat emergency contraception use was uncommon. Only 3% used emergency contraception twice in the 4 years; 1% used emergency contraception 3 times in the 4 years; and 0.8% used emergency contraception >3 times in the 4 years. In addition, more than 70% of the women with no regular use of a birth control method prior to using emergency contraception used regular contraception within 1 year of first emergency contraception use.[23]

Studies in which emergency contraception was provided by "advance provision" are helpful to assess the likely use of emergency contraception when it is easily accessible as well as overall contraceptive practices. Advance provision is the term that is used to describe the setting in which women are provided with one or more doses of an emergency contraceptive product prior to its actual need. Several U.S. and international studies have indicated that advance provision of emergency contraceptive pills (ECPs) does not lead to women replacing their regular method of contraception with emergency contraception. A large 1-year study by Glasier and Baird (n = 1,071) compared the frequency of emergency contraception use in women who were provided with the product in advance of actual need (Advance Provision [AP] group) to that in women who were provided only with information but not proved with the product in advance (control or standard care group). In the AP group, 36% of subjects used ECPs once during the study and 11% used it more than once. In the standard care group, 14% of subjects used ECPs once and 13% used it more than once.[24] Another study (n = 411) reported no repeat use in either arm for up to one year.[25]

**Medical Officer's Comments**

- *Studies show that women of all ages with easier access to emergency contraception are more likely to use it when needed, potentially reducing unintended pregnancies and the number of induced abortions[16]*

- *Guidelines from the World Health Organization, American College of Obstetricians and Gynecologists, and the American Society for Emergency Contraception clearly state that although frequent use of emergency contraception is not recommended, repeat use may be offered. In other words, there is no safety issue with the repeated use of emergency contraception*

### 7.3.4    Use during Pregnancy:

The risks of inadvertent use of Plan B and/or progestin containing oral contraceptives (including those that contain levonorgestrel) during pregnancy were reviewed in Section 7.2.3.3. Based on clinical trial data from studies with Plan B, postmarketing safety data for ECPs containing levonorgestrel, and DRUDP's review of the contraceptive literature, there is no evidence that a woman's use of Plan B while she is pregnant will result in abortion. In addition, there is no evidence of risk to the fetus (i.e., likely development of a congenital abnormality) if an early pregnancy is exposed to Plan B (see Section 7.2.3.3 and Attachment B). Use in pregnant women in contraindicated because the product would not be effective, not because it has been shown to be unsafe.[27]

sNDA 21-045/011 Plan B®

### 7.4  Contraindications

The labeled contraindications for <u>prescription</u> Plan B include (1) known or suspected pregnancy (not a safety issue, per se, but listed as a contraindication because the product will not interrupt an established pregnancy), (2) hypersensitivity to any component of the product, and (3) undiagnosed abnormal genital bleeding. These three conditions are listed in the class label for progestin-only contraceptive pills that are taken daily without interruption for routine contraception. The Plan B prescription label states, "It is not known whether these same conditions apply to the Plan B regimen consisting of the emergency use of two progestin pills." The terms 'undiagnosed abnormal genital bleeding' or 'unexplained vaginal bleeding' are not, in fact, a medically founded contraindication for using Plan B; the Applicant has proposed that this condition be removed from the OTC label. The DRUDP agrees with the Applicant's request.

<u>Medical Officer's Comments</u>

• *This reviewer believes there are no medical contraindications to the use of Plan B except for a history of allergy to levonorgestrel.*

• *At the Advisory Committee meeting on December 16, 2003, the question of breast-feeding as a contraindication was raised. Progestin-only pills, taken continuously for contraception, are in fact labeled as safe for lactating women. It was the Committee's majority opinion that lactation is not a contraindication to taking Plan B. The DRUDP agrees with this opinion.*

### 7.5  Use of Emergency Contraception in Adolescents

#### 7.5.1    Adolescent Safety Study

An open-label safety study (WCC-PED-001) in <u>60 adolescent girls aged 13-16 yr.</u> who took the standard Plan B two-tablet dose 12 hours apart was conducted at the University of California at San Francisco (UCSF).[28] Participants recorded AEs on a diary card for 14 days and were followed for 3-5 weeks after dosing. The study population was 62% African-American, 20% Hispanic, and 15% other racial minorities. The mean age of the subjects was 15.5 yr.; the mean age of menarche was 12.3 yr., and the mean age at first intercourse was 14.2 yr. Thirteen percent (13%) had had a prior pregnancy and 13% had prior use of emergency contraception. Fifty-two (52) of the 60 enrolled subjects were evaluable; 98% reported taking both doses of study drug and 94% reported having no problems following the directions on the current prescription label, which is similar to the proposed OTC label.

No serious AEs were reported. The most common side effects in Week 1 (and the percentage of subjects reporting each of them) were: headache (50%), fatigue (40.4%), nausea (38.5%), dizziness (27%), lower abdominal pain (25%), breast tenderness (13.5%), and vomiting (11.5%). The Applicant speculated that the higher incidence of side effects reported in these young adolescents compared to that reported in adults in other studies may reflect lower levels of prior exposure to contraceptive steroids or other differences in the study population, including a higher tendency to report adverse events. A substantial number of the adolescent subjects also reported experiencing headaches, nausea, fatigue, and lower abdominal pain in the second week of the study, when PK data on levonorgestrel levels in young adolescents indicate that serum levels of drug product would be undetectable or extremely low (see Section 3.1). If the AEs reported during the second week of the study (Days 8-14) are used as the baseline incidence, the relative increases in reported AEs during Days 1-7 would be comparable to those observed in studies of adults (age ≥ 18 yr.). The sponsor concluded that this latter analysis shows that the safety (adverse event) profiles of Plan B in young adolescents and adults are comparable, and that the product can be safely used by adolescents (ages 13-16 yr.) in an OTC setting without medical oversight.

sNDA 21-045/011 Plan B®

**Medical Officer's Comments**

- *Although the incidence of the above side effects is rather high, none were serious, severe, or debilitating. Only one of 52 evaluable adolescents failed to take the second Plan B dose, and 49/52 had no problems following the directions. This group of adolescents was at high risk of pregnancy as judged by their incidence of previous STIs (10.3%) and pregnancy (13%), prior use of emergency contraception (13%), and mean age of first intercourse (14.2 yr.). This is one of the target populations that can benefit most from ready access to emergency contraception, thereby potentially avoiding an unintended pregnancy and its emotional and physical sequelae*

- *The majority of subjects had their next menses within 7 days of the expected time; 22% had a lighter menses, 22.5% had a heavier menses, 36% had an early menses, and 9% had a delayed menses. The mean duration of menses was not affected by treatment. These patterns of menstrual bleeding are similar to that observed in the 1998 WHO pivotal study and do not raise any safety concerns*

### 7.5.2     Adolescent Use Data

In addition to the AUS, data from 3 other randomized controlled studies that enrolled adolescents was submitted by the Applicant with the original supplemental NDA (see Table 6). These studies involved advance provision of ECPs (varying from 1 to 3 packs) to a generally high-risk group of sexually active women age 14 to 24 yr. All subjects were provided with similar minimal information about the indication and correct dosing for ECPs. Subjects were then randomized to receive ECPs by either advance provision (AP) or standard access ([SA], i.e., needed a prescription and had to go to a pharmacy or clinic to obtain ECPs). Subjects were followed over a 6-12 month period (much longer than in the AUS).

