UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | Case No. 1:05CV01810 (RMC) |
| Health and Human Services, and | ) | |
| ANDREW C. VON ESCHENBACH, M.D., | ) | |
| Acting Commissioner, Food and Drug | ) | |
| Administration, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF SANDOZ'
MOTION TO COMPEL PRODUCTION OF THE FULL ADMINISTRATIVE RECORD**

In further support of its pending Motion to Compel Production Of The Whole Administrative Record, D.I. 10 ("Motion"), Sandoz respectfully submits this Notice of Supplemental Authority to bring to this Court's attention the attached FDA Review – of a 505(b)(2) NDA for a recombinant hyaluronidase product, approved in early-December 2005 – discussing Sandoz' Omnitrope NDA. Sandoz believes this Review (first accessed on January 12, 2006), see http://www.fda.gov/cder/foi/nda/2005/021859_s000_Hylenex_AdminCorres.pdf (pages 27-29 of 134)); see also Motion at 4 n.4, falls squarely within the Administrative Record materials sought in Sandoz' pending Motion and clearly illustrates the type of relevant discovery Sandoz seeks in its Motion. See Motion at 5-6, 10 n.6. See also Sandoz Reply Mem. at 5-10, 13. Sandoz is immediately bringing this information to the Court's attention because it warrants consideration in resolving the pending Motion before dispositive motions are filed.

-2-

Date:   January 13, 2006                              Respectfully submitted,


                                                                /s/
                                      JOHN M. ENGEL (DCBN 443628)
Engel & Novitt, LLP
Market Square
Suite 620
801 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 207-3303
Fax: (202) 207-3318
E-Mail: jengel@engelnovitt.com
Attorneys for Plaintiff Sandoz Inc.