## MEMORANDUM

From:   John K. Jenkins, M.D.
        Director, Office of New Drugs

To:     NDA 21-859

Re:     Approval of NDA 21-859/Hylenex (recombinant human hyaluronidase)

Date:   December 2, 2005

The Division of Anti-infective and Ophthalmic Products has for approval an application for Halozyme Therapeutics' Hylenex, a recombinant human hyaluronidase injection for use (1) as an adjuvant to increase the absorption and dispersion of other injected drugs, (2) for hypodermoclysis, and (3) as an adjunct in subcutaneous urography for improving resorption of radiopaque agents. These are indications for which the DESI review process found mammalian testicular hyaluronidase to be effective in 1970. This will be FDA's first approval of a recombinant hyaluronidase drug product. We have already approved numerous naturally-sourced mammalian testicular hyaluronidase drug products. The Center for Devices and Radiological Health has cleared a 510(k) application for an in vitro fertilization device, Cumulase, that contains, in a different formulation, the same recombinant hyaluronidase as is proposed in Hylenex. The recombinant hyaluronidase in Hylenex is a 447 amino acid protein.

We have specifically been asked by the sponsor of an approved naturally-sourced hyaluronidase drug product to require of recombinant hyaluronidase products clinical data comparable to those for other recombinant products. In my role as the Director of the Office of New Drugs, I have management responsibility for all new drug applications reviewed in the Center for Drug Evaluation and Research and familiarity with the major policy issues associated with 505(b)(2) applications. Because of this responsibility and expertise, I have been asked for my opinion on whether the Division's decision to approve the Hylenex NDA is consistent with CDER's actions with regard to other 505(b)(2) applications for recombinant products.

FDA has recently had a number of occasions in which to consider the issue of data requirements for 505(b)(2) applications seeking approval for recombinant drug products. In August 2005, we approved Fortical, a recombinant salmon calcitonin nasal spray for the prevention and treatment of osteoporosis, which relied for approval in part upon our finding of safety and effectiveness for Miacalcin, a synthetic salmon calcitonin nasal spray for the same indication, and in part on clinical data specific to Fortical. We also have been considering the data requirements for

[                                                                                    ]

I have reviewed the Deputy Division Director's memorandum detailing and analyzing the data submitted to support the Hylenex application and recommending approval. I have also considered the August 12, 2005, FDA response to a citizen petition from Buc & Beardsley regarding the approval of Fortical. Finally, I am aware of the issues raised in _____
_____ regarding our review of the Omnitrope 505(b)(2) application for recombinant

human growth hormone. Based upon consideration of this information, I concur with the Division's conclusion that the Hylenex NDA contains adequate data to support the safety and effectiveness of Hylenex to treat the above-referenced indications.

As elaborated upon in Dr. Chambers' memorandum, hyaluronidase products for the DESI indications identified above are relatively unusual in that their activity can be demonstrated through an in vitro assay. This activity correlates with efficacy for the currently approved uses; and a substantial body of safety information exists supporting the safety of hyaluronidases for these uses. In addition, the route of administration and the pharmacological effect of these hyaluronidase products are local, and the drug product is rapidly inactivated and metabolized. These characteristics permit approval of a recombinant hyaluronidase product in reliance on data derived from a USP in vitro assay of activity, CMC data, conclusions from a DESI review and confirming literature, safety information derived from marketing history, and a clinical safety trial submitted by the sponsor that was designed to establish that Hylenex has an acceptable allergenicity profile. Approval for these indications does not require that the sponsor undertake a structural or clinical comparison of recombinant human hyaluronidase with reference to approved naturally-derived mammalian testicular hyaluronidase products.

These drug product characteristics distinguish hyaluronidase drug products from other recombinant drug products for which the applicant may submit, in a 505(b)(2) application, substantial chemistry data to support the sameness or comparability of the active ingredients, and/or clinical data to support the identity of the active ingredient and the safety and effectiveness of the drug to treat the specific indications for which approval is sought. Such data may be submitted in other cases because of the nature of the drug product at issue or the specific indications for which approval is sought. For example, Fortical, the recombinant salmon calcitonin nasal spray, was approved to prevent and treat osteoporosis, a use that requires chronic, systemic treatment. The Fortical NDA contained evidence of the sameness of the primary, secondary, and tertiary chemical structures of the 32 amino acid peptide that is the active ingredient in the synthetic and recombinant salmon calcitonins. It also contained data from a clinical study demonstrating that the pharmacodynamic effects of Fortical were comparable to those for the synthetic salmon calcitonin for which a safety and effectiveness finding had been made by the agency. The sponsor also submitted bioequivalence information and pharmacokinetic data. The data in the Fortical NDA established a basis for the Fortical NDA to rely for approval on safety and effectiveness finding made for Miacalcin.

The Omnitrope NDA, for a 191 amino acid recombinant human growth hormone, also includes substantial chemistry and clinical data intended to justify reliance, in part, on the agency's finding of safety and effectiveness for another 191 amino acid recombinant human growth hormone. Although we are still completing our review of the Omnitrope NDA, we believe the Hylenex NDA is distinguishable from the Omnitrope NDA because of the unique characteristics of the hyaluronidase products described above.

---
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**
---

/s/
----------------------
John Jenkins
12/2/2005 03:19:32 PM
MEDICAL OFFICER