UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC. )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>      Defendants. )<br>_____) | Case No. 1:05CV01810 (RMU) |

### MOTION OF SANDOZ INC.
### FOR SUMMARY JUDGMENT ON ALL COUNTS IN ITS COMPLAINT
### AND REQUEST FOR ORAL HEARING ON THE MOTION

Pursuant to Fed. R. Civ. Proc. 56(a), Sandoz Inc. ("Sandoz") hereby respectfully moves this Court to enter summary judgment in its favor on all five counts in its Complaint and to enter summary judgment against the Federal Defendants. A proposed Order accompanies this motion. In support of the instant Motion for Summary Judgment, Sandoz submits: (i) the accompanying consolidated Memorandum Of Points And Authorities; (ii) the exhibits accompanying that memorandum; (iii) and the accompanying Statement Of Material Facts Not In Dispute.

Sandoz is filing the instant Summary Judgment Motion in order to maintain (and meet) the parties' agreed-upon dispositive motion briefing schedule, which takes effect today, and that was filed with the Court along with the parties' Joint Meet And Confer Agreement following somewhat extensive negotiations almost two months ago. See Joint Rule 16.3(D) Report (Dec. 6, 2005). In the absence of the Court's entry of the parties' agreed-upon proposed

Scheduling Order, Sandoz is abiding by the triggering of the parties' agreed-upon briefing schedule in good faith, recognizing that this filing triggers application of the Local Rules for filing of the Defendants' cross-motion, in order to reinforce for this Court the urgency with which Sandoz views Defendants' regulatory inaction.  In doing so, Sandoz is cognizant of its outstanding Motions preserving its Administrative Record and related discovery objections, and of the most recent (and second) Reassignment of this case, which was placed on this Court's docket on January 13, 2006.  In the event that this Court considers this Motion premature in light of the various pending matters before the Court in this case, Sandoz respectfully requests that this Court hold all dispositive motions in abeyance.  Sandoz also refers this Court to its pending Motion To Compel, which provides further clarification on the underlying disagreements on discovery and related issues that have triggered this Motion and preserved Sandoz' objections to FDA's Administrative Record.

As set forth in Sandoz' Memorandum Of Points And Authorities, the Food and Drug Administration's ("FDA") has failed to act in compliance with the Agency's non-discretionary, statutorily-imposed mandate to approve or disapprove Sandoz' new drug application ("NDA") for its recombinant human growth hormone drug product, Omnitrope.  Defendants' failure to act is not the result of statutorily-cognizable factors or even of valid medical or scientific or legal issues, but instead is the result of the Defendants' application of extra-statutory considerations beyond the statutory function Congress has delegated to the Agency.  The Defendants' challenged inactions and constructive actions adverse to Sandoz violate the plain language of the Federal Food, Drug, and Cosmetic Act and the Agency's own regulations, and imposed decisions that were arbitrary, capricious, an abuse of discretion, and otherwise not in accordance with law, all in violation of the Administrative Procedure Act ("APA").

Based upon Sandoz' accompanying Statement of Material Facts Not In Dispute, Sandoz submits that there are no material facts in dispute based upon what Defendants consider (and Sandoz disputes) is the Administrative Record in this case, and that Sandoz is entitled to summary judgment on all five counts as a matter of law.  Sandoz believes that even the incomplete Administrative Record available to date in this case is sufficient for this Court to find that FDA's indefinite and ongoing withholding of the requisite final action on the Omnitrope NDA is illegal, and to compel FDA to act by initiating a statutorily-permissible final action on the Omnitrope NDA.  As detailed in the various motions and other matters currently pending before this Court in this matter, the parties have irreconcilable differences about the proper scope of the requisite Administrative Record, as well as the scope of discovery that is appropriate in a case such as this one involving claims of failure to act, unreasonable delay, disparate treatment, and the abuse of the Federal prescription drug user fee program.  See, e.g., Joint Meet and Confer Agreement (Dec. 6, 2005) and Supplement (Dec. 19, 2005); Sandoz' Motion To Compel Production Of The Whole Administrative Record (Dec.16, 2005); and Sandoz' Unopposed Motion For An Expedited Status Conference (Jan. 3, 2006).  By filing this Summary Judgment Motion, Sandoz has no intention of waiving and does not waive its well-preserved objections to FDA's persisting failure to produce the complete Administrative Record, as well as Sandoz' sound claim (should it prove necessary and appropriate) to proceed with discovery.

In accordance with LCvR 7(f), Sandoz respectfully requests an oral hearing on this motion.  Sandoz' Complaint presents five (5) separate counts, all of which involve questions of first impression.  Furthermore, this Court's decision on each of these issues will have far-reaching implications in terms of both review of agency actions under the APA and FDA's drug

review and approval process under the FD&C Act.  Accordingly, Sandoz submits that oral argument will facilitate the Court's resolution of this motion.

Date:   January 17, 2006                              Respectfully submitted,


                /s/
JOHN M. ENGEL (DCBN 443628)
Engel & Novitt, LLP
Market Square
Suite 620
801 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 207-3303
Fax: (202) 207-3318
E-Mail: jengel@engelnovitt.com
Attorneys for Plaintiff Sandoz Inc.