**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDOZ INC. )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>    Defendants. )<br>_____) | Case No. 1:05CV01810 (RMU) |

**SANDOZ', INC.
STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to LCvR 7(h), and subject to its pending Motion To Compel Production of The Complete Administrative Record, Plaintiff Sandoz Inc. ("Sandoz") respectfully submits the following Statement Of Material Facts Not In Dispute that are relevant to this action:

*Recombinant Human Growth Hormone*

1.      Recombinant human growth hormone ("rhGH") is a "drug" regulated under Section 505 of the FD&C Act.  AR at 00105.

2.      Recombinant drugs like rhGH commonly are referred to as "biologic drugs" even though regulated under the FD&C Act.  AR at 001103-001106.

3.      All rhGH products approved to date by FDA have been approved pursuant to the Section 505 pathway, to which Section 505(b)(2) applies.  AR at 001103-001106.

4.       The Agency has over twenty (20) years' experience regulating the development and marketing of rhGH products approved by FDA based upon applications from various sponsors. AR at 001103-001106.

5.       One of those rhGH products previously approved by FDA is the Genotropin product cited as the reference listed drug ("RLD") in Sandoz' Omnitrope NDA. AR at 002795-043000.

6.       Almost 10 years ago, on August 24, 1995, FDA approved the first Genotropin application, which had been submitted by Pharmacia and Upjohn ("Pharmacia"). AR at 001103.

7.       The most notable feature of the Genotropin approval - which it shares in common with all other human growth hormone products approved by FDA - is that it was based upon an NDA under Section 505(b) of the FD&C Act. AR at 001105.

8.       As a result, Genotropin, and all other rhGH products, is regulated as a drug under the Section 505 of the FD&C Act. AR at 001105..

9.       Because of its status as a Section 505 drug, all the benefits and liabilities of that Section 505 drug status apply to Genotropin. AR at 001105..

10.       As FDA itself recognized long ago, approval of an rhGH product like Omnitrope that would compete against a product like Genotropin is a relatively straightforward matter: "the products are non-glycosylated and highly purified and there are no isoforms; the primary structure, including disulfide bonds, has been unequivocally proven; physico-chemical tests are available for secondary and tertiary structure determination; there are clinically relevant bioassays; the mechanism of drug action is known; and there are validated biomarkers available." *Generic Somatropin NDAs Would Require Human Immunogenicity Tests – FDA*, F-D-C Reports, The Pink Sheet, 64(16); (Apr. 22, 2002) at 14.

11. The Agency's longstanding scientific assessment of somatropin as a well-characterized product is reinforced by the very detailed and comprehensive somatropin compendial specifications adopted by the European Pharmacopoeia. AR at 001104..

*Sandoz' 505(b)(2) NDA For Omnitrope Meets All Criteria Required For Approval*

12. On July 30, 2003, during Fiscal Year 2003, Plaintiff Sandoz, as U.S. Agent for Sandoz GmbH, submitted its NDA No. 21-426 pursuant to section 505(b)(2) of the FD&C Act seeking approval of Omnitrope (somatropin [rDNA origin] for injection). AR at 002795-043000..

13. The Omnitrope application was submitted as a Section 505(b)(2) NDA rather than a Section 505(j) abbreviated NDA ("ANDA") at FDA's suggestion. AR at 002795-043000.

14. FDA's suggestion of a 505(b)(2) NDA submission was based upon the Agency's recognition at the Omnitrope pre-IND meeting that the 505(b)(2) pathway was necessary and most appropriate for approval. AR at 002795-043000

15. Specifically, FDA told Sandoz, "Due to the difficulty of establishing pharmaceutical equivalence with the innovator product, we recommend submitting a 505(b)(2) application." Biochemie Minutes, November 30, 1998, Pre-IND Meeting, Page 1. AR at 002795-043000

16. FDA foresaw that a Section 505(b)(2) NDA would allow Sandoz to submit, and the professional FDA scientists and reviewers to evaluate, additional data demonstrating pharmaceutical equivalence that could not be submitted and reviewed in an ANDA. AR at 002795-043000.

