UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | Case No. 1:05CV01810 (RMU) |
| Health and Human Services, and | ) | |
| ANDREW C. VON ESCHENBACH, M.D., | ) | |
| Acting Commissioner, Food and Drug | ) | |
| Administration, | ) | |
| | ) | |
| Defendants. | ) | |

# *Plaintiff's Exhibit #4*

# *Accompanying*

**MOTION OF SANDOZ INC.
FOR SUMMARY JUDGMENT ON ALL COUNTS IN ITS COMPLAINT
AND REQUEST FOR ORAL HEARING ON THE MOTION**

NDA 21-859
Page 3

**HYLENEX** recombinant (hyaluronidase human injection)

Rx Only

## DESCRIPTION

HYLENEX recombinant is a purified preparation of the enzyme recombinant human hyaluronidase. HYLENEX recombinant is produced by genetically engineered Chinese Hamster Ovary (CHO) cells containing a DNA plasmid encoding for a soluble fragment of human hyaluronidase (PH20). The purified hyaluronidase glycoprotein contains 447 amino acids with an approximate molecular weight of 61,000 Daltons.

HYLENEX recombinant (hyaluronidase human injection) is supplied as a sterile, clear, colorless, nonpreserved, ready for use solution. Each mL contains 150 USP units of recombinant human hyaluronidase per mL with 8.5 mg sodium chloride, 1.8 mg sodium phosphate dibasic dihydrate, 4.2 mg sodium hydroxide, 1.0 mg human serum albumin, 1.0 mg edetate disodium dihydrate, and 0.4 mg calcium chloride dihydrate.

HYLENEX recombinant has an approximate pH of 7.4 and an osmolality of 290 to 350 mOsm.

## CLINICAL PHARMACOLOGY

Hyaluronidase is a spreading or diffusing substance which modifies the permeability of connective tissue through the hydrolysis of hyaluronic acid, a polysaccharide found in the intercellular ground substance of connective tissue, and of certain specialized tissues, such as the umbilical cord and vitreous humor. Hyaluronic acid is also present in the capsules of type A and C hemolytic streptococci. Hyaluronidase hydrolyzes hyaluronic acid by splitting the glucosaminidic bond between C1 of an N-acetylglucosamine moiety and C4 of a glucuronic acid moiety. This temporarily decreases the viscosity of the cellular cement and promotes diffusion of injected fluids or of localized transudates or exudates, thus facilitating their absorption.

Hyaluronidase cleaves glycosidic bonds of hyaluronic acid and, to a variable degree, some other acid mucopolysaccharides of the connective tissue. The activity is measured in vitro by monitoring the decrease in the amount of an insoluble serum albumin-hyaluronic acid complex as the enzyme cleaves the hyaluronic acid component.

When no spreading factor is present, material injected subcutaneously spreads very slowly, but hyaluronidase causes rapid spreading, provided local interstitial pressure is adequate to furnish the necessary mechanical impulse. Such an impulse is normally initiated by injected solutions. The rate of diffusion is proportionate to the amount of enzyme, and the extent is proportionate to the volume of solution.

Knowledge of the mechanisms involved in the disappearance of injected hyaluronidase is limited. It is known, however, that the blood of a number of mammalian species brings about the inactivation of hyaluronidase. Studies have demonstrated that hyaluronidase is antigenic; repeated injections of relatively large amounts of hyaluronidase preparations may result in the formation of neutralizing antibodies. The reconstitution of the dermal barrier removed by

NDA 21-859
Page 4

intradermal injection of hyaluronidase (20, 2, 0.2, 0.02, and 0.002 U/mL) to adult humans indicated that at 24 hours the restoration of the barrier is incomplete and inversely related to the dosage of enzyme; at 48 hours, the barrier is completely restored in all treated areas.

Results from an experimental study, in humans, on the influence of hyaluronidase in bone repair support the conclusion that this enzyme alone, in the usual clinical dosage, does not deter bone healing.

**INDICATIONS AND USAGE**

HYLENEX recombinant is indicated as an adjuvant to increase the absorption and dispersion of other injected drugs; for hypodermoclysis; and as an adjunct in subcutaneous urography for improving resorption of radiopaque agents.

