IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01810 |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | |
| Health and Human Services, and | ) | |
| ANDREW C. VON ESCHENBACH, M.D., | ) | |
| Acting Commissioner, Food and Drug | ) | |
| Administration, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UNOPPOSED MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

The Defendants, by and through their undersigned attorneys, request that the Court enter the proposed scheduling order in this case. The parties originally submitted the proposed scheduling order to the Court in conjunction with a Meet and Confer Agreement.[1] (*See* Docket Item ("D.I.") 9.) A proposed order is also attached to this motion. The parties have agreed on the following schedule: Plaintiff's Motion for Summary Judgment to be filed January 16, 2006; Defendants' Cross-Motion For Summary Judgment and Opposition to be filed February 13, 2006; Plaintiff's Opposition and Reply to be filed February 20, 2006; and Defendants' Reply to be filed February 27, 2006. The proposed order incorporates these deadlines for all future dates,[2]

---

[1] This case was assigned to Judge Urbina on January 13, 2006. Prior to this reassignment, this case was assigned to Judge Kollar-Kotelly and subsequently reassigned to Judge Collyer.

[2] The date for the Plaintiff's Motion for Summary Judgment has been changed to January 18, 2006.

and incorporates an oral argument date with the pretrial conference the Court has scheduled for February 28, 2006. The parties will discuss the motions before the Court at that time.

Plaintiff filed its Motion for Summary Judgment dated January 17, 2006, which is immediately after the holiday on January 16, 2006, consistent with the parties' agreement. If the Defendants follow the scheduling order, their response would be due on February 13, 2006. (*See* Meet and Confer Agreement, D.I. 9.) Otherwise, the Defendants' Cross-Motion for Summary Judgment would be due on January 31, 2007. *See* L.Cv.R. 7(b); Fed.R.Civ.P. 6(e) & 5(b)(2)(D).

The parties have agreed on this schedule. (*See* Meet and Confer Agreement, D.I. 9.) The Local Rules contemplate the entry of scheduling orders in order to facilitate the consideration of cases within appropriate time guidelines. *See*, *e.g.*, L.Cv.R. 16.4. In this case the scheduling order consolidates different arguments made by the parties so that the Court can consider them at one time. Furthermore, the schedule contemplated by the parties is reasonable for this case. The motions at issue are dispositive and involve the articulation of numerous legal issues and fact.

For all these reasons, the Court should enter the agreed scheduling order that has been proposed.

| Of Counsel: | Respectfully submitted, |
|---|---|
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation |       /s/<br>DOUGLAS W. STEARN (DCBN 440735) |
| SHOSHANA HUTCHINSON<br>Assistant Chief Counsel<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>(301) 827-8579 | Trial Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Telephone: (202) 307-0061<br>Facsimile:  (202) 514-8742<br>E-mail: douglas.stearn@usdoj.gov |

January 18, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused the foregoing Defendants' Unopposed Motion for Entry of Agreed Scheduling Order to be served by electronic mail and via the District Court's Electronic Filing System (ECF) upon:

John M. Engel
Engell & Novitt, LLP
Market Square
Suite 620
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 207-3303 (telephone)
(202) 207-3318 (facsimile)
E-mail: jengel@engelnovitt.com
*Counsel for Sandoz, Inc.*

this 18th day of January, 2006.

                                                          /s/
                                           Douglas W. Stearn