## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC. )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>　　　　Defendants. )<br>_____) | Case No. 1:05CV01810 |

## [PROPOSED] SCHEDULING ORDER

Upon consideration of the parties' Rule 16.3(d) Report, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment shall be filed January 18, 2006; it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment and Opposition shall be filed February 13, 2006; it is further

**ORDERED** that Plaintiff's Opposition and Reply shall be filed February 20, 2006; it is further

**ORDERED** that Defendants' Reply shall be filed February 27, 2006; and it is further

**ORDERED** that the parties shall appear for Oral Argument on their Cross-Motions for Summary Judgment on February 28, 2006.

　　**SO ORDERED**.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　RICARDO M. URBINA
　　　　　　　　　　　　　　　　United States District Judge

Dated: _____, 2006