IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC.                                ) | |
|                                            ) | |
|     Plaintiff,         ) | |
|                                            ) | |
| v.                                         ) | Case No. 1:05CV01810 |
|                                            ) | |
| MICHAEL O. LEAVITT, Secretary of           ) | |
| Health and Human Services, and             ) | |
| ANDREW C. VON ESCHENBACH, M.D.,            ) | |
| Acting Commissioner, Food and Drug         ) | |
| Administration,                            ) | |
|                                            ) | |
|     Defendants.        ) | |
|                                            ) | |

## SUPPLEMENTARY NOTICE OF PRODUCTION REGARDING

## THE ADMINISTRATIVE RECORD

The defendants, by and through their undersigned attorneys, hereby notify the Court of the production to Sandoz of the remaining materials within the existing administrative record designated by the defendants. The remaining materials that have been produced to Sandoz consisted of documents originally submitted by Sandoz to the Food and Drug Administration in support of the Omnitrope New Drug Application. The production of the existing administrative

record that has been designated is thus complete.

| Of Counsel: | Respectfully submitted, |
|---|---|
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | _____/s/_____<br>DOUGLAS W. STEARN (DCBN 440735) |
| SHOSHANA HUTCHINSON<br>Assistant Chief Counsel<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>(301) 827-8579 | Trial Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Telephone: (202) 307-0061<br>Facsimile:  (202) 514-8742<br>E-mail: douglas.stearn@usdoj.gov |

January 31, 2006

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused the foregoing Notice of Production to be served by electronic mail and via the District Court's Electronic Filing System (ECF) upon:

  John M. Engel
  Engell & Novitt, LLP
  Market Square
  Suite 620
  801 Pennsylvania Avenue, NW
  Washington, DC 20004
  (202) 207-3303 (telephone)
  (202) 207-3318 (facsimile)
  E-mail: jengel@engelnovitt.com
  *Counsel for Sandoz, Inc.*

this 31st day of January, 2006.

                /s/
                Douglas W. Stearn