IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01810 (RMU) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | |
| Health and Human Services, and | ) | |
| ANDREW C. VON ESCHENBACH, M.D., | ) | |
| Acting Commissioner, Food and Drug | ) | |
| Administration, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendants Michael O. Leavitt, Secretary of Health and Human Services, and Dr. Andrew C. von Eschenbach, Acting Commissioner of Food and Drugs (collectively, "Defendants"), hereby move for summary judgment in the above-captioned matter on the ground that there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law.

In support of this motion, Defendants rely upon the Defendants' Memorandum of Points and Authorities in Support of Defendants' Cross Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment filed this date, and Defendant's Statement of Material Facts as to Which There Is No Genuine Issue and Defendant's Response to Plaintiff's Statement of Material Facts Not in Dispute, also filed this date.

Wherefore, Defendants respectfully request that their motion be granted and summary judgment be entered in their favor.

| | |
|---|---|
| Of Counsel: | Respectfully submitted, |
| PAULA M. STANNARD | PETER D. KEISLER |
| Acting General Counsel | Assistant Attorney General |
| | |
| SHELDON T. BRADSHAW | EUGENE M. THIROLF |
| Associate General Counsel | Director |
| Food and Drug Division | |
| | |
| ERIC M. BLUMBERG | |
| Deputy Chief Counsel, Litigation | _____/s/_____ |
| | DOUGLAS W. STEARN (DCBN 440735) |
| SHOSHANA HUTCHINSON | Trial Attorney |
| Assistant Chief Counsel | Office of Consumer Litigation |
| U.S. Dept. of Health & Human Services | U.S. Department of Justice |
| Office of the General Counsel | P.O. Box 386 |
| 5600 Fishers Lane | Washington, D.C. 20044 |
| Rockville, MD  20857 | Telephone: (202) 307-0061 |
| (301) 827-8579 | Facsimile:  (202) 514-8742 |
| | E-mail: douglas.stearn@usdoj.gov |
| | |
| February 13, 2006 | |

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Defendants' Cross Motion for Summary Judgment, and the Memorandum of Points and Authorities in Support of Defendants' Cross Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, to be served by electronic mail and via the District Court's Electronic Filing System (ECF) upon:

John M. Engel
Engell & Novitt, LLP
Market Square
Suite 620
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 207-3303 (telephone)
(202) 207-3318 (facsimile)
E-mail: jengel@engelnovitt.com
*Counsel for Sandoz, Inc.*

this 13th day of February, 2006.

                                                      /s/
                                       Douglas W. Stearn