DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service

Food and Drug Administration
Rockville, MD 20857

NDA 21-426

Biochemie U.S., Inc.
Sandoz Inc., Agent for Biochemie U.S., Inc.
Attention: Beth Brannon
Director, Regulatory Affairs
2555 Midway Boulevard
Broomfield, CO 80038

Dear Ms. Brannon:

Please refer to your new drug application (NDA) dated December 27, 2001, resubmitted July 30, 2003, received July 31, 2003, submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act for Omnitrope (somatropin [rDNA origin] for injection), 1.5 mg and 5.8 mg.

We acknowledge receipt of your submissions dated January 23 and 25, February 1, 7, and 28, March 29, April 29, May 24(2), June 19, August 19, October 1 and 3, and November 1, 2002; August 8 and December 9(2) and 15, 2003; and January 15, March 31, April 1, 2, 9, and 27, July 6, 9, and 14, and August 18, 2004.

Your application proposes Omnitrope (somatropin [rDNA origin] for injection), 1.5 mg and 5.8 mg, for (1) long-term treatment of pediatric patients who have growth failure due to inadequate secretion of endogenous growth hormone and (2) long-term replacement in adults with growth hormone deficiency of either childhood or adult onset etiology.

We have completed our review of this application as submitted with draft labeling. However, we are unable at this time to reach a decision on the approvability of the application because of unresolved scientific and legal issues that relate to your NDA.

This application was submitted as a 505(b)(2) application that relies for approval in part on the agency's finding of safety and effectiveness for Genotropin, Pfizer's somatropin product approved in NDA 20-280. The active ingredient in the proposed Biochemie U.S., Inc. product and in the approved Pfizer product is recombinant human growth hormone (somatropin).

As you know, a number of parties have raised substantial legal and scientific challenges to the agency's ability to rely, even in part, on a prior finding of safety and effectiveness for one recombinant protein product in order to approve another such product. See April 14, 2004, Genentech Citizen Petition (Docket No. 2004P-0171); April 23, 2003, BIO Citizen Petition (Docket No. 2003P-0176); and May 13, 2004, Pfizer Citizen Petition (Docket No. 2004P-0231).

NDA 21-426
Page 2

In addition, on August 16, 2004, FDA announced that it would be holding a public workshop on September 14 and 15, 2004, to discuss how a sponsor may demonstrate that its protein product is similar enough to a product that FDA has licensed under the Public Health Service Act or approved under the Federal Food, Drug, and Cosmetic Act that it may obtain licensure or approval without conducting certain studies that would otherwise be necessary. 69 Fed. Reg. 50386. The subjects expected to be addressed in that workshop and by comments submitted to a docket closing on November 12, 2004, include manufacturing, characterization, immunogenicity, preclinical and clinical studies, and efficacy surrogates. We also intend to co-sponsor a scientific workshop early in 2005 on these issues.

Because the Omnitrope application is a 505(b)(2) NDA for a recombinant protein product, our regulatory decision on the application will clearly involve legal and scientific issues within the scope of the issues raised in the pending citizen petitions and under consideration in the public process. Because of the nature and complexity of these issues, and the fact that resolution of the issues might affect the quantity and quality of data that might be required for approval of 505(b)(2) applications for human growth hormone, FDA is deferring a decision on whether the data submitted in NDA 21-426 are adequate to support a conclusion that Omnitrope is safe and effective for the proposed indications.

We note that because this application was submitted pursuant to section 505(b)(2), it contains patent certifications to the listed patents for Genotropin, the drug referenced in your NDA. Your certification under section 505(b)(2)(A)(iii) to U.S. Patent No. 5,633,352 indicates that you are not seeking approval of this application in any event until March 10, 2015, when the patent expires.

Although we cannot be certain when the Agency will be prepared to make a decision regarding the approvability of NDA 21-426, we will provide you with further updates on our plans for review of the application after we have completed review of the results of the scientific workshops we intend to hold on this issue as they apply to human growth hormone. If, during the course of the intervening consideration of the scientific and regulatory issues, the agency concludes that the Omnitrope application may be approved without submission of additional substantive data, we will notify you of this conclusion. At that time, we will advise you regarding any information needed to restart the review clock (e.g., safety update, revised labeling). We anticipate that any resubmission under these circumstances would be reviewed on a two-month clock (Class 1 resubmission). If the agency determines that additional substantive information and data may be necessary to support approval of this NDA, we will notify you as to what additional information and data should be submitted. Submissions of additional clinical data, new analyses, or other significant amounts of new information and data would likely be reviewed on a six-month clock (Class 2 resubmission). A final determination regarding the classification of the resubmission will be made by FDA on receipt of the resubmission, consistent with our existing procedures and standards under the Prescription Drug User Fee Act (PDUFA).

The drug product may not be legally marketed until you have been notified in writing that this application is approved.

NDA 21-426
Page 3

If you have any questions, contact Enid Galliers, Chief, Project Management Staff, at 301.827.6429.

Sincerely,

{See appended electronic signature page}

David G. Orloff, M.D.
Director
Division of Metabolic and Endocrine Drug Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research

000003

---
This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.
---
 /s/
---------------------
David Orloff
8/31/04 02:18:24 PM