**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration

[Docket No. 2004N–0355]

Display Date 8-11-04 @ 11:15a
Publication Date 8-16-04
Certifier R. LEDESMA

DDM

### Scientific Considerations Related to Developing Follow-On Protein Products

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Notice of public workshop.

---

**SUMMARY:** The Food and Drug Administration (FDA) is announcing a public workshop on scientific and technical considerations related to the development of follow-on protein pharmaceutical products. The agency is planning to develop draft guidance on this topic during the coming year. The purpose of this workshop is to obtain input from interested persons on the topics outlined in this document related to developing and approving follow-on protein pharmaceutical products. The agency will consider presentations made at the workshop and comments submitted to the docket before and after the workshop when developing the draft guidance.

**DATES:** The public workshop will be held on Tuesday, September 14, 2004, from 8:30 a.m. to 5 p.m. and Wednesday, September 15, 2004 from 8 a.m. to 12 noon. Submit requests to make a presentation by September 7, 2004.

**ADDRESSES:** The public workshop will be held at the University of Maryland—Shady Grove Conference Center, 9630 Gudelsky Dr., Rockville, MD 20850.

Submit written comments on scientific topics related to follow-on protein products to the Division of Dockets Management (HFA–305), Food and Drug Administration, 5630 Fishers Lane, rm. 1061, Rockville, MD 20852. Two copies of any comments are to be submitted, except that individuals may submit one

cd04104

001606    NM 1

copy. Comments are to be identified with the docket number found in brackets in the heading of this document.

**FOR FURTHER INFORMATION CONTACT:**

*To register to present*: Marilyn Welschenbach, Center for Drug Evaluation and Research (HFD–121), Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20852, 301–443–5089, FAX: 301–443–5245, e-mail: *Marilyn.Welschenbach@fda.gov.*

*With regard to the scientific topics outlined in this notice*: Keith Webber, Center for Drug Evaluation and Research, Food and Drug Administration (HFD–121), 5600 Fishers Lane, Rockville, MD 20852, 301–443–5089, FAX: 301–443–5234, e-mail: *Keith.Webber@fda.gov*, or Chris Joneckis, Center for Biologics Evaluation and Research (HFM–1), Food and Drug Administration, 1401 Rockville Pike, Rockville, MD 20892, 301–827–2000, e-mail: *Christopher.Joneckis@fda.gov.*

**SUPPLEMENTARY INFORMATION:**

## I. General Information

During the past several years, FDA has received numerous inquiries concerning how a sponsor may scientifically demonstrate that its protein pharmaceutical product is similar enough to a product that FDA has licensed under the Public Health Service (PHS) Act or approved under the Federal Food, Drug, and Cosmetic Act to obtain licensure or approval without conducting certain studies that would otherwise be necessary. This public workshop is not intended to address legal or regulatory issues. Because of the scientific complexity of protein pharmaceutical products, FDA intends to

conduct an extensive public dialogue on the scientific issues relating to the development and approval of such products. For the purposes of this workshop, we use the term "follow-on protein product" to refer to a protein that is intended to be a similar version or copy of an already approved or licensed protein pharmaceutical product. Such proteins might be produced through biotechnology or derived from natural sources. (This public workshop is not intended to address "second-generation protein products" which we have tentatively defined as products that are similar to an already approved or licensed product but which have been deliberately modified to change one or more of the product's characteristics (e.g., to provide more favorable pharmacokinetic parameters or to decrease immunogenicity)). This public workshop is concerned only with scientific issues relating to follow-on protein products.

On March 16, 2004, in its Critical Path report, available at *http://www.fda.gov/oc/initiatives/criticalpath*, FDA announced an initiative to identify the problems and some potential solutions to ensure that breakthroughs in medical science can be translated to safe, effective, and available medical products. In the report, FDA underscored the importance of FDA collaboration with academic researchers, product developers, patient groups, and other stakeholders to make the critical path more predictable and less costly. Consistent with the Critical Path Initiative, FDA is seeking input from its broad stakeholder community as it begins the process of exploring the scientific framework for developing and approving follow-on protein products.

## II. Information on the Public Workshop

*A. Why Are We Holding This Public Workshop?*

It is critical that the agency solicit the scientific and technological perspectives of manufacturers, academia, and other interested persons to determine the state of the science as it relates to protein characterization, production, and assessment of similarity. Such information will be critical to any guidance on follow-on protein products.

