IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>    Defendants. )<br>) | Case No. 1:05CV01810 (RMU) |

## DEFENDANT'S STATEMENT OF MATERIAL FACTS
## AS TO WHICH THERE IS NO GENUINE ISSUE

Pursuant to Local Rule 7.1(h), Defendants respectfully submit this statement of material facts as to which there is no genuine issue.

1. Sandoz Inc. ("Sandoz") filed its new drug application for Omnitrope ("the Omnitrope NDA"), a recombinant human growth hormone, pursuant to Section 505(b)(2) of the Food, Drug, and Cosmetic Act ("FDCA"), 21 U.S.C. § 355(b)(2) (Complaint, Docket Item ("D.I.") 1, ¶ 66; Answer, D.I. 8, ¶ 66).

2. The Omnitrope NDA was accepted for filing by the U.S. Food and Drug Administration ("FDA") on July 31, 2003 (A.R. 023343-030230).

3. On May 13, 2004, Pfizer filed a Citizen Petition requesting that FDA reject the Omnitrope NDA on both scientific and legal grounds (Docket No. 2004P-CP1) ("Pfizer Petition") (A.R. 00005-001100).

4. On June 25, 2004, Sandoz filed an opposition to the Pfizer Petition (A.R. 001101-001475).

5. Pfizer submitted additional comments to its Petition on August 4, 2004 (A.R. 001476-001544).

6. At the time Pfizer submitted its petition, there were already two other citizen petitions pending that raised issues relating to approval of drug products under section 505(b)(2). *See* April 14, 2004 Genentech Citizen Petition (Docket No. 2004P-0171) (A.R. 002102-002129); April 23, 2003 BIO Citizen Petition (Docket No. 2003P-0176) (A.R. 002464-002542).

7. On August 31, 2004, FDA issued a letter to Sandoz, explaining that FDA was "unable at this time to reach a decision on the approvability of the [Omnitrope] application because of unresolved scientific and legal issues that relate to your NDA." Letter from Orloff to Brannon of 8/31/04, at 1 (A.R. 000001).

8. By letter dated November 10, 2004, FDA advised Pfizer that the agency had not yet reached a decision on its petition and that Pfizer would be notified as soon as a decision had been reached (A.R. 001545).

9. FDA held public workshops to discuss "Scientific Considerations Related to Developing Follow-On Protein Products" on September 14 and 15, 2004, and February 14 through 16, 2005 (A.R. 001606-001618).

10. The public docket associated with FDA's public workshops, docket number 2004N-0355, remained open until March 16, 2005 (A.R. 001617-001618).

11. Numerous comments from the public were submitted to docket number 2004N-0355 (A.R. 001619-002088).

12.	FDA is still actively considering both the Omnitrope NDA and the Pfizer Petition and has not yet taken final agency action on either (A.R. 000001-000004; Complaint, D.I. 1, ¶¶ 107, 143; Answer, D.I. 8, ¶¶ 107, 143).

| Of Counsel: | Respectfully submitted, |
|---|---|
| PAULA M. STANNARD<br>Acting General Counsel | PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | /s/<br>DOUGLAS W. STEARN (DCBN 440735) |
| SHOSHANA HUTCHINSON<br>Assistant Chief Counsel<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>(301) 827-8579 | Trial Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Telephone: (202) 307-0061<br>Facsimile:  (202) 514-8742<br>E-mail: douglas.stearn@usdoj.gov |
| February 13, 2006 | |