**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDOZ INC. )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>    Defendants. )<br>_____) | Case No. 1:05CV01810 (RMU) |

## ORDER

Upon consideration of Motion of Sandoz Inc. for Summary Judgment in the above-captioned action, the Defendants' Cross Motion for Summary Judgment, the memoranda in support thereof, and the administrative record cited by the parties, it is

ORDERED that the Motion of Sandoz Inc. for Summary Judgment be and hereby is DENIED; and it is further

ORDERED that Defendants' Cross Motion for Summary Judgment be and hereby is GRANTED.

SO ORDERED this _____ day of _____, 2006.

_____
RICARDO M. URBINA
United States District Judge