# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC. )<br>)<br>  Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>  Defendants. )<br>_____) | Case No. 1:05CV01810 (RMU) |

## NOTICE OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Defendants hereby provide notice that the opposition to Plaintiff's Motion for Summary Judgment is incorporated into the Defendants' Memorandum of Points and Authorities in Support of Defendants' Cross Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

| | |
|---|---|
| Of Counsel:<br>PAULA M. STANNARD<br>Acting General Counsel | Respectfully submitted,<br>PETER D. KEISLER<br>Assistant Attorney General |
| SHELDON T. BRADSHAW<br>Associate General Counsel<br>Food and Drug Division | EUGENE M. THIROLF<br>Director |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation | _____/s/_____<br>DOUGLAS W. STEARN (DCBN 440735) |
| SHOSHANA HUTCHINSON<br>Assistant Chief Counsel<br>U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD 20857<br>(301) 827-8579 | Trial Attorney<br>Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, D.C. 20044<br>Telephone: (202) 307-0061<br>Facsimile: (202) 514-8742<br>E-mail: douglas.stearn@usdoj.gov |

February 14, 2006

**CERTIFICATE OF SERVICE**

  I hereby certify that I caused the foregoing Notice of Opposition to Motion for Summary Judgment to be served by electronic mail and via the District Court's Electronic Filing System (ECF) upon:

John M. Engel
Engell & Novitt, LLP
Market Square
Suite 620
801 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 207-3303 (telephone)
(202) 207-3318 (facsimile)
E-mail: jengel@engelnovitt.com
*Counsel for Sandoz, Inc.*

this 14th day of February, 2006.

                /s/
               Douglas W. Stearn