**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDOZ INC. )<br>)<br>   Plaintiff, )<br>)<br> v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>   Defendants. )<br>_____) | Case No. 1:05CV01810 (RMU) |

**SANDOZ INC.'S RESPONSE TO DEFENDANTS'
STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE DISPUTE**

  Plaintiff Sandoz Inc. ("Sandoz") respectfully submits this response to the Federal Defendants' statement of material facts as to which there is no genuine dispute, pursuant to LCvR 7(h). Sandoz has added citations to what the Food and Drug Administration ("FDA") considers to be the Administrative Record ("AR") in this case where appropriate.

  Sandoz responds to each paragraph as follows, using the same paragraph numbers used in the Defendants' statement, and disputes each and every assertion not specifically admitted below:

1.  Sandoz does not dispute the statement contained in paragraph 1.

2.  Sandoz does not dispute the statement contained in paragraph 2, but Sandoz lacks knowledge of the statement contained therein, as the cited record does not reflect that the NDA was accepted for filing by FDA because the Administrative Record produced by FDA lacks

-2-

virtually all Agency-generated records other than FDA's August 31, 2004, non-action letter. AR 023343-03230; AR 000001-000004.

3.      Paragraph 3 contains the Defendants' characterization of Pfizer's Citizen Petition, and Sandoz refers the Court to the petition in the Administrative Record for a full and complete statement of its contents.  AR 00005-001100.

4.      Paragraph 4 contains the Defendants' characterization of Sandoz' publicly-filed opposition to Pfizer's Citizen Petition, and Sandoz refers the Court to the publicly-filed opposition in the Administrative Record for a full and complete statement of its contents, AR 001101-001475, and to other portions of the Record related thereto.  AR 30944-30987.

5.      Paragraph 5 contains the Defendants' characterization of Pfizer's additional comments to its Petition, and Sandoz refers the Court to the comments in the Administrative Record for a full and complete statement of their contents.  AR 001476-001544.

6.      Sandoz disputes that "[a]t the time Pfizer submitted its petition, there were already two other citizen petitions pending that raised issues relating to approval of drug products under section 505(b)(2)."  Sandoz disputes that the Genentech Citizen Petition referenced in paragraph 6 has any relevance or bearing on this matter.  Sandoz disputes that the BIO Citizen Petition referenced in paragraph 6 was pending at any time relevant to this action, as FDA's own Administrative Record reflects that both the BIO Citizen Petition as well as a separate Pfizer Citizen Petition that predated Pfizer's Omnitrope petition at issue here were rejected in a 35-page Petition Denial issued by FDA on October 14, 2003.  AR 002757-002794; Fed. Defs.' Ex. I.

7.      Paragraph 7 contains the Defendants' characterization of FDA's August 31, 2004, letter to Sandoz, and Sandoz refers the Court to the letter in the Administrative Record for a full and complete statement of its contents.  AR 000001-0000004.

-3-

8.      Paragraph 8 contains the Defendants' characterization of FDA's November 10, 2004, letter to Pfizer, and Sandoz refers the Court to the letter in the Administrative Record for a full and complete statement of its contents.  AR 001545.

9.      Paragraph 9 contains the Defendants' characterization of the <u>Federal Register</u> Notice announcing the public workshops, and Sandoz refers the Court to the Notice in the Administrative Record for a full and complete statement of its contents.  AR 001606-001618.

10.     Paragraph 10 contains a legal conclusion to which a response is not required, and to the extent a response is required, Sandoz disputes Paragraph 10, as the docket was properly closed by FDA and subsequently reopened in Sandoz' belief without the requisite notice. AR 001617-001618.

11.     Paragraph 11 contains the Defendants' characterization of the submissions to FDA's docket, whose relevance to these proceedings Sandoz disputes, and Sandoz refers the court to the comments in the Administrative Record for a full and complete statement of their contents. AR 001619-002088.

12.     Sandoz disputes that FDA is "still actively considering" both the Omnitrope NDA and the Pfizer Petition, and furthermore disputes any implication that "considering" fulfills the Agency's statutorily-imposed obligation to review and act upon the Omnitrope NDA. AR 000001-000004; Fed. Defs.' Brief, Ex. A; Complaint, D.I. 1 ¶ 27; "Human Drug Performance Goals, Measure 1A" *In* FOOD AND DRUG ADMINISTRATION FY 2007 BUDGET - CONGRESSIONAL JUSTIFICATION, <u>available</u> <u>at</u> http://www.fda.gov/oc/oms/ofm/budget/2007/PDF/4PerfInformation.pdf (Feb. 16, 2006).

-4-

February 21, 2006                                  Respectfully submitted,


                                                /s/
_____
JOHN M. ENGEL (DCBN 443628)
Engel & Novitt, LLP
Market Square
Suite 620
801 Pennsylvania Avenue, N.W.
Washington, DC  20004
Telephone: (202) 207-3303
Fax: (202) 207-3318
E-Mail: jengel@engelnovitt.com
Attorneys for Plaintiff Sandoz Inc.