UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, and ANDREW C. VON ESCHENBACH, M.D., Acting Commissioner, Food and Drug Administration, | ) ) ) ) ) ) | Case No. 1:05CV01810 (RMU) |
| | ) | |
| Defendants. | ) | |

# *Plaintiff's Exhibit #1*

# *Accompanying*

### CONSOLIDATED OPPOSITION/REPLY PURSUANT TO JANUARY 31ST ORDER SANDOZ' CONSOLIDATED MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF SANDOZ' MOTION FOR SUMMARY JUDGMENT ON ALL COUNTS IN ITS COMPLAINT

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK

--------------------------------X   Docket#
TUMMINO,                        :   05-CV-366(erk)
            Plaintiff,          :
                                :
    - versus -                  :   U.S. Courthouse
                                :   Brooklyn, New York
ANDREW C. von ESCHENBACH,       :
            Defendant           :   December 22, 2005
--------------------------------X
```

TRANSCRIPT OF CIVIL CAUSE FOR MOTION HEARING
BEFORE THE HONORABLE EDWARD R. KORMAN
UNITED STATES MAGISTRATE JUDGE

A P P E A R A N C E S:

**For the Plaintiff**   :   Andrea Costello, Esq.
                            Shelbi Day, Esq.
                            Nan Strauss, Esq.
                            Simon Heller, Esq.
                            Priscilla Smith, Esq.

**For the Defendant**   :   Franklin Amanat, AUSA
                            Karen Schifter, Esq.

**Official Transcriber**   :   Rosalie Lombardi
                               **By:**   L.F.

**Transcription Service**   :   **Transcription Plus II**
                                823 Whittier Avenue
                                New Hyde Park, N.Y.  11040
                                (516) 358-7352

Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

                                                                11
                            **Proceedings**

1  effectively amended its own application.
2         They're not going to take any further action
3  with -- on this issue with respect to Barr because Barr
4  has submitted an amended application. Their application
5  is still pending and you haven't told them anything about
6  their application.
7         MR. AMANAT: Well, your Honor --
8         THE COURT: And basically what you're -- this
9  has all the earmarks of an administrative agency
10 filibuster.
11        MR. AMANAT: Well, your Honor, if I could break
12 down a couple of the issues that your Honor raises there,
13 first of all, with regard to the citizen's petition, the
14 plaintiffs have not established that there has been a --
15        THE COURT: Before you get to this --
16        MR. AMANAT: Yes.
17        THE COURT: -- this is my roughly my view of
18 the third party standing issue.
19        MR. AMANAT: Yes.
20        THE COURT: I think whether they have third
21 party standing, I can't determine on the basis of the
22 record right now because it in part depends on why Barr
23 has essentially acquiesced in the FDA's concerns and why
24 it hasn't chosen to litigate the matter right now.
25        And number two, I think if they're going to

23

**Proceedings**

1   THE COURT: Look, they could make up all sorts
2   of discrete legal questions. There is a serious issue
3   here as to whether they are acting in good faith. I
4   mean, there's a very serious issue that certainly can be
5   dealt with in discovery in terms of the cause of action
6   relating to the unreasonable delay in ruling on their
7   application.
8        I mean, there's just -- you could make up
9   anything. I quite don't understand -- I mean, you have
10  to understand, first of all, the nature of rule making,
11  administrative rule making, which it takes forever.
12       MR. AMANAT: I can take a while.
13       THE COURT: It takes forever. First of all,
14  they didn't just promulgate a proposal and ask for
15  comment; no. First they asked, we have this problem that
16  we, for some reason are so difficult -- it's so difficult
17  that we need advice from the whole world on how to deal
18  with what seems to be a nothing with nothing issue. But
19  we have this terrible problem. We don't know how to
20  authorize the dispensation for over the counter Plan B to
21  adults and not authorize it for minors. Not that we
22  haven't done it before but in this case, you see, the
23  dosage is exactly the same. So, this creates, oh, all
24  sorts of problems for us which strikes me as being
25  totally ridiculous but let's put that aside.

Transcription Plus II                Rosalie Lombardi

27
Proceedings

1  executive agency itself?
2          MR. AMANAT: Yes, I do, your Honor.
3          THE COURT: It's because congress wanted an
4  independent lawyer who could give sound advice to a
5  client and who was not necessarily a mouthpiece for the
6  agency.
7          MR. AMANAT: Well, your Honor --
8          THE COURT: Otherwise, they don't need you
9  here.
10         MR. AMANAT: Well --
11         THE COURT: She could simply moth what the head
12 of the agency tells her to say.
13         MR. AMANAT: Well, your Honor, with due
14 respect, we have --
15         THE COURT: Really, I don't understand how you
16 could possibly sit here and tell me that there's any kind
17 of realistic possibility that they're going to authorize
18 it for people under the age of 17.
19         MR. AMANAT: By virtue of the fact that there
20 has been a very serious debate within the agency and high
21 level officials within the agency have --
22         THE COURT: The political appointees within the
23 agency as opposed to the professionals within the agency.
24 But I don't have any problem with the political
25 appointees having a say in this. The real question is

                                                                    29
                            **Proceedings**

1           MR. AMANAT:  Well, your Honor hasn't seen the
2    full administrative record.
3           THE COURT:  I mean, well, I don't know -- I
4    haven't seen the full administrative record but I am sure
5    you would have called this before me and I'm sure you
6    would have called any relevant parts of it to my
7    attention.
8           MR. AMANAT:  Well --
9           THE COURT:  What we have in the administrative
10   records is the professionals in the agency who have the
11   expertise to determine safety saying there's no problem.
12          MR. AMANAT:  Well, some of the professionals --
13          THE COURT:  Well, some of them.
14          MR. AMANAT:  Some of them; yes.
15          THE COURT:  Well --
16          MR. AMANAT:  Some of them are saying to the
17   contrary.  But in any event, your Honor, we would submit
18   that certainly a review of the administrative record
19   would make it clear that the agency --
20          THE COURT:  Well, why don't you let the
21   administrative record be reviewed?
22          MR. AMANAT:  Well, if that's the course of
23   action which the Court --
24          THE COURT:  Well, no, I mean, you know --
25          MR. AMANAT:  -- prefers to proceed on, we can

                Transcription Plus II      Rosalie Lombardi