UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | Case No. 1:05CV01810 (RMU) |
| Health and Human Services, and | ) | |
| ANDREW C. VON ESCHENBACH, M.D., | ) | |
| Acting Commissioner, Food and Drug | ) | |
| Administration, | ) | |
| | ) | |
| Defendants. | ) | |

# *Plaintiff's Exhibit #2*

# *Accompanying*

### CONSOLIDATED OPPOSITION/REPLY PURSUANT TO JANUARY 31ST ORDER SANDOZ' CONSOLIDATED MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF SANDOZ' MOTION FOR SUMMARY JUDGMENT ON ALL COUNTS IN ITS COMPLAINT

MESSAGE FROM THE ACTING COMMISSIONER



I am pleased to present the Food and Drug Administration's (FDA) FY 2007 Congressional Justification. FDA is the oldest consumer protection agency, and on June 30, 2006, we will celebrate 100 years of service to the nation.

FDA's performance budget request continues support for the President's and Secretary's public health priorities and reflects the goals and objectives in the Department's FY 2005 – 2010 Strategic Plan. Our justification includes the FY 2007 Annual Performance Plan and the FY 2005 Annual Performance Report, as required by the Government Performance and Results Act of 1993.

The FDA budget justification directly links the presentation of the proposed budget with our performance. At FDA, we manage our programs to achieve measurable results toward objectives that protect and advance the public health. We are eager to share with Congress and the American public our progress on four strategic goals:

- Increasing access to innovative products and technologies to improve health.
- Enhancing patient and consumer protection and empowering them with better information about regulated products.
- Improving product quality, safety, and availability through better manufacturing and product oversight.
- Transforming FDA business operations, systems, and infrastructure to support FDA's mission in the 21st Century.

FDA's strategy will enable us to deploy our resources wisely to achieve our vital public health mission: assuring the safety, efficacy and security of human and veterinary drugs, biological products, medical devices and our nation's food supply.

With the FY 2007 performance budget request, FDA begins our second century of service. As we reflect on the past century, we are struck by the pace of health care innovation. Looking forward, we recognize that scientific discovery will transform food and medical product development at a more dynamic and breathtaking pace.

FDA pledges to respond to this transformation. We will help speed innovations that make our food supply safer and make medicines more effective, safer, and more affordable. We will also work to ensure that the public receives the accurate, science-based information they need to use medicines and foods to improve their health. FDA will meet these challenges while maintaining its century-old commitment to the principles that have made us the world's "gold standard" for regulating food and medical products. We have designed our FY 2007 budget to achieve these important goals.

Andrew C. von Eschenbach, M.D.

# Human Drugs Performance Goals

| Long Term Goal: Sustain access to safe and effective new products by improving rapid, transparent and predictable science-based review of marketing applications. | | | |
|---|---|---|---|
| **Measure** | **FY** | **Target** | **Result** |
| 1. Improve the efficiency and effectiveness of the new drug review program to ensure a safe and effective drug supply is available. (12001) (Output)<br>(Formerly: Ensure a safe and effective drug supply is available to the public.)<br><br>Measure 1A: Percentage of Standard NDAs within 10 Months. | 2007 | 90% | 10/08 |
| | 2006 | 90% | 10/07 |
| | 2005 | 90% | 10/06 |
| | 2004 | 90% | 97% of 94 |
| | 2003 | 90% | 100% of 82 |
| | 2002 | 90% | 99% of 84 |
| Measure 1B: Percentage of Priority NDAs within 6 Months. (Output) | 2007 | 90% | 10/08 |
| | 2006 | 90% | 10/07 |
| | 2005 | 90% | 10/06 |
| | 2004 | 90% | 96% of 28 |
| | 2003 | 90% | 100% of 19 |
| | 2002 | 90% | 100% of 12 |
| 2. Increase the number of drugs that are adequately labeled for children and ensure the surveillance of adverse events in the pediatric population. (12026) (Output)<br><br>Measure: Number of written requests (WRs) issued for drugs that need to be studied in the pediatric population and number of drugs reported to the pediatric advisory committee on adverse events for drugs that receive pediatric exclusivity. | 2007 | 7/7 | 1/08 |
| | 2006 | 8/8 | 1/07 |
| | 2005 | 8/7 | 12/14 |
| | 2004 | NA | NA |
| | 2003 | NA | NA |
| | 2002 | NA | NA |
| 3. Improve the efficiency and effectiveness of the generic drug review program to ensure safer and more effective generic drug products are available for Americans. (12003) (Outcome)<br>(Formerly: Ensure safe and effective generic drugs are available to the public.)<br><br>Measure: Number of months of the average FDA time to approval or tentative approval for the fastest 25% of original generic drugs application. | 2007 | Fastest 25% by .5 mos | 1/08 |
| | 2006 | Fastest 25% by .5 mos | 1/07 |
| FY 05 Measure: Complete review and action upon fileable original generic drug applications within 6 months after submission date. | 2005 | 90% | 6/06 |
| | 2004 | 85% | 87% of 543 |
| | 2003 | 80% | 90% of 423 |
| | 2002 | 65% | 85% of 339 |
| 4. Improve the efficiency and effectiveness of the over-the-counter (OTC) drug review program to ensure a safe and effective drug supply is available. (12048) (Output)<br><br>Measure: Percentage of Rx-to-OTC Switch applications within 10 months of receipt in which there was complete review and action. Number of OTC monographs in which there was significant progress on completion. | 2007 | 100%/5 | 1/08 |
| | 2006 | 100%/6 | 1/07 |
| | 2005 | 100%/6 | 100%/17 |
| | 2004 | 100%/6 | 100%/8 |
| | 2003 | NA | NA |
| | 2002 | NA | NA |
| 5. Reduce time to marketing approval for new drugs and biologics.<br><br>Measure: Reduction in FDA approval time for the fastest 50 percent of priority New Molecular Entities/ Biologics Licensing Applications approved, using the 3-year submission cohort for FY 2005-2007. | 2007 | 514 days | 09/09 |
| | 2006 | NA | 09/08 |
| | 2005 | NA | 09/07 |
| | 2004 | NA | 09/06 |
| | 2003 | NA | 523 days* |
| | 2002 | NA | 520 days* |

