UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>Defendants. ) | Case No. 1:05CV01810 (RMU) |

# *Plaintiff's Exhibit #7*

# *Accompanying*

### CONSOLIDATED OPPOSITION/REPLY PURSUANT TO JANUARY 31ST ORDER SANDOZ' CONSOLIDATED MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF SANDOZ' MOTION FOR SUMMARY JUDGMENT ON ALL COUNTS IN ITS COMPLAINT

# FOOD AND DRUG LAW

## Cases and Materials

### SECOND EDITION

By

**PETER BARTON HUTT**
Covington & Burling, Washington, D.C.

and

**RICHARD A. MERRILL**
Albert C. Tate, Jr. Professor of Law, University of Virginia

Westbury, New York
THE FOUNDATION PRESS, INC.
1991

*v. Baxter Laboratories, Inc.*, 466 F.2d 272 (D.C. Cir. 1972). Following FDA's eventual denial of approval and its refusal to grant an administrative hearing, the court set aside the agency's decision and ordered it to hold an evidentiary hearing on the issue, *Edison Pharmaceutical Co., Inc. v. FDA*, 513 F.2d 1063 (D.C.Cir.1975), *rehearing en banc denied*, 517 F.2d 164. The agency's ultimate denial of the NDA, following the hearing, was upheld. *Edison Pharmaceutical Co., Inc. v. FDA*, 600 F.2d 831 (D.C. Cir. 1979).

Accordingly, judicial review of the new drug approval process has been not only casual, but infrequent. No sponsor has successfully sought reversal of an FDA refusal to approve its drug. The lesson has not been lost on the vast majority of applicants who understand that the only way to secure approval of an NDA is to satisfy the agency.

Challenges to FDA's final decisions under sections 505(d) and (e) must be filed in the court of appeals for the appropriate circuit. A district court thus lacks jurisdiction to order FDA to approve an NDA, but may entertain a case seeking to force FDA to rule on an NDA within a specified period of time. *IMS Limited v. Schweiker*, Food Drug Cosm. L. Rep. (CCH) ¶ 38, 104 (C.D. Cal. 1981).

3. *Grounds for Disapproval.* A 1980 FDA analysis of NDA approvals during the 1970s produced the surprising findings that 61 percent of the deficiencies cited in nonapproval letters during 1977 and 1978 related to the chemistry and manufacturing portions of the NDA, and that nearly 90 percent of such letters identified such deficiencies. Only 22 percent of the deficiencies related to the applicant's evidence of safety and effectiveness. Cook, *et al.*, APPROVALS AND NONAPPROVALS OF NEW DRUG APPLICATIONS DURING THE 1970s, FDA OPE Study No. 57 (December 1980). A 1988 FDA report examined the fate of 174 new chemical entity (NCE) drugs for which INDs were filed during 1976–1978. Nine percent had been discontinued before the commencement of Phase I studies; 20 percent had been discontinued during Phase I studies; 39 percent during Phase II studies; and 5 percent during Phase III studies. Twenty-seven percent had become the subject of a submitted NDA, of which nearly all—85 percent—ultimately gained approval. Tucker *et al.*, THE OUTCOME OF RESEARCH ON NEW MOLECULAR ENTITIES COMMENCING CLINICAL RESEARCH IN THE YEARS 1976–1978, FDA OPE Study No. 77 (May 1988).

4. *Radioactive Drugs.* Radioactive drugs have received distinctive treatment. Few of these drugs have been the subject of NDAs, and therefore it is not feasible to regulate all radioactive-tagged drugs through the new drug process. FDA has established an old drug monograph approach, 21 C.F.R. part 361, in cooperation with the Nuclear Regulatory Commission. *See* 37 Fed. Reg. 21026 (November 3, 1971), 39 Fed. Reg. 26143 (July 17, 1974), 39 Fed. Reg. 27538 (July 29, 1974), 40 Fed. Reg. 31298 (July 25, 1975), 41 Fed. Reg. 7747 (February 20, 1976), 41 Fed. Reg. 35171 (August 20, 1976), 41 Fed. Reg. 42947 (September 29, 1976), 42 Fed. Reg. 23161 (May 6, 1977), 43 Fed. Reg. 11208 (March 17, 1978), 44 Fed. Reg. 8242 (February 9, 1979), 45 Fed. Reg. 24920 (April 11, 1980), 46 Fed. Reg. 46403 (September 18, 1981), 49 Fed. Reg. 24949 (June 18, 1984). The NRC regulations governing licensing of individuals and institutions for medical use of radioactive material were overhauled in 50 Fed. Reg. 30616 (July 26, 1985), 51 Fed. Reg. 36932 (October 16, 1986), and are codified in 10 C.F.R. Part 35. The NRC has established training and experience criteria for physicians who request authorization to engage in nuclear medicine, 47 Fed. Reg. 3228 (January 22, 1982), 47 Fed. Reg. 54376 (December 2, 1982).