# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>Defendants. )<br>_____) | Case No. 1:05CV01810 (RMU) |

## UNOPPOSED MOTION FOR ENTRY OF THE PARTIES' PROPOSED PROTECTIVE ORDER

Pursuant to LCvR 7 and as the parties' discussed during the March 1, 2006, teleconference with Chambers, Sandoz Inc. ("Sandoz") respectfully moves this Court for entry of the parties' joint proposed Protective Order, which accompanies this Motion. The parties agreed to the terms of this Protective Order in preparing their Joint Rule 16.3(d) Report, and seek its entry by this Court in order to ensure the confidentiality of records produced in this case.

Date:   March 7, 2006                                           Respectfully submitted,

                                                                /s/
                                                                JOHN M. ENGEL (DCBN 443628)
                                                                Engel & Novitt, LLP
                                                                Market Square
                                                                Suite 620
                                                                801 Pennsylvania Avenue, N.W.
                                                                Washington, DC  20004
                                                                Telephone: (202) 207-3303
                                                                Fax: (202) 207-3318
                                                                E-Mail: jengel@engelnovitt.com
                                                                Attorneys for Plaintiff Sandoz Inc.