**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SANDOZ INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, Secretary of )<br>Health and Human Services, and )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration, )<br>)<br>Defendants. )<br>_____) | Case No. 1:05CV01810 (RMU) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Sandoz Inc.'s Motion To Compel Supplementation Of The Administrative Record And For Preservation Of All Government Records On Omnitrope, the Federal Defendants' Opposition thereto, and the record to date of these proceedings, it is hereby

**ORDERED** that Plaintiff's Motion To Compel Supplementation Of The Administrative Record And For Preservation Of All Government Records On Omnitrope is hereby **GRANTED**; it is further

**ORDERED** that the Federal Defendants' shall produce to counsel for the Plaintiff pursuant to the parties' proposed Protective Order in this case the supplemented Administrative Record relevant to the claims pled in the Plaintiff's Complaint; it is further

**ORDERED** that the supplemented Administrative Record to be produced by the Federal Defendants must contain at a minimum, *inter alia*, complete unredacted copies of all records in any electronic, documentary, or other form, which are in the possession, custody, or control of

the Department of Health and Human Services, the Food and Drug Administration ("FDA) – including without limitation the Center for Drug Evaluation and Research ("CDER"), all CDER Reviewing Divisions and Offices, and the Office of the FDA Commissioner – that have been considered in connection with, that have potentially influenced, or that relate or refer in any way to:

(1) the Sandoz NDA No. 21-426 for Omnitrope;

(2) the Citizen Petition regarding the Sandoz NDA filed on May 14, 2004, by Morgan, Lewis & Bockius on behalf of Pfizer, Inc., FDA Docket No. 2004P-0231/CP1; and/or

(3) the relevant, non-proprietary portions of FDA's review and approval of the biologic drugs alleged in the Complaint to be similarly-situated to Omnitrope, which previously have been approved under Section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act; it is further

**ORDERED** that the Federal Defendants shall produce the supplemented Administrative Record in accordance with this Order on a rolling basis commencing on the date of this Order, and shall complete production of the supplemented Administrative Record no later than March 31, 2006; it is further

**ORDERED** that the Federal Defendants shall each individually file with the Court in their official capacity an appropriate assurance that all government records (regardless of their form) in the Federal Defendants' possession, custody, or control, or in any of the Defendants' offices, relating or referring to any matter in the Plaintiff's Complaint, have been since September 13, 2005, and will continue to be preserved in their original form pending this Court's final resolution of the Plaintiff's claims.

3

**SO ORDERED**.

_____, 2006

_____
RICARDO M. URBINA
United States District Judge