UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL O. LEAVITT, Secretary of | ) | Case No. 1:05CV01810 (RMU) |
| Health and Human Services, and | ) | |
| ANDREW C. VON ESCHENBACH, M.D., | ) | |
| Acting Commissioner, Food and Drug | ) | |
| Administration, | ) | |
| | ) | |
| Defendants. | ) | |

# *Plaintiff's Exhibit #2*

# *Accompanying*

## MOTION OF SANDOZ INC. TO COMPEL SUPPLEMENTATION OF THE ADMINISTRATIVE RECORD AND FOR PRESERVATION OF ALL GOVERNMENT RECORDS ON OMNITROPE AND MEMORANDUM IN SUPPORT THEREOF

**DEPARTMENT OF HEALTH & HUMAN SERVICES**  Office of the General Counsel

Office of the Chief Counsel
Food and Drug Administration
5600 Fishers Lane, GCF-1
Rockville, MD 20857

March 6, 2006

<u>By Federal Express</u>

John M. Engel
Engell & Novitt, LLP
Market Square
Suite 620
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: 202-207-3303

   Re: <u>Sandoz v. Leavitt</u>, No. 1:05cv01810 (D.D.C.)

Dear Mr. Engel:

  I am writing to follow up on our telephone conference with Mr. Rosenthal, Judge Urbina's law clerk, on Wednesday, March 1. You have requested assurance from FDA of its document retention policy for Sandoz's Omnitrope NDA. By regulation, applicable to "every significant FDA decision on any matter under the laws administered by the Commissioner:"

> FDA employees responsible for handling a matter are responsible for insuring the completeness of the administrative file relating to it. The administrative file must contain:
>
> (1) Appropriate documentation of the basis for the decision, including relevant evaluations, reviews, memoranda, letters, opinions of consultants, minutes of meetings, and other pertinent written documents; and
>
> (2) The recommendations and decisions of individual employees, including supervisory personnel, responsible for handling the matter.
>  (i) The recommendations and decisions are to reveal significant controversies or differences of opinion and their resolution.
>  (ii) An agency employee working on a matter and, consistent with the prompt completion of other assignments, an agency employee who has worked on a matter may record individual views on that matter in a written memorandum, which is to be placed in the file.

21 C.F.R. §§ 10.70(a), (b).

Once completed, any written document in an administrative file must "not be altered or removed. Later additions to or revisions of the document must be made in a new document." *Id.* § 10.70(c)(6). An "administrative file" is "the file or files containing all documents pertaining to a particular administrative action, including internal working memoranda, and recommendations." 21 C.F.R. § 10.3.

Moreover, the disposal of federal agency records must be done in accordance with schedules approved by the Archivist of the United States. 21 U.S.C. §§ 3303, 3303a. The "[a]pplication of the disposition instructions in these schedules is mandatory." 36 C.F.R. § 1228.40.

Thus, the administrative files for the Omnitrope NDA and the relevant Pfizer Citizen Petition have been, and will continue to be, maintained during the pendency of this litigation. This is true agency-wide, including FDA's Office of the Commissioner.

Additionally, I have sent an e-mail to FDA personnel working on the Omnitrope matter, instructing them to retain all Omnitrope documents, which includes documents relating to the Omnitrope NDA as well as the Pfizer Petition.

This letter should assuage the concerns of you and your client that prompted the request, contained in your motion to compel, for a "spoilage" or other document retention provision.

Sincerely,

Shoshana Hutchinson
Assistant Chief Counsel for Enforcement
U.S. Food and Drug Administration

cc: Douglas W. Stearn, OCL, DOJ

2