## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDOZ INC.                                )<br>                                                     )<br>         Plaintiff,                              )<br>                                                     )<br>     v.                                            )<br>                                                     )<br>MICHAEL O. LEAVITT, Secretary of   )<br>Health and Human Services, and         )<br>ANDREW C. VON ESCHENBACH, M.D., )<br>Acting Commissioner, Food and Drug )<br>Administration,                             )<br>                                                     )<br>         Defendants.                         )<br>_____) | Case No. 1:05CV01810 (RMU) |

### **PRAECIPE**

The Clerk will please enter the appearance of **Andrew E. Clark,** Attorney, United States Department of Justice, as counsel for defendants in the above-entitled case.

                                                                Respectfully submitted,


                                                                _____/s/_____
                                                                ANDREW E. CLARK
                                                                Attorney
                                                                Office of Consumer Litigation
                                                                U.S. Department of Justice
                                                                P.O. Box 386
                                                                Washington, D.C.  20044
                                                                (202) 307-0067

## CERTIFICATE OF SERVICE

  I hereby certify that I caused a copy of the foregoing Praecipe to be served via the District Court's electronic filing (ECF) system upon:


John M. Engel
ENGEL & NOVITT, LLP
Market Square
Suite 620
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Counsel for Plaintiff Sandoz Inc.*


this 21st day of March, 2006.

                 /s/
               Andrew E. Clark