# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SANDOZ, INC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.:    05-1810 (RMU) |
| | : | |
| MICHAEL LEAVITT, Secretary of Health, | : | Document Nos.:    19, 25 |
| and Human Services, | : | |
| | : | |
| and | : | |
| | : | |
| ANDREW VON ESCHENBACK, | : | |
| Acting Commissioner, Food and Drug | : | |
| Administration, | : | |
| | : | |
| Defendants. | : | |

## ORDER

### GRANTING THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DENYING THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 10th day of April, 2006, it is hereby

**ORDERED** that the plaintiff's motion for summary judgment is **GRANTED**, and it is

**FURTHER ORDERED** that defendants' motion for summary judgment is **DENIED**, and it is

**ORDERED** that the defendant take appropriate action consistent with 21 U.S.C. § 355(c) and with this court's Memorandum Opinion.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge