# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-5170            September Term, 2005

05cv01810

**Filed On:**

Sandoz Inc.,
    Appellee

v.

Michael O. Leavitt, In his Official Capacity as Secretary of Health and Human Services and Lester M. Crawford, Jr., In his Official Capacity as Commissioner of Food and Drugs,
    Appellants



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 2 6 2006

CLERK

### ORDER

Upon consideration of appellants' motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                       FOR THE COURT:
                                       Mark J. Langer, Clerk

BY: *[signature]*
                                       Nancy G. Dunn
                                       Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

BY: *[signature]* Deputy Clerk