**Table 6     Enrollment Data by Age for Studies Enrolling Adolescents Receiving Emergency Contraception Pills either by Advance Provision or by Standard Access**

| Study Identifier | Enrolled (N) | Age Range (yr.) | ──── N ──── | | | Reviewer Comment |
|---|---|---|---|---|---|---|
| | | | ≤16 yr. | ≤17 yr. | ≥18 yr. | |
| Study 9728 [1] | 585 | 14-44 | 29 | 57 | 528 | Actual Use Study conducted through family planning clinics or pharmacies |
| Gold [2] | 301 | 15-20 | 115 | 187 | 114 | Enrollment at an adolescent medicine clinic |
| Jackson [2] | 370 | 14+ | 15 | 21 | 349 | Postpartum mothers prior to hospital discharge |
| Raine [2] | 2,090 | 15-24 | 254 | 476 | 1614 | Women at family planning clinics not seeking EC at time of visit [4] |
| DIAL EC [3] | 7,756 | 8-51 | 613 [5] | 1,225 | 6,531 | Toll-free phone in for a prescription to be filled at a pharmacy or clinic of choice |
| Totals | 11,102 | | 1,026 | 1,966 | 9,136 | |

[1] Final Study Report submitted with original supplemental NDA.
[2] Interim reports/data submitted with original supplemental NDA. Additional information obtained from study investigators during the review process. Studies each had an advance provision arm and a standard access arm
[3] Prepublication manuscript provided by principal investigator during review process. See Medical Officer's Comments below for details of this study
[4] Study had a third arm with pharmacy access for ECPs without requiring a prescription in the San Francisco area
[5] Two hundred two (202) of the 613 subjects were age 13-15 yr. of age

sNDA 21-045/011 Plan B®

### Medical Officer's Comments

- *The above studies greatly expand the number of adolescents for whom we have data concerning the use of emergency contraception and its impact on "risky behavior." There were over 1,000 adolescents age ≤ 16 yr, and almost 2,000 age ≤ 17 yr. When possible, this group of young adolescents (17 yr and younger) was compared to the older adolescents age 18-20 yr*

- *The statewide DIAL EC Project in North Carolina mimicked an OTC setting in many ways Women did not have to go to a clinic or health care provider to get a prescription; they had to self-determine that they needed emergency contraception, make a phone call to the coordinating center, and then pick up the ECPs at a local pharmacy or Planned Parenthood Clinic (PPC) As in the OTC setting, they had to pay for the pills and more often chose to go to a local pharmacy than to a PPC More than 9,700 prescriptions were issued to the 7,756 participants over a 29-month period*

### 7.5.3  Adolescent Use and Behavior

At the December 2003 Joint Advisory Committee Meeting, some members of the Committee as well as other interested parties expressed concern over the OTC availability of emergency contraception and the effect that this might have on adolescent behavior (e.g., increasing sexual promiscuity). There is evidence to suggest that the OTC availability of emergency contraception will not increase sexual activity among young adolescents. A randomized controlled trial in the U.K. of a teacher led intervention in schools with 1,974 boys and 1,820 girls, all 14-15 yr. of age, demonstrated that education about emergency contraception did not increase sexual activity among this group of young adolescents. The intervention increased levels of knowledge about emergency contraception, but there were no differences observed in sexual activity or in frequency of emergency contraception use at a 6-month follow-up [29] Although a large majority of the Advisory Committee members did not see this as an issue if Plan B is available OTC without age restriction, the following questions were posed:

1  Will adolescents use Plan B inappropriately or more frequently than older women?

2.  Can adolescents follow the correct timing for the first and second doses of Plan B?

3.  Will adolescents use Plan B as their regular form of contraception, or if regularly using effective contraception, will they switch to some other less effective method?

4.  Will the OTC availability and presumed increased use of Plan B lead to an increase in sexually transmitted infections (STIs)?

These issues are addressed in Section 7.5.3.1 through Section 7.5.3.4.

### 7.5.3.1  Comparative Adolescent Use of Emergency Contraception

In the Gold study, the same percentage (18%) of the subjects aged 15-17 yr as those 18-20 yr used emergency contraception during the 6-month study period. In the Jackson study, 16% of the subjects •<19 yr. of age used emergency contraception compared to 9% of the subjects ≥ 20 yr. of age. In the Raine study, 38% of the 15-17 age group compared to 27% of the 18-24 yr. age group used emergency contraception during the 6-9 month study period. In the DIAL EC project, 82% of the 2,065 callers under age 19 yr. received 1 prescription compared to 84% of the 5,691 callers 19 yr. and older; 18% of the younger group were repeat callers compared to 16% of the older group

### Medical Officer's Comments

- *These data show that the use of emergency contraception in the younger adolescent group is similar to that in the older adolescent group Because condom use is known to be higher in the younger adolescent group, and a condom accident is a common reason to use emergency contraception, it is not surprising that the Jackson and Raine studies each showed a higher*

sNDA 21-045/011 Plan B®

*percentage of emergency contraception use in the younger age group, although the differences were not large*

- *The DIAL EC data, which provides the <u>largest single database</u> on adolescent use of emergency contraception, shows virtually the same percentage of use for women 18 yr. and under (82%) compared to that in women over 18 yr. of age (84%)*

### 7.5.3.2 Correct Timing

This was carefully analyzed in four of the studies:

- In the Actual use Study, data on first dose was available for 42 adolescents under age 18: 100% took the first dose in 72 hours. Data on 46 subjects under age 18 showed that 100% took the second dose at 12 ±2 hours

- In the DAIL EC Project, of the 2,056 adolescents under age 19, 95% called the coordinating center within 72 hours of unprotected intercourse, virtually the same as 94% for the 19 and older group.

- In the Gold study, mean time after intercourse for the first dose for the 15-17 yr. age group was 17.8 hours compared to 15.5 hours for the 18-20 yr. age group. The mean time for the second dose for the 15-17 yr. age was 11.4 hours compared to 11.5 hours for the 18-20 yr. age group. The timing of both doses was not noticeably different comparing the 2 age groups.

- In the Raine study, 82% of the adolescents under age 18 yr. took the first dose within 24 hours and 99% within 72 hours. This was comparable to the 18-24 age group. The worst compliance was with the SA (standard prescription access) group, which was unanticipated since this group had to go through a health care provider to get a prescription and then go to a pharmacy to purchase the ECPs. The AP (advance provision) adolescents already had the ECPs in their possession and therefore did not have health care provider intervention as a reminder for when to take the pills.

<u>Medical Officer's Comment</u>

- *The above findings clearly demonstrate that the younger adolescent group had no difficulty complying with the correct dosing regimen and compared favorably with the older adolescent group*

### 7.5.3.3 Contraceptive Choices

Using a variety of measures of contraceptive method choice, the Jackson study found no evidence for less effective contraceptive use in women given advance provision ECPs compared to the standard access group. In the Gold study, the incidence of unprotected sex was 38% over 6 months in both the 15-17 yr. and 18-20 yr. age groups. In the Raine study, there were no differences in patterns of condom use or the percentage of women switching their regular contraception method from the time of enrollment to later follow-up by study group (advance provision, standard access, or pharmacy access without a prescription). Compared to the full sample, the young adolescents (age 15-17 yr.) were more likely to use emergency contraception; the pattern of use, however, was similar across the 3 study groups with few young adolescents using emergency contraception more than once. The proportions of young adolescents reporting unprotected sex and frequency of condom use was similar across the 3 study groups at follow-up, so advance provision or pharmacy access without a prescription did not significantly change contraceptive behavior in the young adolescent group.

sNDA 21-045/011 Plan B®

#### Medical Officer's Comment

- *The above findings demonstrate that the younger adolescent group did not change to a less effective method of contraception, use condoms significantly less, or behave in an inappropriate way due to "easy access" to emergency contraception because of advance provision. This suggests that ready access to OTC Plan B also would have little impact on sexual behavior and contraceptive practices in younger adolescents.*

#### 7.5.3.4 Adolescent Data on Sexually Transmitted Infections (STIs)

Data for this area is limited. There were 14 reported cases of STIs in the 15-17 yr age group of the Gold study. Six were in the advanced provision arm and 8 were in the standard access arm. In the Raine study, in the young adolescent group (under age 18 yr.), there were no significant differences in STIs across the 3 comparison arms.