17. Furthermore, "[FDA] reinforced that, as clinical immunogenicity data were desired by the agency, therefore the submission needs to be a 505(b)(2)." (Biochemie Minutes, November 30, 1998, Pre-IND Meeting, Page 2). AR at 002795-043000.

18.    The full immunogenicity data expressly sought by the Agency in the Omnitrope 505(b)(2) submission were included in Sandoz' application. AR at 002795-043000.

19.    This application is based upon (i) Sandoz' rigorous analytical program, preclinical testing, comparability testing, and clinical trials, (ii) comprehensive references from extensive published literature in the public domain, and (iii) FDA's prior determination on the public record of the safety and efficacy of the RLD cited in the NDA, Pharmacia's (now Pfizer's) Genotropin (somatropin [rDNA origin] for injection).  AR at 002795-043000.

20.    On the basis of Sandoz' thorough and complete application, NDA 21-426 seeks FDA approval of Omnitrope for:  (i) long-term treatment of pediatric patients who have growth failure due to an inadequate secretion of endogenous growth hormone; and (ii) long-term replacement therapy in adults with growth hormone deficiency of either childhood or adult-onset etiology (tentative approval, protected under orphan drug exclusivity). AR at 002795-043000.

21.    In the Omnitrope NDA, Sandoz' only reference to Genotropin is to FDA's prior public finding of safety and effectiveness. AR at 002795-043000.

22.    As documented in NDA 21-426, Sandoz has applied a recognized panel of methods to characterize Omnitrope and Genotropin. AR at 002795-043000.

23.    This allowed an accurate and complete comparison between Omnitrope and Genotropin, such that FDA's professional scientists and reviewers could evaluate the comparability of Omnitrope and Genotropin based on Sandoz' own data. AR at 002795-043000.

24.    Those expert FDA reviewers completed that review in August 2004 [qute letter language].  AR at 002795-043000.

25.    Accordingly, FDA's professional scientists and reviewers have not needed and have not referenced or used any confidential commercial or trade secret information belonging to the

Genotropin NDA owner in reviewing Sandoz' NDA for Omnitrope or in evaluating the comparability of Omnitrope. AR at 002795-043000.

26.    In reviewing NDA 21-426, FDA's professional scientists and reviewers have not needed and have not referenced or used any non-public data in the NDA for the RLD, Genotropin, and especially have not needed to rely on any data in the Genotropin CMC section, in reviewing Sandoz' NDA for Omnitrope or in evaluating the comparability of Omnitrope. AR at 002795-043000.

27.    Sandoz does not reference, use or need any confidential commercial or trade secret information belonging to the Genotropin NDA owner in its application for Omnitrope. AR at 002795-043000.

28.    The 505(b)(2) status of this NDA also has been addressed in the Paragraph IV Patent Certification that Sandoz provided to Pfizer, the sponsor of the Genotropin NDA.  AR at 002795-043000.

29.    There is no valid and enforceable patent that would be infringed by the Sandoz Omnitrope product.  AR at 002795-043000.

30.    NDA 21-426 contains extensive data generated in the course of multiple studies undertaken by Sandoz based upon guidance received from FDA's professional scientists during the pre-IND and development phases of Omnitrope. AR at 002795-043000.

31.    The proprietary Sandoz data, generated from Sandoz-conducted studies and other work by Sandoz in support of this application, includes the following Sandoz data elements: Chemistry Section; Nonclinical Pharmacology And Toxicology Section including pharmacology studies, pharmacotoxicokinetics, and toxicology studies; Human Pharmacology And Toxicology

Section, including reports of human pharmacology and bioequivalence studies; and ClinStat Section. AR at 002795-043000.

32. The Sandoz-generated data supplied by Sandoz demonstrate that Omnitrope is indistinguishable from Genotropin and that Omnitrope is safe and effective. AR at 002795-043000.