**CONTRAINDICATION**

Hypersensitivity to hyaluronidase or any other ingredient in the formulation is a contraindication to the use of this product.

**WARNINGS**

Discontinue HYLENEX recombinant (hyaluronidase human injection) if sensitization occurs.

Hyaluronidase should not be used to enhance the absorption and dispersion of dopamine and/or alpha agonist drugs.

Hyaluronidase should not be injected into or around an infected or acutely inflamed area because of the danger of spreading a localized infection.

Hyaluronidase should not be used to reduce the swelling of bites or stings.

Hyaluronidase should not be applied directly to the cornea.

Hyaluronidase should not be used for intravenous injections because the enzyme is rapidly inactivated.

**PRECAUTIONS**
**General**

Furosemide, the benzodiazepines and phenytoin have been found to be incompatible with hyaluronidase.

When considering the administration of any other drug with hyaluronidase, it is recommended that appropriate references first be consulted to determine the usual precautions for the use of the other drug; e.g., when epinephrine is injected along with hyaluronidase, the precautions for the use of epinephrine in cardiovascular disease, thyroid disease, diabetes, digital nerve block, ischemia of the fingers and toes, etc., should be observed.

NDA 21-859
Page 5

**Laboratory Tests**

A preliminary skin test for hypersensitivity to HYLENEX recombinant can be performed. The skin test is made by an intradermal injection of approximately 0.02 mL (3 Units) of a 150 Unit/mL solution. (See Dosage and Administration). A positive reaction consists of a wheal with pseudopods appearing within 5 minutes and persisting for 20 to 30 minutes and accompanied by localized itching. Transient vasodilation at the site of the test, i.e., erythema, is not a positive reaction.

**Drug Interactions**

When hyaluronidase is added to a local anesthetic agent, it hastens the onset of analgesia and tends to reduce the swelling caused by local infiltration, but the wider spread of the local anesthetic solution increases its absorption; this shortens its duration of action and tends to increase the incidence of systemic reaction.

Patients receiving large doses of salicylates, cortisone, ACTH, estrogens or antihistamines may require larger amounts of hyaluronidase for equivalent dispersing effect, since these drugs apparently render tissues partly resistant to the action of hyaluronidase.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**

Long-term animal studies have not been performed to assess the carcinogenic or mutagenic potential of hyaluronidase. Hyaluronidase is found in most tissues of the body.

Long-term animal studies have not been performed to assess whether hyaluronidase impaired fertility; however, it has been reported that testicular degeneration may occur with the production of organ specific antibodies against this enzyme following repeated injections. Human studies on the effect of intravaginal hyaluronidase in sterility due to oligospermia indicated that hyaluronidase may have aided conception. Thus, it appears that hyaluronidase may not adversely affect fertility in females.

**Pregnancy**
**Teratogenic Effects—Pregnancy Category C**

No adequate and well controlled animal studies have been conducted with HYLENEX recombinant to determine reproductive effects. No adequate and well controlled studies have been conducted with HYLENEX recombinant in pregnant women. HYLENEX recombinant should be used during pregnancy only if clearly needed.

**Labor and Delivery**

Administration of hyaluronidase during labor was reported to cause no complications: no increase in blood loss or differences in cervical trauma were observed. It is not known whether hyaluronidase has an effect on the later growth, development, and functional maturation of the infant.

NDA 21-859
Page 6

**Nursing Mothers**

It is not known whether hyaluronidase is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when hyaluronidase is administered to a nursing woman.

**Pediatric Use**

Hyaluronidase may be added to small volumes of solution (up to 200 mL), such as a small clysis for infants or solutions of drugs for subcutaneous injection. The potential for chemical or physical incompatibilities should be kept in mind (See "Dosage and Administration".)

For infants and children less than 3 years old, the volume of a single clysis should be limited to 200 mL; and in premature infants or during the neonatal period, the daily dosage should not exceed 25 mL/kg of body weight; the rate of administration should not be greater than 2 mL per minute. For older patients, the rate and volume of administration should not exceed those employed for intravenous infusion.

During hypodermoclysis, special care must be taken in pediatric patients to avoid over hydration by controlling the rate and total volume of the clysis. (See "**DOSAGE and ADMINISTRATION**, Hypodermoclysis".)