*B. Where Will This Public Workshop Be Held?*

University of Maryland—Shady Grove Conference Center, 9630 Gudelsky Dr., Bldg. II, rm. 1422, Rockville, MD 20850.

*C. When Will This Public Workshop Be Held?*

The public workshop will be held on September 14, 2004, from 8:30 a.m. to 5 p.m. and September 15, 2004, from 8 a.m. to 12 noon.

*D. How Will the Public Workshop Be Organized?*

The agency is seeking input on a series of scientific topics (see section III of this document) and is asking interested persons to make presentations on these and other pertinent scientific topics. A panel of agency experts will listen to the presentations organized by the categories listed in section III of this document, after which they may ask followup questions of the presenters.

*E. How Can I Participate?*

1. In Person

Persons who wish to make a presentation during the public workshop must file an electronic, written, or facsimile notice of participation with Marilyn Welschenbach by September 7, 2004 (see **FOR FURTHER INFORMATION**

**CONTACT**). The notice of participation shall contain the speaker's following information:

- Name
- Title
- Business affiliation, if any
- Address
- Telephone number
- Fax number
- A brief summary of the presentation
- Designate topic categories A through F (see section III of this document) for the presentation
- Approximate amount of time requested for the presentation (presentations should be limited to 10 minutes in duration).

We recommend that individuals and organizations with common interests consolidate or coordinate their presentations and request time for a joint presentation. After registration has closed, FDA will inform participants of the amount of time available for their presentations based on the final agenda and on which day they will be scheduled to present. Persons requiring a sign language interpreter or other special accommodations should notify Marilyn Welschenbach by September 1, 2004.

2. In Writing

FDA has established a public docket for comments. Comments can be submitted until November 12, 2004. It is important that comments submitted to the docket be identified with the docket number found in brackets in the heading of this document. Submit written comments to the Division of Dockets Management (see **ADDRESSES**).

6

*F. Is There a Registration Fee for This Public Workshop?*

There is no registration fee for this public workshop.

*G. What if I Have Scientific or Logistical Questions?*

If you have any logistical questions about the public workshop, please contact Marilyn Welschenbach; scientific questions may be addressed to Keith Webber or Chris Joneckis. Contact information is listed under the **FOR FURTHER INFORMATION CONTACT** section of this document.

*H. Can I Get a Transcript of This Public Workshop?*

A transcript of the public workshop will be available from the Division of Dockets Management, approximately 15 business days after the workshop at a cost of 10 cents per page. The transcript of the workshop will also be available for public examination at the Division of Dockets Management between 9 a.m. and 4 p.m., Monday through Friday.

### III. Background Information

FDA seeks comment on the following topics and other scientific issues related to follow-on protein products:

*A. Manufacturing Issues*

1. What aspects of the manufacturing process determine the characteristics of a protein product whether produced through biotechnology or derived from natural sources?

2. What parts of the manufacturing process should the agency focus on when assessing similarity between products?

*B. Characterization*

1. What is the capability of current analytical technology to adequately characterize protein products?

001611

7

2. Are there new technologies that hold promise for helping to characterize proteins?

3. What factors, including quality attributes, impurity profiles, and changes in the manufacturing process, should be considered when assessing similarity of different protein products?

4. Is it possible to accurately predict safety and efficacy from analytical studies?

*C. Immunogenicity*

1. How, and to what extent, should immunogenicity be evaluated for a follow-on protein product?

2. Under what circumstances should comparative immunogenicity studies be conducted?

*D. Preclinical and Clinical*

1. When and how would it be appropriate to streamline or eliminate certain animal or human studies during development of a follow-on protein product?

*E. Potency and Surrogates for Efficacy and Safety*

1. What factors should be considered regarding bioactivity and potency assays used for comparing two products?

2. What is the role of in vitro and in vivo assays for use as surrogates in establishing safety and efficacy?

*F. Terminology*

1. Please comment on the appropriateness of this notice's working definition of "follow-on protein" as a protein that is intended to be a similar


**8**

version or copy of an already approved or licensed protein pharmaceutical product.

2. Please comment on this notice's working definition of a "second-generation protein product" as a product similar to an already approved or licensed product but which has been deliberately modified to change one or

9

more of the product's characteristics (e.g., to provide more favorable pharmacokinetic parameters or to decrease immunogenicity).

Dated: 8/10/04
August 10, 2004.

Jeffrey Shuren,
Assistant Commissioner for Policy.