| | | | |
|---|---|---|---|
| * The reported results represent a three year average calculated using cohort data from the reported year and the two prior years. | *2001* | NA | 575 days* |
| 6. Reduce the time to marketing approval or tentative approval for safe and effective new generic drugs.<br><br>Measure: Reduction in FDA time to approval or tentative approval for the fastest 70 percent of original generic drug applications approved or tentatively approved of those submitted using the three year submission cohort for FY 2005 - 2007.<br><br>* The reported results represent a three year average calculated using cohort data from the reported year and the two prior years. | *2007* | 16.4 months | 02/10 |
| | *2006* | NA | 02/09 |
| | *2005* | NA | 02/08 |
| | *2004* | NA | 02/07 |
| | *2003* | NA | 02/06 |
| | *2002* | NA | 16.2 months* |
| | *2001* | NA | 17.6 months* |
| | *2000* | NA | 17.9 months* |
| **Data Source:** Review performance monitoring is being done in terms of cohorts, e.g., FY 2003 cohort includes applications received from October 1, 2002, through September 30, 2003. CDER uses the Center-wide Oracle Management Information System (COMIS) and New Drug Evaluation/Management Information System (NDE/MIS). FDA has a quality control process in place to ensure the reliability of the performance data in COMIS.<br>The Pediatric Exclusivity Database tracks all data regarding pediatric exclusivity as mandated by FDAMA and reauthorized by BCPA. Specifically, this database tracks the number of WRs issued and the number of products for which pediatric studies have been submitted and for which exclusivity determinations have been made. The Pediatric Page database captures all information regarding waivers, deferrals, and completed studies for applications that are subject to the Pediatric Research Equity Act.<br>Published monographs that establish acceptable ingredients, doses, formulations, and consumer labeling for OTC drugs. ||||
| **Data Validation:** The Center-wide ORACLE Management Information System (COMIS) is CDER's enterprise-wide system for supporting premarket and postmarket regulatory activities. COMIS is the core database upon which most mission-critical applications are dependent. The type of information tracked in COMIS includes status, type of document, review assignments, status for all assigned reviewers, and other pertinent comments. CDER has in place a quality control process for ensuring the reliability of the performance data in COMIS. Document room task leaders conduct one hundred percent daily quality control of all incoming data done by their IND and NDA technicians. Senior task leaders then conduct a random quality control check of the entered data in COMIS. The task leader then validates that all data entered into COMIS are correct and crosschecks the information with the original document.<br>CDER uses the Pediatric Exclusivity database and the Pediatric Research Equity Act Tracking System (PREATS) to track information such as number of written requests issued and the number of products for which pediatric studies have been submitted and for which exclusivity determinations have been made as well as information related to the PREA legislation. ||||
| **Cross Reference:** These performance measures support HHS Strategic Goal 2. ||||
| **Long Term Goal:** Increase capability to efficiently and cost-effectively maintain an information technology (IT) environment to support FDA business goals. ||||
| **Measure** | **FY** | **Target** | **Result** |
| 7. Create state-of-the-art information management systems and practices to move to a paperless environment (e-Government). (12051) (efficiency)<br><br>Measure: Percentage of ANDAs that contain some electronic portion. | *2007* | NA | NA |
| | *2006* | NA | NA |
| | *2005* | 35% | 93% |
| | *2004* | 30% | 72.5% |
| | *2003* | NA | NA |
| | *2002* | NA | NA |
| **Data Source:** The CDER Electronic Document Room. This is an Efficiency Goal. ||||
| **Data Validation:** CDER has instituted multiple layers of verification and validation for ensuring the accuracy of performance information. CDER relies on data extracted from information systems to support demonstrating ||||