#### Medical Officer's Comment

- *Across the Gold and Raine studies, a total of 663 young adolescents were followed for at least 6 months. There was no difference in the incidence of STIs across the 3 treatment arms (AP, SA, and pharmacy access)*

### 7.6 Overall Safety Conclusions for Levonorgestrel Emergency Contraception

From an extensive review of published randomized controlled clinical trials, large safety databases based on postmarketing data, and the overall medical literature, levonorgestrel emergency contraception pills (Plan B and the identical products worldwide) have a more than acceptable margin of safety with a low misuse and abuse potential. The individual woman can easily determine her need for emergency contraception and the treatment regimen is straightforward (two tablets 12 hours apart at any time during the menstrual cycle). Plan B is not recommended for routine contraception, but repeat use does not raise any safety concerns based on substantial safety data from clinical trials in which women used levonorgestrel for routine postcoital contraception. There is no absolute contraindication to the use of Plan B except for an established allergy to levonorgestrel, which has been rarely reported over the 35 years that levonorgestrel has been taken by millions of women using an implant contraceptive, combination hormonal oral contraceptives, or emergency contraceptives containing levonorgestrel. There are no demonstrated dangers to a fetus or a pregnancy if the drug is taken when a woman is already pregnant.

### 8. DOSING, REGIMEN, AND ADMINISTRATION ISSUES

The approved prescription dosing regimen is two 0.75 mg tablets taken 12-hour apart with the first dose taken as soon as possible, and no later than 72 hours, after unprotected sex. The Sponsor is proposing the same dose and dosing regimen for the OTC product. There is data in the medical literature that indicates that a single dose of 1.5 mg of levonorgestrel is equally effective as the presently approved dosing regimen. There also is data from 3 randomized controlled trials with a total of 594 women taking emergency contraception pills between 72-120 hours (4 and 5 days) after unprotected intercourse; the combined pregnancy rate of 2.5% for women using the product 72-120 hours after unprotected intercourse in these trials demonstrates significant contraceptive effectiveness over the expected 8.0% pregnancy rate.[30]

#### Medical Officer's Comments

- *Timing of the second dose was one issue raised during the review of the Actual Use Study*

  – *In the original NDA review for prescription Plan B, there were 37 pregnancies (10 with levonorgestrel alone; 27 with levonorgestrel + estrogen), all of these subjects took their second dose within 11-12 hours of the first dose. In contrast, among 86 of 1955 evaluable*

sNDA 21-045/011 Plan B®

*subjects who took their second dose later than 12 hours (by at least 6 hours), there were no pregnancies. Only 7 of 1955 women did not take the second dose within 24 hours of the first dose, and none of these women became pregnant*

– *There have been two large, double-blind, randomized studies with 2712[31] and 1118[32] evaluable women that compared administering levonorgestrel as a single dose of 1 5 mg to the two dose 12-hour regimen of 0.75-mg levonorgestrel In both studies, the contraceptive effectiveness was similar in subjects using the single dose regimen (20/1356 [1.5%] and 4/573 [0 7%] pregnancies) compared to that in subjects using the two-dose regimen (24/1356 [1.8%] and 7/545 [1 3%]).*

– *In summary, these data support the conclusion that, although the recommended time for the second dose is 12 hours, it can be taken sooner than 12 hours or later (by at least 6 hours). There are also limited data in the literature (N = 594 above) that suggest Plan B may be taken up to 5 days (120 hours) after unprotected intercourse with evidence of contraceptive effectiveness*

## 9.  USE IN SPECIAL POPULATIONS

### 9.1  Evaluation of Applicant's Efficacy and Safety Analyses of Effects of Gender, Age, Race, or Ethnicity.

**Gender.** The product is intended for use only in women. No studies in men have been conducted

**Age.** The product is intended only for use in reproductive-aged females at risk for pregnancy. It is not intended for use in geriatric (age 65 yr. or older) populations or in premenarchal pediatric populations. As with other hormonal products for prevention of pregnancy, the DRUDP believes that the safety and efficacy of Plan B in postmenarchal adolescents is comparable to that of older reproductive-aged women. Data obtained from various sources are presented elsewhere in this review to support this opinion.

**Race.** No formal studies have evaluated the effect of race. However, clinical trials have demonstrated a higher pregnancy rate in the Chinese population with levonorgestrel emergency contraception. The reason for this apparent increase in the pregnancy rate of Plan B in Chinese women is unknown. This finding is stated in the current prescription product label.

### 9.2  Pediatric Program (e.g., Pediatric Waivers, Deferrals, Written Requests)

Pediatric exclusivity has not been granted for this product. The indications and regimen for this product are the same for all menstruating, sexually active women, regardless of age.

### 9.3  Data Available or Needed in Other Populations Such as Renal or Hepatic Compromised Patients, or Use in Pregnancy or Lactation.

**Hepatic or renal impairment.** No formal studies have evaluated the effect of hepatic insufficiency or renal insufficiency on the disposition of levonorgestrel EC tablets. Since the dosing regimen consists of only 2 doses over a 12-hour period, no studies to assess the effects of renal or hepatic impairment were considered necessary.

**Pregnancy.** Use in pregnancy is not indicated because the product is not effective once a pregnancy is established Based on a large base of data from other levonorgestrel containing products, there is no evidence that the ingestion of 1 5 mg of levonorgestrel is harmful to either the woman or the fetus in instances in which the product may be inadvertently used in the presence of an established pregnancy

**Lactation.** Based primarily on data from women taking daily progestin-only pills for routine long-term contraception, no adverse events have been found on breastfeeding performance or on the health, growth, or development of the nursing infant. This issue also was discussed by the December

25 March 2004                    30                    TUMMINO-30813

sNDA 21-045/011 Plan B®

2003 Joint Advisory Committee, and the opinion of the Advisory Committee members was that lactation is not a contraindication to the use of Plan B.

**Drug-Drug Interaction.** Theoretically, the effectiveness of Plan B and other levonorgestrel containing products could be reduced by certain hepatic enzyme-inducing drugs such as anti-convulsants (e.g., phenytoin, carbamazepine, and barbiturates), and the anti-tuberculosis drug rifampin. No significant interaction has been found with broad-spectrum antibiotics.

## 10. CONCLUSIONS AND RECOMMENDATIONS

### 10.1 Benefit/Risk Assessment for OTC Plan B

**Safety considerations.** As stated throughout this review, there is no clear risk associated with the use of levonorgestrel for emergency contraception. Postmarketing and surveillance data since the approval of prescription Plan B in the U.S. in July 1999 shows extensive worldwide exposure to levonorgestrel-containing emergency contraception products with over 6 million estimated uses globally. There have been **no** reported deaths, heart attacks, strokes or thromboembolic events attributed to the use of emergency contraception use based on review of the medical literature or postmarketing surveillance databases. There has been only one reported case of phlebitis[33] that occurred in a 22-year old woman in France.