33. This showing was made despite the absence of definitive specifications, or even the availability of a compendial (USP) standard, because it was not until two years after Sandoz submitted its application, and almost one year subsequent to the completion of FDA's review of Omnitrope, that USP published a new USP monograph for somatropin. AR at 002795-043000.

34. In addition to data from Sandoz-conducted studies, Sandoz included in its NDA exhaustive references to and copies of almost 250 published medical and scientific journal articles from literature in the public domain (187 of which refer to Clinstat). AR at 002795-043000.

35. By law, that action was required to be taken no later than the August 31, 2004, extended Action Date. AR at 000001-000004.

36. The Defendants failed to take that action, despite statutory mandates requiring the Defendants to fulfill their non-discretionary duty in doing so with respect to the Omnitrope NDA. AR at 002795-043000.

37. The Defendants failed to take any of the statutory-compelled actions on the Omnitrope NDA. AR at 002795-043000.

*Defendants Breached FDA's User Fee Obligations To Sandoz In Connection With Omnitrope*

38. Pursuant to PDUFA, as reauthorized by the Bioterrorism Act, Sandoz paid $533,400.00 in user fees to FDA in connection with the Omnitrope NDA. AR at 002795-043000.

39.     Sandoz paid its Omnitrope NDA user fees to FDA during Fiscal Year 2003/2004. AR at 002795-043000.

40.     Because Sandoz paid its Omnitrope NDA user fees to FDA during Fiscal Year 2003/2004, no further appropriated funds need to be expended prior to the end of Fiscal Year 2005 or during Fiscal Year 2006 in order to approve the Omnitrope NDA.  AR at 002795-043000.

41.     Because the FDA professional scientists and reviewers fully completed their review of the NDA in August 2004, no further appropriated funds need to be expended prior to the end of Fiscal Year 2005 or during Fiscal Year 2006 in order to approve the Omnitrope NDA.  AR at 002795-043000.

42.     The user fees paid by Sandoz by statute are required to be "dedicated towards expediting the drug development process and the process for the review" of Sandoz' human drug application for Omnitrope.  Bioterrorism Act, Section 502(1-4); PDUFA User Fee Rates Established for Fiscal Year 2003, 67 Fed. Reg. 50448 (August 2, 2002).  AR at 002795-043000.

43.     The Omnitrope 505(b)(2) NDA extended the PDUFA action date to August 31, 2004AR at 002795-043000.

44.     One year after the August 31, 2004, PDUFA Action Date, the Defendants have not acted upon the Omnitrope application by issuing as required under the FD&C Act and the user fee statutes a complete action letter either licensing/approving the product, or detailing specific deficiencies and any actions necessary to clear the way for an approval.  AR at 002795-043000.

45.     At no time relevant to this Complaint has FDA considered or characterized Omnitrope or the Omnitrope NDA to be one of the 10% of applications for which FDA had failed to meet its performance goals.  AR at 002795-043000.

46.     At no time relevant to this Complaint has FDA identified Omnitrope or the Omnitrope NDA in any PDUFA performance report or similar Agency-generated documentation to be one of the 10% of applications for which FDA had failed to meet its performance goals.  AR at 002795-043000.

*The August 31, 2004 Omnitrope Letter To Sandoz*
*Did Not Cite Any Statutorily-Cognizable Issues And All Non-Statutory Grounds Cited*
*Have Been Resolved And No Longer Can Justify The Defendants' Continuing Failure To Act*

47.     In the letter the Defendants caused to be issued to Sandoz on August 31, 2004, FDA's professional scientific staff in the Reviewing Division did not cite any deficiencies that had been identified during review of NDA 21-426.  AR at 000001-000004.

48.     The August 31st letter did not state that the Omnitrope NDA was not approvable, and did not provide Sandoz the opportunity for a hearing on the question of whether the NDA is not-approvable as is statutorily required in the event of a not-approvable action by FDA.  AR at 000001-000004.