**Geriatric Use**

No overall differences in safety or effectiveness have been observed between elderly and younger adult patients.

**ADVERSE REACTIONS**

The most frequently reported adverse experiences have been local injection site reactions. Hyaluronidase has been reported to enhance the adverse events associated with coadministered drug products. Edema has been reported most frequently in association with hypodermoclysis. Allergic reactions (urticaria or angioedema) have been reported in less than 0.1% of patients receiving hyaluronidase. Anaphylactic-like reactions following retrobulbar block or intravenous injections have occurred, rarely.

**OVERDOSAGE**

Symptoms of toxicity consist of local edema or urticaria, erythema, chills, nausea, vomiting, dizziness, tachycardia, and hypotension. The enzyme should be discontinued and supportive measures initiated immediately.

**DOSAGE AND ADMINISTRATION**

NDA 21-859
Page 7

HYLENEX recombinant (hyaluronidase human injection) should be administered only as discussed below, since its effects relative to absorption and dispersion of other drugs are not produced when it is administered intravenously.

**Absorption and Dispersion of Injected Drugs**

Absorption and dispersion of other injected drugs may be enhanced by adding 50-300 U, most typically 150 U hyaluronidase, to the injection solution.

It is recommended that appropriate references be consulted regarding physical or chemical incompatibilities before adding HYLENEX recombinant to a solution containing another drug.

**Hypodermoclysis**

Insert needle with aseptic precautions. With tip lying free and movable between skin and muscle, begin clysis; fluid should start in readily without pain or lump. Then inject HYLENEX recombinant into rubber tubing close to needle.

An alternate method is to inject HYLENEX recombinant under skin prior to clysis. 150 U will facilitate absorption of 1,000 mL or more of solution. As with all parenteral fluid therapy, observe effect closely, with the same precautions for restoring fluid and electrolyte balance as in intravenous injections. The dose, the rate of injection, and the type of solution (saline, glucose, Ringer's, etc.) must be adjusted carefully to the individual patient. When solutions devoid of inorganic electrolytes are given by hypodermoclysis, hypovolemia may occur. This may be prevented by using solutions containing adequate amounts of inorganic electrolytes and/or controlling the volume and speed of administration.

HYLENEX recombinant may be added to small volumes of solution (up to 200 mL), such as small clysis for infants or solutions of drugs for subcutaneous injection. For infants and children less than 3 years old, the volume of a single clysis should be limited to 200 mL; and in premature infants or during the neonatal period, the daily dosage should not exceed 25 mL/kg of body weight; the rate of administration should not be greater than 2 mL per minute. For older patients, the rate and volume of administration should not exceed those employed for intravenous infusion.

**Subcutaneous Urography**

The subcutaneous route of administration of urographic contrast media is indicated when intravenous administration cannot be successfully accomplished, particularly in infants and small children. With the patient prone, 75 U of HYLENEX recombinant is injected subcutaneously over each scapula, followed by injection of the contrast medium at the same sites.

Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration whenever solution and container permit.

**HOW SUPPLIED**

NDA 21-859
Page 8

HYLENEX recombinant (hyaluronidase human injection) is supplied sterile as 150 USP units of nonpreserved recombinant human hyaluronidase per mL in a single-use 2 mL glass vial with a gray rubber stopper and aluminum flip-off seal.

1 mL Single Dose Vial available in boxes of 1 (NDC 60977-319-02)
1 mL Single Dose Vial available in boxes of 10 (NDC 60977-319-01)

**Not Recommended for IV Use.**

**Store unopened in a refrigerator at 2° to 8°C (36° to 46°F).**

**DO NOT FREEZE.**

Marketed by: Baxter Healthcare Corporation
Deerfield, IL 60015 USA

Manufactured for: Halozyme Therapeutics, Inc.
San Diego, CA 92121
By Baxter Pharmaceutical Solutions LLc
Bloomington, IN 47403

HYLENEX is a trademark of Baxter International, Inc. or its subsidiaries.

For Product Inquiry 1 800 ANA DRUG (1-800-262-3784)

MLT-01xxx/3.0_dk

NDA 21-859
Page 9

1 mL Vial Container Label



NDA 21-859
Page 10

Single Dose Vial Carton



NDA 21-859
Page 11

10 Vial Carton Label