[FR Doc. 04–????? Filed ??–??–04; 8:45 am]

BILLING CODE 4160–01–S

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

001614



Display Date 9-1-04 4:34 pm
Publication Date 9-7-04
Certifier J. Cooke

# DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration

[Docket No. 2004N–0355]

Scientific Considerations Related to Developing Follow-On Protein Products; Correction

**AGENCY:** Food and Drug Administration, HHS.

**ACTION:** Notice of public workshop; correction.

---

**SUMMARY:** The Food and Drug Administration (FDA) is correcting a notice that appeared in the **Federal Register** of August 16, 2004 (69 FR 50386). The document announced a public workshop on scientific and technical considerations related to the development of follow-on protein pharmaceutical products. The document was published with an inadvertent error. This document corrects that error.

**FOR FURTHER INFORMATION CONTACT:** Joyce Strong, Office of Policy (HF–27), Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857, 301–827–7010.

In FR Doc. 04–18627 appearing on page 50386 in the issue of August 16, 2004, the following correction is made: On page 50386, in the third column,



oc04222

NCR 1

001615

2

under the heading **ADDRESSES**, in the second paragraph add a new second sentence to read: Submit electronic comments to *http://www.fda.gov/dockets/ecomments*.

Dated: *August 31, 2004*
August 31, 2004.

*William K. Hubbard*

William K. Hubbard,
Associate Commissioner for Policy and Planning.

[FR Doc. 04–????? Filed ??–??–04; 8:45 am]

**BILLING CODE 4160-01-S**

001616

[Federal Register: February 16, 2005 (Volume 70, Number 31)]
[Notices]
[Page 7950-7951]
From the Federal Register Online via GPO Access [wais.access.gpo.gov]
[DOCID:fr16fe05-58]

-----------------------------------------------------------------------

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration

[Docket No. 2004N-0355]


Scientific Considerations Related to Developing Follow-On Protein
Products; Reopening of Comment Period

AGENCY: Food and Drug Administration, HHS.

ACTION: Notice; reopening of comment period.

-----------------------------------------------------------------------

SUMMARY: The Food and Drug Administration (FDA) is reopening until

[[Page 7951]]

March 16, 2005, the comment period for the notice that appeared in the
Federal Register of August 16, 2004 (69 FR 50386). In the notice, FDA
announced a public workshop on scientific and technical considerations
related to the development of follow-on protein pharmaceutical products
and plans to develop draft guidance and requested comments related to
developing and approving follow-on protein pharmaceutical products. The
agency is taking this action in response to requests for an extension
to allow interested persons additional time to submit comments.

DATES: Submit written and electronic comments by March 16, 2005.

ADDRESSES: Submit written comments on scientific topics related to
follow-on protein products to the Division of Dockets Management (HFA-
305), Food and Drug Administration, 5630 Fishers Lane, rm. 1061,
Rockville, MD 20852. Submit electronic comments to http://frwebgate.access.gpo.gov/c
.


FOR FURTHER INFORMATION CONTACT: Keith Webber, Center for Drug
Evaluation and Research (HFD-121), Food and Drug Administration, 5600
Fishers Lane, Rockville, MD 20852, 301-443-5089, e-mail:
keith.webber@fda.gov, or Chris Joneckis, Center for Biologics
Evaluation and Research (HFM-1), Food and Drug Administration, 1401
Rockville Pike, Rockville, MD 20892, 301-827-2000, e-mail:
christopher.joneckis@fda.gov.

SUPPLEMENTARY INFORMATION:

I. Background

    In the Federal Register of August 16, 2004 (69 FR 50386), FDA
published a notice with a 90-day comment period to request comments on

001617

h         f   g                  f        h

the scientific and technological perspectives of manufacturers, academia, and other interested persons to determine the state of the science as it relates to protein characterization, production, and assessment of similarity.

The agency has received requests for an extension of the comment period for the notice. In response to these requests, FDA has decided to reopen the comment period for the notice for an additional 30 days, until March 16, 2005.

II. Comments

Interested persons may submit to the Division of Dockets Management (see ADDRESSES) written or electronic comments on this document. Two copies of mailed comments are to be submitted, except that individuals may submit one copy. Comments are to be identified with the docket number found in brackets in the heading of this document. Received comments are available for public examination in the Division of Dockets Management between 9 a.m. and 4 p.m., Monday through Friday.

Dated: February 11, 2005.
Jeffrey Shuren,
Assistant Commissioner for Policy.
[FR Doc. 05-3027 Filed 2-11-05; 4:50 pm]

BILLING CODE 4160-01-S