There were 3 cases of convulsion, 10 cases of hypersensitivity, and 8 cases of possible pregnancy/fetal effects. All these events are discussed in the ODS safety review and are not considered to be a significant safety concern. The possible risk of ectopic pregnancy has also been thoroughly reviewed and the best evidence, obtained from over 7,800 women in randomized controlled trials, shows that the incidence of ectopic pregnancy found in the general population is the same as that seen with the use of levonorgestrel emergency contraception in the U.S. and globally.

Reported overdose is rare (or non-existent) and frequent use of levonorgestrel for emergency contraception is not a safety issue. Repeat use, although not recommended, does not raise any safety issues. Inadvertent use in pregnancy has not been shown to pose a fetal or maternal risk.

Data obtained from studies that enrolled significant numbers of adolescents who used Plan B showed no significant differences among use in young adolescents under 18 or 19 yr. of age compared to that in women 18-19 yr. of age and older and does not raise any safety concerns.

**Efficacy considerations.** In clinical trials assessing the effectiveness of prescription Plan B (levonorgestrel 0.75 mg administered as 2 doses 12 hours apart within 72 hours of unprotected intercourse), the product was shown to reduce the likelihood of pregnancy by more than 75%. Clinical trial data clearly indicated that the product is most effective if taken within 24 hours of unprotected intercourse or a contraceptive accident. Other data indicated that a single dose of 1.5-mg levonorgestrel (identical to a woman taking both doses of Plan B at the same time) is equally effective. Limited data also suggest that delaying the second 0.75-mg dose of levonorgestrel for up to 18 hours after the first dose has little impact on effectiveness. Limited data suggest that levonorgestrel emergency contraception may be effective in preventing pregnancy when taken up to 120 hours after intercourse, although effectiveness is reduced. In summary, although the dosing regimen for Plan B is very simple, some deviation from the recommended dosing regimen appears to have little, if any, impact on effectiveness.

Only limited information about the likely effectiveness of Plan B as an OTC product is available. However, because of the simplicity of the recommended dosing regimen and data that strongly suggest that some deviation from the recommended regimen does not impact effectiveness, it is likely the effectiveness of Plan B in the OTC setting will not be adversely affected. Since the effectiveness is directly dependent on timely use of the product after unprotected intercourse, it is possible that the actual use effectiveness of OTC Plan B, compared to prescription Plan B, may be enhanced because

sNDA 21-045/011 Plan B®

of the more timely access to the product. In the Applicant's Actual Use Study (Study 9727), 14 pregnancies were confirmed in 540 women for whom follow-up data were available. This pregnancy rate (1.9%) is similar to that observed in clinical trials submitted in support of the original NDA for Plan B for prescription use.

**Overall Benefit/Risk Assessment.** Use of Plan B in an OTC setting will pose little risk either to the woman who uses the product or to an unrecognized pregnancy. Contraceptive products containing levonorgestrel have been used for over 35 years and are considered to be among the safest of the hormonal-based contraceptive products. A large body of data obtained from randomized controlled trials indicates that Plan B (or identical products) is highly effective and prevents at least 75% of undesired pregnancies.

Emergency contraception affords women a second chance to avoid unwanted or unplanned pregnancies. Because emergency contraception is more effective in preventing pregnancy the earlier it is taken after unprotected sexual intercourse,[34] over the counter status should enhance benefit by providing more timely access to the product than through current standard prescription access.

The risk of an adverse pregnancy outcome including low birth weight babies and premature delivery is much higher with young adolescents (age 11-15 yr. in one study[35]; age 13-17 yr. in another[36]) compared to older adolescents. Over-the-counter access to emergency contraception in young adolescents to avoid an unplanned pregnancy would be of particular value given the greater risk of an adverse pregnancy outcome in this high-risk group.

A recent report[37] enforces the point that widespread OTC availability of Plan B would be particularly beneficial to the large group of young women relying on condoms (30% of sexually active teens in the latest NSFG) or on no method of contraception (20% of sexually active teens). As stated in the discussion (pg. 244): "We had originally hoped to refer women not using hormonal contraception for FP (family planning) services. Though some women asked that we send them information about contraception, very few expressed interest in help making an appointment in a FP clinic, and fewer still actually attended appointments that were made for them. Moreover, most women reported having spoken to a medical provider about FP within the preceding year. These findings suggest that poor knowledge of available services and inadequate availability of care may not be the primary deterrents to effective contraception in this population. When it became apparent that referring women to a FP clinic for hormonal contraception would likely be unsuccessful, we began asking women whether they would be interested in APEC (advance provision emergency contraception). A majority of women who were not using hormonal or surgical contraception stated they would be interested in having emergency contraception at home in case they felt they needed it."

Based on (1) the excellent safety record of levonorgestrel in contraceptive products for over 35 years and levonorgestrel-based emergency contraceptive products (i.e., Plan B), and (2) the high effectiveness of Plan B, the benefit /risk ratio for OTC Plan B is highly favorable for all women at risk of becoming pregnant.

### 10.2 Proposed Labeling

The Applicant, in response to their Label Comprehension Study, made labeling changes before the Actual Use Study was started. From a safety perspective the following labeling messages are recommended:

- Do not take Plan B if you are allergic to levonorgestrel or any ingredient in Plan B
- Contact your health care provider if you experience the following:
  - Severe stomach or pelvic pain, since this can be a warning sign of a tubal (ectopic) pregnancy
  - No menstrual period by one week after the time of the next expected period, because you may be pregnant

sNDA 21-045/011 Plan B®

  – Any severe symptoms or symptoms that last more than 48 hours
- Emergency contraceptive pills do not protect against sexually transmitted infections; condoms should be used if you are at risk for sexually transmitted infections

The Division of Reproductive and Urologic Drug Products agrees with the Applicant that "unusual or abnormal vaginal bleeding" is not a contraindication and should be removed from the label.

From an efficacy perspective, it is important for the label to carry messages regarding appropriate timing of administration:

- **Emergency contraceptive pills should be taken as soon as possible after unprotected sex since they are more effective the earlier they are started**
- The second dose should be taken 12 hours after the first dose

### 10.3 Recommendations Regarding Approval

#### 10.3.1  Approvability
This reviewer recommends approval of the supplemental NDA, sNDA 21-045 (Plan B), for the change from prescription status to over-the-counter (OTC) status for emergency contraception (EC) without any age or distribution restrictions. This recommendation is based on the reviewer's determination that the Applicant has provided sufficient information regarding the safe and proper use of Plan B, as required under 21 CFR 310.200, to exempt Plan B from prescription-dispensing requirements. This reviewer's recommendation is further supported by the findings of the joint Advisory Committee Meeting of December 16, 2003 (Reproductive Health Drugs Advisory Committee and Over-the-Counter Advisory Committee) that recommended by a vote of 23 to 4 that Plan B was sufficiently safe to be distributed over-the-counter without any age or distribution restrictions and without any further studies before approval.[38]

#### 10.3.2  Basis for Recommendation regarding Approvability (Benefit/Risk Assessment)
As stated in Section 10.1 and throughout the review, Plan B has a very positive Benefit/Risk ratio. There are virtually no risks associated with its use, serious AEs are rare, and the overall safety profile is excellent. There is no evidence that American women will abuse Plan B as an OTC product. OTC consumers will be able to self-determine the need for the product and will be able to understand and follow the instructions for proper use of Plan B. The clear benefit is the prevention of pregnancy (roughly a 75-90% reduction in the number of expected pregnancies), which is directly related to how soon the product is taken after unprotected intercourse or a contraceptive accident. The compelling benefit for having OTC status for Plan B is that it will promote easier and ready access to the product that should in turn enhance its contraceptive effectiveness and significantly reduce the number of unplanned pregnancies.