49.     The August 31st letter stated only that the Reviewing Division was "unable at this time to reach a decision on the approvability of the application because of unresolved scientific and legal issues that relate to [the] NDA."  AR at 000001.

50.     None of the purported "issues" cited specifically identify a statutorily recognized basis pursuant to which the Agency is authorized to withhold approval of an NDA pursuant to 21 U.S.C. § 355(d).  AR at 000001-000004.

51.     Instead, the letter cited five (5) "issues" involving general scientific and legal considerations relating to so-called follow-on protein products (FOPPs).  AR at 000001-000002.

52.     First, the letter cited the "legal and scientific challenges to the agency's ability to rely, even in part, on a prior finding of safety and effectiveness for one recombinant protein product in

-8-

order to approve another such product" presented in various petitions filed by third parties. AR at 000002.

53. Second, the letter cited FDA's August 16, 2004 public announcement of the Agency's September 14-15, 2004, Public Workshop on FOPPs. AR at 000002.

54. Third, the letter cited the "subjects expected to be addressed in that workshop and by comments submitted to the docket closing on November 12". AR at 000002.

55. Fourth, the Defendants cited FDA's intention "to co-sponsor a scientific workshop early in 2005 on these issues". AR at 000002.

56. Fifth, the letter cited the then-Paragraph III (now-Paragraph IV) Patent Certification on file in NDA 21-426 for a listed patent (U.S. Patent No. 5,633,352) for the RLD, Genotropin. AR at 000002.

57. As set forth in Sandoz' two Resubmissions in response to the August 31st letter, developments with respect to each of these five purported "issues" that had occurred following the issuance of the August 31st letter demonstrate that each of these "issues" had been fully and adequately addressed in the manner anticipated in the August 31st letter. AR at 002795-043000.

58. In the case of two of the petitions, no new issues relevant to NDA 21-426 have been presented that were not already addressed in Sandoz' application prior to August 31st. AR at 000005-002463.

59. In the case of the third petition, the Agency had issued its Consolidated Response to that petition in October 2003, the petitioner's opportunity to file a Petition For Reconsideration lapsed, the petitioner did not sue the Agency, and no other person has presented any new information to that docket that is relevant to NDA 21-426. AR at 002464-002794.

60. Although various third parties have attempted to supplement the records for the cited petitions, the Administrative Records of those petitions were effectively closed several months ago. AR at 000005-002794.

61. No new information has been placed in those records that raises any new issue with respect to NDA 21-426 that has not already been resolved in Sandoz application. AR at 000005-002794.

62. The petitions provide no basis for withholding action on Sandoz' NDA. AR at 000005-002794.

63. FDA held a Public Workshop on September 14-15, 2004, during which testimony was presented on behalf of the Novartis Group of companies (among other participants), included no new scientific data or related information that raises any new issue with respect to NDA 21-426 that has not already been resolved in Sandoz' application. AR at 001606-002101.

64. FDA opened the Scientific Considerations public docket (Docket No. 2004N-0355) following the September 14th-15th Public Workshop. AR at 001606-002101.

65. Prior to the initial closure of that docket on November 12, 2004, a few submissions were made to the docket by a few interested parties, including a submission on behalf of the Novartis Group of companies. AR at 001606-002101.

66. On February 16, 2005, FDA took the extraordinary step of re-opening that public docket (70 Fed. Reg. 7950) ninety (90) days after it was properly closed by the Agency. AR at 001606-002101.

67. None of the submissions to that public docket made prior to its initial closure on November 12, 2004, or prior to its final closure on March 16, 2005, include any new information

that raised any new issue with respect to NDA 21-426 that have not already been resolved in this application.  AR at 001606-002101.

68.    FDA held another Public Workshop on February 14-16, 2005, and a presentation was made on behalf of the Novartis Group of companies (among other participants).  AR at 001606-002101.

69.    At this Public Workshop, professional career scientists and reviewers from FDA highlighted the Agency's past prior use of the 505(b)(2) pathway to approve biologic drug applications like NDA 21-426 for Omnitrope.  AR at 001606-002101.