#### 10.3.3  Recommendations on Phase 4 Studies and Risk Management Program

##### 10.3.3.1      Phase 4 Studies
No Phase 4 studies are recommended.

##### 10.3.3.2      Risk Management Program
No risk management program, beyond that of appropriate modification of labeling and the Applicant's proposed educational program is recommended. The Applicant's marketing plan and postmarketing CARE[SM] (Convenient Access, Responsible Education) Program are designed to limit the availability of Plan B to pharmacies and clinics, and to educate health care providers and

sNDA 21-045/011 Plan B®

consumers regarding the (a) responsible use of emergency contraception and routine contraception and (b) prevention of sexually transmitted infections.

Daniel Davis, MD, MPH
Medical Officer, DRUDP (HFD-580)

Scott E. Monroe, MD
Medical Team Leader, DRUDP (HFD-580)

25 March 2004                     34                     **TUMMINO-30817**

sNDA 21-045/011 Plan B®

---

# References

[1] He CH, et al  Comparative cross-over PK study on two types of postcoital contraceptive tablets containing levonorgestrel  *Contraception* May 1990;41(5):557-67.

[2] He CH, et al. A multicenter clinical study on two types of levonorgestrel tablets administered for postcoital contraception. *International J of Gyn and Obstet* 1991;36:43-8

[3] Personal correspondence, 2-2-04, with Helena von Hertzen, the Principal Investigator for the WHO study.

[4] NDA, SE011, Volume 1 in Section 14 "Financial Disclosure", page 140

[5] ICEC meeting, 10-2-03; Not-2-late com, the emergency contraception website

[6] Current NDA submission, Volume 9, page 116.

[7] The ODS Postmarketing Safety Review dated October 31, 2003 is found in Attachment C

[8] ACOG Practice Bulletin, Clinical Management Guidelines for Obstetrician-Gynecologists; February 2001, No  24: 1.

[9] ACOG Practice Bulletin  Prenatal Diagnosis of Fetal Chromosomal Abnormalities  May 2001; No. 27:1-11

[10] Bracken MB. Oral contraception and congenital malformations in offspring: a review and meta-analysis of the prospective studies. *Obstetrics Gynecology* 1990;76:552-57.

[11] Current NDA submission, Volume 9, page 119.

[12] Correction sent by FAX dated 2-13-04: U S  pregnancies should be 36 and the total pregnancies should be 266; there were 13 U.K. ectopics and none in the U.S ; percentage ectopics is thus 21/266 = 7.9%  See Reviewer comments.

[13] Rajkhowa M, et al  Trends in the incidence of ectopic pregnancy in England and Wales from 1966 to 1996. *Br J Obstet Gyn* 2000;107:369-74

[14] Ectopic pregnancies: USA data, 1990 to 1992. *Morb Mortal Wkly Report* 1995;44:46-48

[15] von Hertzen H, et al  Low dose mifepristone and two regimens of levonorgestrel for emergency contraception: a WHO multicenter randomized trial  *Lancet* 2002;360:1803-10.

[16] Arowojolu AO, et al. Comparative evaluation of the effectiveness and safety of two regimens of levonorgestrel for emergency contraception in Nigerians. *Contraception* 2002;66:269-73

[17] Task Force on Post-ovulatory Methods of Fertility Regulation. Randomized controlled trial of levonorgestrel versus Yuzpe regimen of combined oral contraceptives for emergency contraception  *Lancet* 1998;352:428-433.

[18] Wu S, et al  A randomized, double-blind, multicenter study on comparing levonorgestrel and mifepristone for emergency contraception [in Chinese]  *Zhonghua Fu Chan Ke Za Zhi* 1999;34:327-30  In *J of Fam Plan and Repro Health Care* 2003;29(4):249.

[19] Ho PC, Kwan MSW. A prospective randomized comparison of levonorgestrel and the Yuzpe regimen in post-coital contraception  *Hum Reprod* 1993;8:389-92.

[20] NDA submission, Volume 13/59, pages 047-048j.

[21] NDA submission, Vol 9, page 090; also, MO review of the original articles for several large South American levonorgestrel trials in the 1970s

[22] Larranga A, et al  Evaluation of d-Norgestrel 1.0 mg as a postcoital contraceptive. *Int J Fertil* 1975;20:156-60

[23] Rowlands S, Lawrenson R  Repeated use of hormonal emergency contraception by younger women in the U K. *Br J Fam Plan* 2000;26:138-43

sNDA 21-045/011 Plan B®

[24] Glasier A, Baird D. The effects of self-administering emergency contraception. *NEJM* 1998;339(1):1-4

[25] Ellertson C, et al. Emergency contraception: randomized comparison of advance provision and information only. *Obstetrics & Gynecology* October 2001;98(4):81-86.

[26] Grimes DA. Correspondence: replies. *NEJM* 2003;348(1):83.

[27] Raman-Wills L, et al. Fetal genital effects of first-trimester sex hormone exposure: a meta-analysis. *Obstetrics & Gynecology* 1995;85:141-9.

[28] NDA submission, Volume 32, Study Report and Protocol, pages 99-125.

[29] Graham A, et al. Improving teenagers' knowledge of EC: cluster randomized controlled trial of a teacher led intervention. *British J Medicine* 18 May 2002;324:1179-84

[30] The 3 studies are found in Ellertson C, et al. Extending the time limit for starting the Yuzpe regimen of emergency contraception to 120 hours. *Obstetrics & Gynecology* June 2003; 101(6):1168-71, Von Hertzen H, et al *Op cit Lancet* 2002(Dec), and Rodrigues I, et al. Effectiveness of ECPs between 72 and 120 hours after unprotected sexual intercourse. *Am J of Obstet Gyn* 2001;184:531-37.

[31] Von Hertzen H, et al. *Op cit Lancet* 2002(Dec).

[32] Arowojolu AO, et al. *Op cit Contraception* 2002.

[33] NDA Volume 9, pg 115.

[34] This conclusion was clearly demonstrated in the FDA review of the original efficacy data from the comparative WHO multicenter Study 92808 submitted in the Plan B application in 1999, and has been substantiated by several articles in the peer-reviewed medical literature since 1999.

[35] Satin, AJ, et al. Maternal youth and pregnancy outcomes: middle school versus high school age groups compared with women beyond the teen years. *Am J Obstet Gyn* 1994;171(1):184-87

[36] Fraser, AM, et al. Association of young maternal age with adverse reproductive outcomes. *NEJM* 1995;332(17):1113-17

[37] Golden, MR, et al. Failure of family-planning referral and high interest in advanced provision EC among women contacted for STD partner notification. *Contraception* March 2004;69;241-46.