70.    In a detailed presentation reviewing the history of such approvals, the Agency correctly identified glucagon and hyaluronidase as having been submitted and approved pursuant to Section 505(b)(2) NDAs that are indistinguishable from this NDA 21-426 in terms of the regulatory approval pathway utilized.  See http://www.fda.gov/cder/meeting/followOn/kozlowski.ppt (presentation by Steven Kozlowski, M.D., Acting Director, Division of Monoclonal Antibodies, Office of Biotechnology Products, CDER).

71.    Since that time, yet another recombinant biologic drug, Fortical, has been approved in a 505(b)(2) NDA, by virtue of which all the scientific and legal considerations alluded to in the August 31st letter have been resolved.  See http://www.fda.gov/cder/foi/label/2005/021406lbl.pdf.

72.    None of the testimony presented by third parties at the Public Workshop included any new scientific data or other information that raises any new issue with respect to NDA 21-426 that has not already been resolved in the application.  AR at 001606-002101.

73.    Immediately prior to FDA's issuance of its August 31st letter, the U.S. Patent No. 5,633,352 ("the '352 patent") listed for the RLD and cited in the August 31st letter was declared

invalid and unenforceable in two decisions dated August 3, 2004, by the U.S. District for the District of Delaware. AR at 002795-043000.

74. On November 29, 2004, Sandoz submitted a Paragraph IV Patent Certification to NDA 21-426 asserting that the '352 patent is invalid and unenforceable, and will not be infringed by the Sandoz product. AR at 002795-043000.

75. Sandoz also notified the patent owner and RLD NDA holder (Pfizer) of its Paragraph IV Patent Certification on November 29, 2004. AR at 002795-043000.

76. The statutory 45-day period following the patent owner's and NDA holder's receipt of those notifications ran and expired on January 16, 2005, without the filing of any lawsuit by the patent owner or RLD NDA holder. AR at 002795-043000.

77. Sandoz submitted to the Reviewing Division on February 10, 2005, a certification that no legal action had been filed in response to its Paragraph IV Patent Certification. AR at 002795-043000.

78. Immediate action is sought pursuant to the Paragraph IV Patent Certification provisions of 21 U.S.C. § 355(b)(2) et seq. (as amended). AR at 002795-043000.

79. There are no cited "issues" outstanding any longer that have any relationship to or impact on NDA 21-426. AR at 002795-043000.

80. In the August 31st letter, the Defendants committed to "provide [Sandoz] with further updates on [FDA's] plans for review of the application. . . ." AR at 000002.

81. The Defendants have failed to provide Sandoz such further update as specified in the August 31st letter. AR at 000001-002794.

*Pfizer's Citizen Petition Seeking To Block Omnitrope Approval Lacks Merit*

82.     Immediately prior to the original PDUFA Action Date for Omnitrope (May 31, 2004), the PFIZER 2004 OMNITROPE PETITION was filed with FDA on May 14, 2004, challenging the Omnitrope NDA and asking, inter alia, that FDA not approve Sandoz' application.  AR at 000005-000042.

83.     The PFIZER 2004 OMNITROPE PETITION was seriously flawed both on the law and the science.  AR at 001101-001475.

84.     The most fundamental flaw in the PFIZER 2004 OMNITROPE PETITION is the error it made in presumed molecular weight of Omnitrope.  AR at 001106-001111.

85.     None of the claims in the PFIZER 2004 OMNITROPE PETITION were scientifically substantiated by data because Pfizer does not have access to Omnitrope to actually undertake any scientific studies.  AR at 001110.

86.     The fundamental arguments advanced in the PFIZER 2004 OMNITROPE PETITION were premised on assumed and incorrect information from a draft version of a confidential Sandoz clinical trial protocol.  AR at 001106-001111.

87.     The Defendants have not issued a formal, final response to the PFIZER 2004 OMNITROPE PETITION, which is still pending before the Agency.  AR at 000001-002794.