[38] Objections raised by Dr. Stanford from Utah can easily be solved by changes in the OTC label. He stated that if the changes were made, he would vote for the OTC switch. DRUDP agrees with his proposed changes [stating the mechanisms of action and contraceptive effectiveness more clearly as part of the label]. This would make the AC vote 24 in favor and 3 opposed to the OTC switch.

sNDA 21-045/011 Plan B®

## Attachment A

### Studies of Levonorgestrel Taken after Intercourse for Postcoital Contraception and Regimens Used

| STUDY | REGIMEN |
|---|---|
| **WHO/HRP-sponsored multicenter studies: single 0.75 mg dose of levonorgestrel** | |
| WHO/HRP 1987 – Study 82906 International | One 0 75 mg tablet within 8 hours after the first coital act in the periovulatory period, then one tablet 24 hours later, then one tablet after each coital act, but no more than one tablet per 24 hours. |
| He, China 1991 | One 0 75 mg tablet within 8 hours after the first coital act in the periovulatory period, then one tablet 24 hours later, then one tablet after each coital act, but no more than one tablet per 24 hours. |
| WHO/HRP 1993 – Study 87908 International | One 0 75 mg tablet within one hour after each coital act, but no more than one tablet within a 3-hour period. |
| **Other studies of levonorgestrel, 0.75 mg** | |
| Seregely, Hungary (multicenter 16 small studies) | One 0.75 mg tablet within one hour after each coitus, but no more than one tablet per 3-hour period  In cases of "clustered coitions", 1 tablet after the first act, another three hours later, and a third the following day. |
| Chernev Bulgaria | One 0 75 mg tablet within one hour after each coital act; no more than four tablets per month. |
| Szczurowicz, Poland | 0.75 mg tablets; up to 4 per cycle |
| Nirapathpongporn Thailand | One 0 75 mg tablet within one hour after each coital act, but no more than one tablet within any three hour period  In cases of multiple acts, one tablet within one hour after the first act, a second tablet 3 hours later, and a third tablet the next morning. |
| Czekanowski Poland | One 0.75 mg tablet within one hour after each coital act, but no more than one tablet within any 3-hour period  In cases of multiple acts, one tablet within one hour after the first act, a second tablet 3 hours later, and a third tablet the next morning. |
| Klawe Hungary | 0.75 mg tablets; regimen not stated |
| Orley Hungary | One 0 75 mg tablet within one hour after intercourse. In case of repeated intercourse, one more tablet three hours later. |
| Sas, Hungary | One 0 75 mg tablet within one hour after each coital act. |
| **Other studies:  using various dose levels of levonorgestrel** | |
| Kesserü Peru | One tablet (0 15, 0 25, 0 30, 0 35, 0 40 mg) within one hour after each coital act. |
| Moggia Argentina | One 0 35 mg tablet within one hour after each coital act |
| Echeverry Columbia | 1.0 mg within 8 hours after intercourse, but no more than one tablet in an 8 hour period. |
| Hurtado Peru | Various doses; regimens not stated. (Original efficacy data from files of Schering A.G.) |
| Larrañaga, Peru | One 1 0 mg tablet immediately after intercourse. |
| Canzler East Germany | Group A:  One 0 4-mg tablet within 12 hours after each coital act  Group B:  Two 0.25 mg tablets immediately before and one 0.25 mg tablet 8 hours after each coital act. |

25 March 2004

TUMMINO-30820

sNDA 21-045/011 Plan B®

## ATTACHMENT B

## Teratogenic Risk of Emergency Contraception and Hormonal Products for Prevention of Pregnancy: A Review of the Literature

### A. Teratogenic Risk of Emergency Contraception (EC)

There is very limited information specifically on EC use during pregnancy since it is taken for the prevention of pregnancy, requires only two doses, and will not interrupt an existing pregnancy. A review of the literature on inadvertent use of oral contraceptives (OCs) during pregnancy provides the most information relevant to fetal exposure to sex hormones in early pregnancy. Much of the epidemiological literature dates to the 1970s and 1980s when use of higher-dose oral contraceptives than currently prescribed was the usual practice, and reports of congenital anomalies were being analyzed as to general risk factors and all maternal medications taken around the time of conception or during pregnancy. The doses of sex hormones in EC pills are about 2-5 times that of single OC pills containing the same hormones. However, a course of treatment for EC requires the taking of only 2 doses (e.g., 0.75 mg levonorgestrel x 2 for Plan B) and is not intended for chronic or repeat use. There are many reported cases of women inadvertently taking OCs, either combination hormonal pills containing both an estrogen and a progestin, or progestin-only contraceptive pills (POPs), for up to several months while pregnant. The comprehensive reviews listed here provide strong evidence that exposure to sex hormones [both combination hormonal products and levonorgestrel-alone pills] in early pregnancy does not have a teratogenic effect.

#### Review articles

The following are important review articles about teratogenic risk with sex hormone exposure around the time of conception and during the first trimester of pregnancy. These articles summarize the current state of science and primarily rely on clinical trials and prospective, cohort studies, which have less bias than case-control observational studies.

1. *Reproductive Toxicity Review*, last revised 2/01/01, from REPROTOX®, a reproductive toxicity database.

"A large number of reports [13 are referenced] have failed to find an association between OC/progestin exposure just before or during pregnancy and congenital heart defects or other nongenital abnormalities. There have been reviews that detail the much larger collection of reports from which this sample was taken [5 are referenced]."

2. Raman-Wilms L, et al: Fetal genital effects of first-trimester sex hormone exposure: a meta-analysis. *Obstet Gynecol* 1995;85(1):141-9.

Out of 168 articles initially identified, 14 studies (7 cohort and 7 case-control) involving 65,567 women, met the criteria for meta-analysis. The authors concluded, "There was no association between first trimester exposure to sex hormones generally (or to OCs specifically) and external genital malformations. Thus, women exposed to sex hormones after conception may be assured there is no increased risk of fetal sexual malformation."

sNDA 21-045/011 Plan B®

3. McCann MF and Potter LS: Progestin-only oral contraception: A comprehensive review. *Contraception* 1994;50(6)(S1):S9-195.

"Conclusion: based on the findings of these studies, it is unlikely that fetal anomalies or developmental lags will occur because of accidental use of POPs [progestin-only pills] during pregnancy, nor is there any hypothesized biological mechanism for such an effect." (page S52)

4. Simpson JL and Phillips OP: Spermicides, hormonal contraception, and congenital malformations. *Adv Contracept* 1990;6:141-67.

This detailed review of the literature examined 18 major prospective studies evaluating the effects of progestin exposure during pregnancy, and determined that the doses received were not teratogenic.

5. Bracken MB: Oral contraception and congenital malformations in offspring: a review and meta-analysis of the prospective studies. *Obstet Gynecol* 1990;76:552-57.

Overall, the author analyzed data from 6,102 exposed and 83,167 unexposed women. He points out that it is improbable that a single source of bias would have influenced all the studies systematically. He concluded that the overall relative risk for all malformations from the 12 prospective cohort studies was the same for exposed and unexposed women. "This lack of association between OCs and birth defects in prospective studies agrees with the results of most of the better-designed case-control studies."

6. Population Council: Norplant Levonorgestrel implants: a summary of scientific data. *The Population Council* 1990, New York.

Clinical trials of NORPLANT® system found no evidence of teratogenicity of levonorgestrel administered by implants.