*FDA Approvals Of 505(B)(2) NDAs For A Range Of Complex Biologic Drugs Have Been Issued Reflecting Disparate Treatment In The Defendants' Inaction on the Omnitrope NDA*

88.     The Omnitrope application is not the first Section 505(b)(2) NDA submitted to or reviewed by FDA.  See http://www.fda.gov/cder/foi/label/2005/021859lbl.pdf.

89.     The Omnitrope application is not the first Section 505(b)(2) NDA seeking approval of a biologic drug produced through recombinant technology.  See http://www.fda.gov/cder/foi/label/2005/021859lbl.pdf.

90. Just three weeks prior to the original Action Date for the Omnitrope NDA, on May 6, 2004, FDA approved Ista Pharmaceuticals' 505(b)(2) NDA for Vitrase (hyaluronidase for injection), a naturally-sourced, protein-based biologic drug that has not been thoroughly characterized. See http://www.fda.gov/bbs/topics/ANSWERS/2004/ANS01287.html.

91. Hyaluronidase increases tissue permeability and promotes the spread or dispersion of other drugs, for example, speeding the onset of action for an anesthetic. See http://www.fda.gov/bbs/topics/ANSWERS/2004/ANS01287.html.

92. FDA has subsequently approved a second hyaluronidase drug product through the 505(b)(2) pathway exactly two months after the extended Action Date for Omnitrope (August 31, 2004), when the Defendants improperly failed to approve Sandoz' NDA. http://www.fda.gov/ohrms/dockets/dockets/05p0134/05p-0134-cp00001-01-vol1.pdf.

93. [fill in]In addition, on or about December 5, 2005 FDA approved a hyaluronidase product named Hylenex. http://www.fda.gov/cder/foi/label/2005/021859lbl.pdf.

94. Hylenex is an extraordinarily complex recombinant product that is well over double the size of Omnitrope having 447 amino acids as well as being glycosylated. See Physician Package Insert For Hylenex Recombinant (hyaluronidase human injection) available at http://www.fda.gov/cder/foi/label/2005/021859lbl.pdf (PDF page 1 of 9).

95. Hylenex is produced by genetically engineered Chinese Hamster Ovary (CHO) cells containing a DNA plasmid encoding for a soluble fragment of human hyaluronidase (PH20). See Id.

96. Additionally, on October 26, 2004, FDA approved Amphastar's 505(b)(2) NDA for Amphadase (hyaluronidase injection, USP), a bovine-source hyaluronidase product. See

-14-

http://www.aao.org/education/library/memberalert/loader.cfm?url=/commonspot/security/getfile.cfm&PageID=1233.

97.     Additionally, FDA on June 22, 1998, approved Novo Nordisk's 505(b)(2) NDA for GlucaGen (glucagon [rDNA origin] for injection). See http://www.fda.gov/cder/foi/label/1998/20918lbl.pdf.

98.     FDA's prior approval of biologic drugs also includes the October 2004 approval of a Section 505(j) ANDA for a menotropins product derived from mammalian urine, an approval that was judicially-confirmed in this District Court, and the August 1999 approval of a Section 505(b)(2) NDA for a menotropins product. See http://www.fda.gov/cder/foi/label/1999/21047lbl.pdf.

99.     Most recently, in August 2005, the Defendants approved a 505(b)(2) NDA, submitted at or at about the same time as the Omnitrope NDA, for a 32 amino acid recombinant calcitonin product marketed under the trade name Fortical. See http://www.fda.gov/cder/foi/label/2005/021406lbl.pdf.

January 17, 2006                                Respectfully submitted,

                                                /s/
                                                JOHN M. ENGEL (DCBN 443628)
                                                Engel & Novitt, LLP
                                                Market Square
                                                Suite 620
                                                801 Pennsylvania Avenue, N.W.
                                                Washington, DC  20004
                                                Telephone: (202) 207-3303
                                                Fax: (202) 207-3318
                                                E-Mail: jengel@engelnovitt.com
                                                Attorneys for Plaintiff Sandoz Inc.