7. Wilson JC and Brent RL: Are female sex hormones teratogenic? *Am J Obstet Gynecol* 1981;141:567-80.

The four major teratogenic concerns associated with sex hormones are heart, limb, vertebral, and GI tract anomalies. The authors concluded that there is no association between oral contraceptives and birth defects based on several findings, including extensive surveillance data that did not show a corresponding rise in the incidence of the suspected birth defects as the use of OCs increased. They pointed out that because sex hormones act specifically on tissues with hormone receptors that are primarily on reproductive/genital tissues, the probability of receptor binding causing anomalies on non-genital tissue is low.

## B. Animal Toxicology Review

Maier WE and Herman JR: Pharmacology and toxicology of ethinyl estradiol and norethindrone acetate in experimental animals. *Regulatory Toxicology and Pharmacology* 2001;34:53-61.

The authors concluded, "for over 30 years various combinations of synthetic estrogens and progestins have been used in OCs. Ethinyl estradiol (EE) and norethindrone (NA) alone or in combination, possess low acute and chronic toxicity. These agents are not teratogenic when given in combination. Overall, the animal data demonstrates that long-term exposure to EE and NA formulations pose very little health risk to humans."

**Attachment C**

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION<br>CENTER FOR DRUG EVALUATION AND RESEARCH | ODS<br>POSTMARKETING<br>SAFETY REVIEW | |
|---|---|---|
| TO:<br>Daniel Shames, M.D., Director<br>Division of Reproductive and Urologic Health Products<br>(DRUDP), HFD-580 | FROM:<br>Sarah J. Singer, R.Ph., Safety Evaluator<br>Division of Drug Risk Evaluation (DDRE)<br>HFD-400 | ODS PID#:<br>DATE:<br>D030598<br>October 31,<br>2003 |
| DESIRED COMPLETION DATE:<br>October 31, 2003 | REQUESTOR:<br>Daniel Shames, M.D | |
| DATE RECEIVED BY ODS:<br>September 30, 2003 | | |
| DRUG:<br>Plan B® (levonorgestrel) | NDA #:<br>21-045 | SPONSOR:<br>Women's Capital Corporation,<br>Barr Laboratories. |
| EVENT:  All events, with an emphasis on ectopic pregnancies | | |

**EXECUTIVE SUMMARY:**

As background information for an upcoming advisory committee meeting on a proposed OTC switch for Plan B®, DRUDP requested AERS information and information from the United Kingdom on adverse events reported in association with the use of postcoital levonorgestrel  The division indicated they would be most concerned about deaths (if any) and ectopic pregnancies

Neither AERS nor the U.K.'s database contained any reports of death in women using postcoital levonorgestrel.

AERS contained 28 unduplicated cases of ectopic pregnancy (none from the United States) in users of postcoital levonorgestrel  Four of the cases had been published

Most of the other reported events were nonserious and already are described in the product labeling.  However, there were ten cases of hypersensitivity reactions, seven of which were considered life-threatening.  The current Plan B® labeling does not address hypersensitivity reactions.

**REASON FOR REQUEST/REVIEW:**

As background information for an upcoming advisory committee meeting on a proposed OTC switch for Plan B®, DRUDP submitted a consult request but did not state what information they wanted ODS to provide.  Daniel Davis, M.D., the medical officer for Plan B®, was contacted and indicated that he would be most interested in cases involving death (if any) and/or ectopic pregnancies.  Information on other events reported to the FDA could be presented in tabular format.

Dr. Davis also asked if ODS could obtain information from the United Kingdom on adverse reactions to Levonelle and Levonelle-2 (the U.K. equivalents of Plan B®)  He later requested U.K. utilization data as well.

**USAGE INFORMATION:**

**Information from IMS HEALTH INC. is copyrighted and cannot be used outside the FDA without prior clearance from IMS HEALTH.**

The utilization databases usually used by ODS were deemed inadequate to determine the use of Plan B®, which is often dispensed by family planning clinics rather than outpatient pharmacies or office-based physicians.  Accordingly, sales data were requested from the IMS HEALTH INC. National Sales Perspectives™ database, which captures sales to U.S. non-retail outlets such as clinics, as well as retail pharmacies.  This data show that approximately _____ Plan B® kits were sold in the United States between the approval of the drug in July, 1999 and the end of August, 2003.  There is no way of knowing what percentage of the sold kits have actually been distributed to patients

At the request of HFD-580, ODS has also requested utilization data from the United Kingdom  If the U.K. is willing to provide it  we have asked that it be sent directly to DRUDP.

| SEARCH DATE:<br>October 9, 2003 | DATABASE SEARCHED:<br>Adverse Event Reporting System (AERS) |
|---|---|

TUMMINO-30823

**SEARCH CRITERIA:**

A typical AERS search using the drug active ingredient (generic name), levonorgestrel, would capture all the Norplant® cases as well as those associated with Plan B®. Thousands of Norplant® cases have been received in association with class action lawsuits. Therefore, AERS was searched using only the trade name Plan B and various verbatim reported names such as foreign trade names (Levonelle, Levonelle-2 Postinor, Postinor-2). The search retrieved all AERS cases with any of those drug names listed as suspect products.

**SEARCH RESULTS:**

The search identified 130 cases, all of which were retrieved for hands-on analysis. After eliminating duplicate reports, a total of 116 unduplicated cases remained. There were no reports involving death.

Most of the reports involved nonserious expected (labeled) events and are tallied below. The other cases will be presented in the sections that follow.

| | |
|---|---|
| Unintended pregnancy (no other event)[1]: | 21 |
| Delayed menstruation: | 3 |
| Menstrual dysfunction: | 2 |
| Vaginal bleeding: | 26 |
| Additional events: | |
| Cramps, pain, &/or backache: | 8 |
| Diarrhea: | 1 |
| Dizziness: | 1 |
| Headache: | 1 |
| Passing clots: | 3 |
| Nausea &/or vomiting: | 3 |
| Nausea and/or vomiting (no bleeding): | 8 |
| Additional events: | |
| Cramps or pain: | 3 |
| Dizziness: | 2 |
| Headache: | 1 |
| Mood swings: | 1 |

---

[1] Three additional patients had unintended pregnancies resulting in spontaneous abortions, and a fourth had a missed abortion. See POSSIBLE FETAL EFFECTS

ECTOPIC PREGNANCIES:

*Number of cases, country of origin:*

The AERS search identified 29 cases. During hands-on review, only one definite duplication was identified, so this analysis will be presented as covering 28 unduplicated cases[2].

None of the 28 cases occurred in the United States.

Twelve cases were reported from Gedeon Richter in Hungary without information on the actual country of origin. Levonelle-2 was listed as the drug in eight of the 12 cases, and Postinor-2 in the other four. Ten of the cases provided demographic information; among those ten cases, there does not appear to be duplication of a case reported from another country.

There were ten cases from the United Kingdom, one of which had been published:
    Fabunmi L, Perks N.  Caesarean section scar ectopic pregnancy following postcoital contraception.  J Family Planning Repro Health Care 2002;28:155-6

Three cases came from Israel and had also been published:
    Sheffer-Mimouni G, Pauzner D, Maslovitch S, Lessing JB, Gamzu R.  Ectopic pregnancies following emergency levonorgestrel contraception.  Contraception 2003;67:267-9

There was a single case from Sweden and a case from a Chinese study, as well as a literature case (see footnote 1) in which the country of origin could not be determined.

*Characteristics of the cases:*

The patients ranged in age from 15 to 38 years (N=23).

The drug used for postcoital contraception was reported as Levonelle-2 in 18 cases, Postinor-2 in 8 cases, and "two-dose levonorgestrel" in 2 cases.

Most of the reports provided no information other than that an ectopic pregnancy had occurred.  However, tubal pregnancies were specified in eight cases, and the published case from the United Kingdom presented a pregnancy occurring in the surgical scar from an earlier Caesarean section.

The event was considered life-threatening in 15 cases.  Fifteen patients were stated to have been hospitalized, and surgery was performed in ten cases.

One patient was stated to have a history of three prior ectopic pregnancies, unassociated with postcoital contraception. Two patients (including the U.K. literature case mentioned above) had histories of prior Caesarean sections.  One patient had undergone a D&C for a first-trimester termination of pregnancy 2 to 3 weeks before the unprotected intercourse for which she received levonorgestrel.  Two patients were stated to have had histories of normal pregnancies.

Concomitant medications were only listed in three cases:  mebeverine (an antispasmodic) and ranitidine in a patient with irritable bowel syndrome; topical erythromycin + zinc in a 15-year-old patient; and oral contraceptives, which had been discontinued two months before the unprotected intercourse, in the third patient.  Six patients were specifically stated not to be taking any concomitant medications.

---

[2] Four of the 28 cases contained very little information (no demographic information) and therefore could be duplicates of more completely documented cases. One of the four is a literature report:
    von Hertzen H et al for the WHO Research Group on Post-ovulatory Methods of Fertility Regulation. Low dose mifepristone and two regimens of levonorgestrel for emergency contraception: a WHO multicentre randomised trial. Lancet 2002;360:1803-10.
It mentions one patient in the two-dose levonorgestrel group who experienced an ectopic pregnancy requiring unspecified surgical treatment.  The trial was conducted in China, Sweden, and the United Kingdom (among other countries). AERS contains reports of ectopic pregnancies from each of those countries, so this case may be a duplicate.

**POSSIBLE FETAL EFFECTS:**

A 14-year-old in the U.K. had been taking Microgynon (levonorgestrel/ethinyl estradiol) for contraception. For an unstated reason she was given Levonelle-2 for postcoital contraception. Several conflicting reports were provided on the case, but the most recent followup indicates that conception had occurred 10 days before the use of Levonelle-2. She received x-rays for abdominal pain "at approximately 12/40 gestation (pregnancy was not diagnosed until 14/40)". At an unspecified time, major fetal anomalies were discovered: extensive abdominal wall defects, thoracic wall defects, amputation of left arm, loss of bony rib cage, and scoliosis. The reports do not provide the outcome of the pregnancy

A 36-year-old woman in the U.S. reported that she had received Plan B® a year earlier, and had later determined that she had been pregnant at the time. She experienced 3 weeks of continuous spotting, so an ultrasound was performed. The fetus was detached from the uterine wall. A D&C was performed

A 30-year-old woman received Levonelle-2 as postcoital contraception; erythromycin was started the same day and continued for a week (indication not stated). An unintended pregnancy occurred, and a baby with translocated Down syndrome was later born.

A 29-year-old woman who had received Levonelle-2 experienced an intrauterine death at 15 weeks' gestation. The fetus was found to have "possible Edward's syndrome (trisomy) on triple testing".

Three patients (none from the United States) had unintended pregnancies resulting in spontaneous abortions, and a fourth patient had a missed abortion

**CONVULSIONS:**

The AERS search identified three unduplicated cases of convulsions. One occurred in the United States. The patient, of unstated age, reported that she had taken her first dose of Plan B® at 7 or 8 AM, and the second dose 12 hours later. The following morning a family member went to wake her and found her in bed "shaking with her eyes rolling back in her head". She was hospitalized and claimed that a physician had confirmed she had a grand mal seizure. However, an MRI and unstated blood tests had "appeared" normal. She had no history of seizures and was on no other medications.

The two other cases both involved Levonelle-2. One patient had no previous history of epilepsy. She experienced convulsions the day she took Levonelle-2, and was hospitalized. The report stated that she was also on Minulet (ethinyl estradiol/gestodene). The second patient had a long history of epilepsy, which was stated to have been well-controlled with carbamazepine. The reporter indicated that a drug interaction had been involved

**HYPERSENSITIVITY:**

The AERS search identified ten unduplicated cases of hypersensitivity reactions, three of which occurred in the United States. Events ranged from minor rashes to urticaria, whole-body rashes and edematous reactions involving dyspnea. Seven of the cases were considered life-threatening. The time to onset was stated in 6 reports and ranged from four hours to two days after taking the drug. The current labeling for Plan B® does not mention hypersensitivity reactions

---

MISCELLANEOUS (Single cases):

*Thrombocytopenia:*

Two days after taking Plan B®, the U.S. patient of unstated age noticed bruising and petechiae and had epistaxis. She was hospitalized with a platelet count of 1000. She was treated with immune globulin and prednisone and her platelet count rose to 9000 two days later. Two months later her platelet count was up to 146,000 and she was off prednisone. She had a history of a similar event occurring following a rubella vaccination several years earlier but five months before using Plan B® her platelet count had been "in the mid-200,000 range"

*Other events:*

The other cases were:
- Numbness/tingling of the fingers, jaw tightening, shakiness, sore throat, nausea
- Breast soreness, tiredness, loss of appetite
- Urinary frequency/urgency/pain, breast tenderness, headache
- Abdominal bloating, cramping, extreme fatigue
- Ruptured corpus luteum cyst
- Headache, disorientation, dizziness

---

UNITED KINGDOM POST-MARKETING ADVERSE EVENT DATA:

The Medicines and Healthcare products Regulatory Agency (MHRA) sent printouts to ODS from the Adverse Drug Reactions Online Information Tracking (ADROIT) database of all events reported for Levonelle and Levonelle-2 since their approval in the United Kingdom. There were 45 total reports for Levonelle and 243 for Levonelle-2 [5]  There were no deaths reported for either drug.

The printouts showed 5 reports of ectopic pregnancy with Levonelle and 16 with Levonelle-2.

Copies of the printouts have been provided to DRUDP

---

SUMMARY:

A search of the Adverse Event Reporting System on October 9, 2003 identified 130 cases with Plan B® or a foreign equivalent as the suspect drug. Hands-on review of the cases eliminated 14 duplicates leaving 116 unduplicated cases which were analyzed for this document.

There were no deaths

The event of most concern to DRUDP was ectopic pregnancy. AERS contained 28 unduplicated cases (none from the United States) of ectopic pregnancy in users of postcoital levonorgestrel. Four of the cases had been published

Most of the other reported events were nonserious and already are described in the product labeling. However, there were ten cases of hypersensitivity reactions, seven of which were considered life-threatening. The current Plan B® labeling does not address hypersensitivity reactions.

---

| REVIEWER'S SIGNATURE / DATE: | DIVISION DIRECTOR SIGNATURE / DATE: |
|---|---|
| /S/     10/31/03 | /S/     10/31/03 |
| Sarah J. Singer, R Ph | Mark Avigan, M D , Acting Director |

---

[5] Presumably, any AERS reports from the United Kingdom are duplicates of cases in the ADROIT database.

TUMMINO-30827

---------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically and
this page is the manifestation of the electronic signature.**
---------------------------------------------------------------------------------

```
 /s/
--------------------
Daniel Davis
3/25/04 02:53:25 PM
MEDICAL OFFICER



Scott Monroe
3/25/04 03:08:11 PM
MEDICAL OFFICER
```

**TUMMINO-30828**